🔍AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

LEON D. BOROCHOFF, On Behalf of Himself
and All Others Similary Situated, Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE
GARNIER, and JULIAN HESLOP, Defendants

CASE NUMBER:

**'07 CIV 5574**

**JUDGE STANTON**

TO: (Name and address of Defendant)

DR. JEAN-PIERRE GARNIER
One Franklin Plaza
Philadelphia, PA  19101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HAE SUNG NAM, Esq.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Telephone: (212) 687-1980

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          'JUN 1 1 2007

CLERK _____     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                     *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Leon D. Borochoff, et. al., Plaintiff(s)
vs.
Glaxosmithkline, PLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  083728-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Dr. Jean-Pierre Garnier
Court Case No. 07-CIV 5574

KAPLAN, FOX & KILSHEIMER

Ms. Tanya N. Harvey

805 Third Avenue, 22nd Floor
New York, NY  10022

| | |
|---|---|
| State of: | _PENNA_ ) ss. |
| County of: | _PHILA._ ) |
| Name of Server: | _CURTIS LIZENBAUM_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _13TH_ day of _June_ , 20 _07_ , at _10:55_ o'clock _A_ M |
| Place of Service: | at  **One Franklin Plaza**  , in  **Philadelphia, PA  19101** |
| Documents Served: | the undersigned served the documents described as: **Summons and Complaint for Violations of Federal Securities Laws** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Dr. Jean-Pierre Garnier** |

**Person Served, and Method of Service:**

☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of _DEBRA HINTON_ , a person of suitable age, ~~who verified, or who upon questioning stated, that he/she resides with~~ **Dr. Jean-Pierre Garnier** _ADMIN. LEGAL ASST. FOR GLAXOSMITHKLINE_ ~~at the place of service, and whose relationship to the person is:~~ _____

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _B_ ; Hair Color _BLACK_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5-9_ ; Approx. Weight _160_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _13TH_ day of _JUNE_ , 200 _7_

_Joan Eiser_
Notary Public          (Commission Expires)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOAN EISER  Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 3, 2010

## Notice re Service of Process

The only entity for which service can be accepted at this location is **SmithKline Beecham Corporation (or SmithKline Beecham Corporation d/b/a GlaxoSmithKline)**. If you are attempting to serve papers on any other entity, no one at this location is authorized to accept such service and any attempted service will be invalid. If you wish, you may leave an information copy of such other papers at this location but such action will not constitute service of process nor will it constitute waiver of any claim of defective service.

Case Jurisdiction: _New York_

Case Number: _5574_

Case Name: _Leon Borockliff v. GlaxoSmithKline PLC, et al._

Signature of Person Serving Process: _Curtis Lizenbaum_

Printed Name of Person Serving Process: _CURTIS LIZENBAUM_

Date: _6/13/07_

Signature of DR&P Member: _Debra Hinton Debra Hinton_

Comments: _Accepting copy for information only. Not accepting for Glaxo Smith line PLC._

*Server Copy*