**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *LEON D. BOROCHOFF*, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP*,<br><br>Defendants. | No. 07 Civ. 5574 (LLS)<br>ECF CASE |

**NOTICE OF MOTION OF THE INSTITUTIONAL
INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF ITS SELECTION OF COUNSEL**

| | |
|---|---|
| GRANT & EISENHOFER P.A. | MOTLEY RICE LLC |
| Jay W. Eisenhofer (JE-5503) | Joseph F. Rice |
| Sidney S. Liebesman (SL-8444) | Ann K. Ritter |
| 485 Lexington Avenue | P. O. Box 1792 (29465) |
| 29th Floor | 28 Bridgeside Blvd. |
| New York, NY  10017 | Mount Pleasant, SC 29465 |
| Tel:    (646) 722-8500 | Tel:    (843) 216-9000 |
| Fax:    (646) 722-8501 | Fax:    (843) 216-9450 |

*Counsel for The Institutional Investor Group and Proposed Lead Counsel for the Class*

PLEASE TAKE NOTICE that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Deka Investment GmbH, Metzler Investment GmbH, Internationale Kapitalanlagegesellschaft mbH, and INDEXCHANGE Investment AG (collectively referred to as the "Institutional Investor Group"), respectfully move this court, in connection with the securities fraud class action lawsuit filed against GlaxoSmithKline plc, Dr. Jean-Pierre Garnier and Julian Heslop, Glaxo's chief executive officer and chief financial officer, respectively, at a date and time to be determined by the court, for appointment as Lead Plaintiffs and for approval of The Institutional Investor Group's selection of the law firms of Grant & Eisenhofer P.A. and Motley Rice LLC as Co-Lead Counsel.

This Motion is supported by the following documents:

(1) Memorandum Of Law In Support Of The Institutional Investor Group's Motion For Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel; and

(2) Declaration of Sidney S. Liebesman in Support of The Institutional Investor Group's Motion For Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel.

Dated: August 10, 2007

          Respectfully submitted,

          s/ Sidney S. Liebesman
          Jay W. Eisenhofer (JE-5503)
          Sidney S. Liebesman (SL-8444)
          GRANT & EISENHOFER P.A.
          485 Lexington Avenue
          29th Floor
          New York, NY  10017
          Tel:     (646) 722-8500
          Fax:    (646) 722-8501

          MOTLEY RICE LLC
          Joseph F. Rice
          Ann K. Ritter
          P. O. Box 1792 (29465)
          28 Bridgeside Blvd.
          Mount Pleasant, SC 29465
          Tel:     (843) 216-9000
          Fax:    (843) 216-9450

          *Counsel for The Institutional Investor Group*
          *and Proposed Lead Counsel for the Class*

OF COUNSEL:

Alexander Reus
Diaz Reus Rolff & Targ LLP
GLOBAL EXPANSION GROUP
Bank of America Tower at International Place
100 SE Second Street, Suite 2610
Miami, Florida 33131
Tel:     (786) 235-5000
Fax:    (786) 235-5005

Deborah Sturman
Sturman LLC
112 Madison Avenue
7th Floor
New York, NY 10016
Tel:     (212) 784 6263
Fax:    (917) 546 2544