## CERTIFICATE OF SERVICE

I, Sidney S. Liebesman, certify that on this 10th day of August, 2007, I caused the foregoing **Notice of Motion of the Institutional Investor Group for Appointment as Lead Plaintiff and for Approval of Its Selection of Counsel,** the **Memorandum of Law in Support of the Institutional Investor Group's Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Counsel,** and the **Declaration of Sidney S. Liebesman in Support of the Institutional Investor Group's Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Counsel** to be served electronically through the Court's CM/ECF filing system on all known counsel of record.

                                                    s/ Sidney S. Liebesman
                                                  Sidney S. Liebesman (SL-8444)