UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,<br><br>                Defendants. | **FILED ELECTRONICALLY**<br><br>07 Civ. 5574 (LLS) |

**NOTICE OF MOTION AND MOTION OF THE CITY OF TALLAHASSEE PENSION PLAN FOR: (1) APPOINTMENT OF LEAD PLAINTIFF; AND (2) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Lead Plaintiff Movant, the City of Tallahassee Pension Plan ("Tallahassee"), through its undersigned counsel, will and hereby does move this Court on a date and at such time as may be designated by the Court at the United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, NY, 10007, for an order: (1) appointing Tallahassee as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"); and (2) approving Lead Plaintiff's choice of Lead Counsel.

This Motion is made on the grounds that: 1) Tallahassee believes it is the most adequate plaintiff possessing claims arising out of the Exchange Act, having suffered estimated losses of approximately $104,990. In addition, Tallahassee meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of class members' claims and it will fairly and adequately represent the class of persons that purchased securities of GlaxoSmithKline PLC between October 27, 2005 through May 21, 2007. Further, Tallahassee has selected and retained counsel experienced in securities class actions as its counsel.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum of Law and Declaration of Jeffrey P. Campisi dated August 10, 2007, both submitted in Support of Tallahassee's Motion for: (1) Appointment of Lead Plaintiff; and (2) Approval of Lead Plaintiff's Choice of Lead Counsel.

DATED: August 10, 2007

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By:     s/ Frederic S. Fox
    Frederic S. Fox
    Joel B. Strauss
    Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Lead Plaintiff Movant the City of Tallahassee Pension Plan*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 10, 2007, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on August 10, 2007.

                                                    /s/    Jeffrey P. Campisi
                                                           Jeffrey P. Campisi

August 10, 2007