UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated, | : : : : | Civil Action No. 1:07-cv-05574-LLS <br><br> CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : : | AFFIDAVIT OF DAVID A. ROSENFELD IN SUPPORT OF AVON PENSION FUND, ADMINISTERED BY BATH & NORTH |
| GLAXOSMITHKLINE PLC, et al., | : : : | EAST SOMERSET COUNCIL AND NORTH YORKSHIRE COUNTY COUNCIL, |
| Defendants. | : : : : : : | ADMINISTRATING AUTHORITY FOR THE NORTH YORKSHIRE PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, DAVID A. ROSENFELD, swear as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Avon Pension Fund, Administered by Bath & North East Somerset Council and North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund ("Pension Funds") and proposed lead counsel for the class. I make this declaration in support of the Pension Funds' Motion for Appointment as Lead Plaintiff and for Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Sworn Certifications;

Exhibit B:   Chart of Purchases and Losses;

Exhibit C:   Notice of class action published by *PR Newswire*, a national business-oriented publication, dated June 11, 2007; and

Exhibit D:   Lerach Coughlin Stoia Geller Rudman & Robbins LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of August, 2007, at Melville, New York.

s/ David A. Rosenfeld<br>DAVID A. ROSENFELD

S:\CasesSD\GlaxoSmithKline\AFF00044507-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2007.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`