# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

AVON PENSION FUND, ADMINISTERED BY BATH & NORTH EAST
SOMERSET COUNCIL ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  .  Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

GLAXOSMITHKLINE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August , 2007.

AVON PENSION FUND,
ADMINISTERED BY BATH & NORTH
EAST SOMERSET COUNCIL

By: _A Gulder_____

Its: _Investments Officer_____

- 2 -

GLAXOSMITHKLINE

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

NORTH  YORKSHIRE  COUNTY  COUNCIL,  ADMINISTRATING
AUTHORITY FOR THE NORTH YORKSHIRE PENSION FUND ("Plaintiff")
declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the
direction of plaintiff's counsel or in order to participate in this private action or any
other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the
class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in
the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a
class in an action filed under the federal securities laws except as detailed below
during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative
party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

GLAXOSMITHKLINE

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3 day of _August_, 2007.

NORTH YORKSHIRE COUNTY
COUNCIL, ADMINISTRATING
AUTHORITY FOR THE NORTH
YORKSHIRE PENSION FUND

By: _____

Its: JOHN MOORE CORPORATE DIRECTOR –
FINANCE AND CENTRAL SERVICES

- 2 -

GLAXOSMITHKLINE

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/14/2005 | 5,000 | £14.59 |
| 02/03/2006 | 20,600 | £14.57 |
| 02/06/2006 | 4,455 | £14.54 |
| 02/08/2006 | 2,913 | £14.55 |
| 02/08/2006 | 43,290 | £14.51 |
| 03/02/2006 | 24,600 | £14.69 |
| 03/07/2006 | 8,300 | £14.88 |
| 03/08/2006 | 18,965 | £15.18 |
| 03/08/2006 | 33,300 | £15.32 |
| 03/20/2006 | 23,640 | £15.46 |
| 04/05/2006 | 18,300 | £14.94 |
| 04/06/2006 | 31,000 | £14.90 |
| 04/27/2006 | 5,373 | £15.38 |
| 04/27/2006 | 14,972 | £15.48 |
| 06/23/2006 | 18,408 | £15.00 |
| 08/14/2006 | 2,951 | £14.56 |
| 09/13/2006 | 578,871 | £14.87 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 10/27/2005 | 704 | £14.21 |
| 10/27/2005 | 10,810 | £14.31 |
| 07/26/2006 | 18,086 | £15.02 |
| 09/14/2006 | 887,616 | £14.68 |
| 09/15/2006 | 49,956 | £14.66 |
| 09/18/2006 | 46,063 | £14.70 |
| 09/19/2006 | 15,643 | £14.42 |
| 09/20/2006 | 13,524 | £14.29 |
| 09/21/2006 | 16,318 | £14.26 |
| 09/26/2006 | 132,264 | £14.29 |

*Opening position of 1,051,956 shares.

Movant's Purchases and Losses

GlaxoSmithKline PLC

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 12/14/2005 | 5,000 | £14.59 | £72,950.00 | 09/21/2006 | 6,764 | £14.26 | £96,487.11 | -£1,325,970.20 |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/03/2006 | 20,600 | £14.57 | £300,092.56 | 09/26/2006 | 132,264 | £14.29 | £1,889,391.24 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/06/2006 | 4,455 | £14.54 | £64,779.26 | 05/30/2007 | 26,090 | £13.36 | £348,562.40 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 2,913 | £14.55 | £42,384.15 | 05/30/2007 | 55,873 | £13.36 | £746,463.28 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 43,290 | £14.51 | £628,137.90 | 06/06/2007 | 368,365 | £13.15 | £4,843,005.16 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/02/2006 | 24,600 | £14.69 | £361,374.00 | 06/12/2007 | 128,043 | £13.17 | £1,686,544.88 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/07/2006 | 8,300 | £14.88 | £123,462.50 | 07/05/2007 | 58,239 | £13.10 | £762,738.71 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/09/2006 | 18,965 | £15.18 | £287,810.94 | held | 79,300 | £13.04 | £1,033,979.79 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/08/2006 | 33,300 | £15.32 | £510,039.45 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/20/2006 | 23,640 | £15.46 | £365,552.41 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/05/2006 | 18,300 | £14.94 | £273,478.86 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/06/2006 | 31,000 | £14.90 | £461,779.10 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 5,373 | £15.38 | £82,636.74 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 14,972 | £15.48 | £231,766.56 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 06/23/2006 | 18,408 | £15.00 | £276,120.00 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 08/14/2006 | 2,951 | £14.56 | £42,966.56 | | | | | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 578,871 | £14.87 | £8,607,811.77 | | | | | |
| **Movant's Total** | | 854,938 | | £12,733,142.77 | | 854,938 | | £11,407,172.57 | -£1,325,970.20 |
| | | | | Converted at a one time spot rate on the date of notice (06/11/2007): 1.9706 | | | | | ($2,612,956.87) |
| Opening position of 1,051,956 shares. | | | | | | | | | |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is £13.04 as of July 19, 2007

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.