EXHIBIT B

GlaxoSmithKline PLC

Movants' Purchases and Losses

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 11/01/2005 | 35,483 | £ 14.69 | £ 521,067.86 | 06/18/2007 ** | 157,361 | £ 13.20 | £ 2,076,378.40 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 01/26/2006 | 21,000 | £ 14.40 | £ 302,400.00 | 06/20/2007 ** | 186,158 | £ 13.15 | £ 2,447,977.70 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 07/13/2006 | 55,000 | £ 14.99 | £ 824,450.00 | 06/21/2007 ** | 71,556 | £ 13.13 | £ 939,809.35 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 08/08/2006 | 118,259 | £ 14.26 | £ 1,686,373.34 | 06/22/2007 ** | 120,818 | £ 13.13 | £1,586,038.30 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 09/14/2006 | 16,978 | £ 14.76 | £ 250,510.39 | 07/10/2007 ** | 172,600 | £ 13.07 | £2,256,261.72 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 10/26/2006 | 162,446 | £ 14.98 | £ 2,433,603.53 | held | 243,568 | £ 12.94 | £3,152,273.85 | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 12/15/2006 | 172,600 | £ 13.42 | £ 2,315,687.90 | | | | | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 02/13/2007 | 205,597 | £ 14.82 | £ 3,047,622.93 | | | | | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 02/14/2007 | 139,108 | £ 14.83 | £ 2,062,826.41 | | | | | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | 04/20/2007 | 25,590 | £ 14.91 | £ 381,418.95 | | | | | |
| Avon Pension Fund, Administered by Bath & North East Somerset Council | | 952,061 | | £ 13,825,961.30 | | 952,061 | | £ 12,458,739.31 | -£ 1,367,221.99 |
| Opening position of 1,268,950 shares. | | | Converted at a one time spot rate on the date of notice (06/11/2007): 1.9706 | | | | | | ($2,694,247.65) |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 12/14/2005 | 5,000 | £ 14.59 | £ 72,950.00 | 09/21/2006 | 6,764 | £ 14.26 | £ 96,487.11 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 02/03/2006 | 20,600 | £ 14.57 | £ 300,092.56 | 09/26/2006 | 132,264 | £ 14.29 | £ 1,889,391.24 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 02/06/2006 | 4,455 | £ 14.54 | £ 64,779.26 | 05/30/2007 ** | 26,090 | £ 13.36 | £ 348,562.40 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 2,913 | £ 14.55 | £ 42,384.15 | 05/30/2007 ** | 55,873 | £ 13.36 | £ 746,463.28 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 43,290 | £ 14.51 | £ 628,137.90 | 06/06/2007 ** | 368,365 | £ 13.15 | £ 4,843,005.16 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 03/02/2006 | 24,600 | £ 14.69 | £ 361,374.00 | 06/12/2007 ** | 128,043 | £ 13.17 | £ 1,686,544.88 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 03/07/2006 | 8,300 | £ 14.88 | £ 123,462.50 | 07/05/2007 ** | 58,239 | £ 13.10 | £ 762,738.71 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 03/08/2006 | 18,965 | £ 15.18 | £ 287,810.94 | held | 79,300 | £ 12.94 | £ 1,026,306.07 | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 03/08/2006 | 33,300 | £ 15.32 | £ 510,039.45 | | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 03/20/2006 | 23,640 | £ 15.46 | £ 365,552.41 | | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 04/05/2006 | 18,300 | £ 14.94 | £ 273,478.86 | | | | | |

Movants' Purchases and Losses

GlaxoSmithKline PLC

| Entity | Date | Shares | Price | Amount | Shares | Value | Loss | USD |
|---|---|---|---|---|---|---|---|---|
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 04/06/2006 | 31,000 | £ 14.90 | £ 461,779.10 | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 5,373 | £ 15.38 | £ 82,636.74 | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 14,972 | £ 15.48 | £ 231,766.56 | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 06/23/2006 | 18,408 | £ 15.00 | £ 276,120.00 | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 08/14/2006 | 2,951 | £ 14.56 | £ 42,966.56 | | | | |
| North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 578,871 | £ 14.87 | £ 8,607,811.77 | | | | |
| **North Yorkshire County Council, Adminstrating Authority for the North Yorkshire Pension Fund** | | 854,938 | | £ 12,733,142.77 | 854,938 | £ 11,399,498.85 | -£ 1,333,643.92 | |
| Opening position of 1,051,956 shares. | | | | | | | | |
| Converted at a one time spot rate on the date of notice (06/11/2007): 1.9706 | | | | | | | | ($2,628,078.71) |
| Movants' Total | | 1,806,999 | | £ 26,559,104.07 | 1,806,999 | £ 23,858,238.16 | -£ 2,700,865.90 | |
| Converted at a one time spot rate on the date of notice (06/11/2007): 1.9706 | | | | | | | | ($5,322,326.35) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is £ 12.94 as of August 09, 2007.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.