# EXHIBIT C

3 of 47 DOCUMENTS

Copyright 2007 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

June 12, 2007 Tuesday 12:09 AM GMT

**LENGTH:** 579 words

**HEADLINE:** Kaplan Fox Seeks to Recover Losses for Investors who Purchased Securities of GlaxoSmithKline PLC

**DATELINE:** NEW YORK June 11

**BODY:**

NEW YORK, June 11 /PRNewswire/ -- Today, Kaplan Fox & Kilsheimer LLP ( http://www.kaplanfox.com/ ) filed a class action suit in the United States District Court for the Southern District of New York against GlaxoSmithKline PLC ("GSK" or the "Company") (NYSE:GSK) and certain of its officers, on behalf of all persons or entities who purchased GSK securities between October 27, 2005 and May 21, 2007, inclusive (the "Class Period").

The Complaint alleges that during the Class Period defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by publicly issuing a series of false and misleading statements regarding Avandia, GSK's popular diabetes drug.

In particular, the Complaint alleges that GSK failed to adequately disclose the fact that it had performed a meta-analysis (a pooled analysis of several clinical trials) related to Avandia which showed an increased risk of heart attacks. Preliminary results of this analysis were presented to the FDA in September 2005 and updated results were disclosed to the FDA in August 2006. However, the results of GSK's meta-analysis were never adequately disclosed to the investing public.

As alleged in the Complaint, on May 21, 2007, before the close of trading, the results of a meta-analysis on Avandia conducted by a doctor with the Cleveland Clinic was reported and published in the New England Journal of Medicine (the "Journal"). Similar to GSK's meta-analysis conducted in 2005 and 2006, the results of the meta-analysis published in the Journal revealed that Avandia increased the risk of heart attacks and possibly heart-related deaths. As a result of the reports regarding the meta-analysis, the price of GSK securities declined $4.53 per share, or 7.8%, to close at $53.18 per share, on unusually heavy trading volume.

If you are a member of the proposed Class, you may move the court no later than sixty (60) days from today to serve as a lead plaintiff for the Class. You need not seek to become a lead plaintiff in order to share in any possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is represented by Kaplan Fox & Kilsheimer LLP. Our firm, with offices in New York, San Francisco, Los Angeles, Chicago and New Jersey, has many years of experience in prosecuting investor class actions and actions involving financial fraud. For more information about Kaplan Fox & Kilsheimer LLP, or to review a copy of the complaint filed in this action, you may visit our website at http://www.kaplanfox.com/ .

If you have any questions about this Notice, the action, your rights, or your interests, please e-mail us at mail@kaplanfox.com  or contact:

```
 Frederic S. Fox
   Joel B. Strauss
   Jeffrey P. Campisi
   KAPLAN FOX & KILSHEIMER LLP
   805 Third Avenue, 22nd Floor
   New York, New York  10022
   (800) 290-1952
```

Page 2
Kaplan Fox Seeks to Recover Losses for Investors who Purchased Securities of GlaxoSmithKline PLC  PR Newswire US June 12, 2007 Tuesday 12:09 AM GMT

```
   (212) 687-1980
   Fax: (212) 687-7714
   E-mail address:
mail@kaplanfox.com


   Laurence D. King
   KAPLAN FOX & KILSHEIMER LLP
   555 Montgomery Street, Suite 1501
   San Francisco, California  94111
   (415) 772-4700
   Fax:  (415) 772-4707
   E-mail address:
mail@kaplanfox.com
```

   CONTACT:  Frederic S. Fox, Joel B. Strauss, or Jeffrey P. Campisi of KAPLAN FOX & KILSHEIMER LLP, New York, 1-800-290-1952, or fax, +1-212-687-7714, or  mail@kaplanfox.com , or Laurence D. King of KAPLAN FOX & KILSHEIMER LLP, San Francisco, +1-415-772-4700, or fax, +1-415-772-4707, or  mail@kaplanfox.com

   Web site:   http://www.kaplanfox.com/

   SOURCE Kaplan Fox & Kilsheimer LLP

**URL:** http://www.prnewswire.com

**LOAD-DATE:** June 12, 2007