UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE PLC, et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-05574-LLS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING AVON PENSION FUND, ADMINISTERED BY BATH & NORTH EAST SOMERSET COUNCIL AND NORTH YORKSHIRE COUNTY COUNCIL, ADMINISTRATING AUTHORITY FOR THE NORTH YORKSHIRE PENSION FUND AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL |

Having considered Avon Pension Fund, Administered by Bath & North East Somerset Council and North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund's ("Pension Funds') Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, appoints the Pension Funds as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to §21D(a)(3)(B)(v), the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

S:\CasesSD\GlaxoSmithKline\ORD00044530-LP.doc

- 1 -

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`