UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*LEON D. BOROCHOFF*, on behalf of himself and all others similarly situated,

Plaintiff,

v.

*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP*,

Defendants.

---

No. 07 Civ. 5574 (LLS)
ECF CASE

### DECLARATION OF SIDNEY S. LIEBESMAN IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL

Sidney S. Liebesman, declares and affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am a Director of Grant & Eisenhofer P.A., counsel for Deka Investment GmbH, Metzler Investment GmbH, Internationale Kapitalanlagegesellschaft mbH, and INDEXCHANGE Investment AG (collectively referred to as the "Institutional Investor Group") and Proposed Lead Counsel for the Class. I respectfully submit this declaration in support of the Institutional Investor Group's motion for appointment as lead plaintiffs and for the approval of its selection of counsel.

1. Attached hereto as Exhibit A are true and correct copies of the certifications of Deka Investment, Metzler Investment, Internationale Kapitalanlagegesellschaft and INDEXCHANGE.

2. Attached hereto as Exhibit B is a true and correct copy of the first notice published regarding the pendency of this action, published by PRNewswire, a national business-oriented newswire service, on June 11, 2007.

3. Attached hereto as Exhibit C is a true and correct copy of the decision known as *In re Dell, Inc., Sec. Litig.*, No. 06-CA-726-SS (W.D. Tex. Apr. 9, 2007).

4. Attached hereto as Exhibit D is a true and correct copy of the decision known as *Mass. Laborers' Annuity Fund v. Encysive Pharm. Inc.*, No. H-06-3022 (S.D. Tex. Mar. 20, 2007).

5. Attached hereto as Exhibit E is a true and correct copy of the decision known as *Welmon v. Chicago Bridge & Iron Co., N.V.*, No. 06-CV-01283 (JES) (S.D.N.Y. May 11, 2006).

6. Attached hereto as Exhibit F is a true and correct copy of the decision known as *In re Able Labs. Sec. Litig.*, No. 05-2681 (JAG) (D.N.J. Mar. 17, 2006).

7. Attached hereto as Exhibit G is a true and correct copy of the decision known as *Mirco Investors, LLC v. Inspire Pharms., Inc.*, No. 1:05CV00118 (M.D.N.C. Mar. 1, 2006).

8. Attached hereto as Exhibit H is a true and correct copy of the decision known as *Kadagian v. Harley-Davidson, Inc.*, No. 05-C-0547 (E.D. Wis. Feb. 14, 2006).

9. Attached hereto as Exhibit I is a true and correct copy of the decision known as *In re General Motors Corp. Sec. Litig.*, No. 05-CV-8088 (RMB) (S.D.N.Y. Feb. 6, 2006).

10. Attached hereto as Exhibit J is a true and correct copy of the decision known as *In re Conagra Foods, Inc. Sec. Litig.*, No. 8:05CV292-LES-TDT (D. Neb. Dec. 2, 2005).

11. Attached hereto as Exhibit K is a true and correct copy of the decision known as *In re Dreamworks Animation SKG, Inc., Sec. Litig.*, No. CV 05-03966 (C.D. Cal. Nov. 7, 2005).

12. Attached hereto as Exhibit L is a true and correct copy of the decision known as *Olsen v. New York Cmty. Bancorp, Inc.*, No. 04-CV-4165 (E.D.N.Y. Aug. 9, 2005).

13. Attached hereto as Exhibit M is a true and correct copy of the decision known as *Cox v. Delphi Corp.*, No. 1:05-CV-2637(NRB) (S.D.N.Y. June 27, 2005).

14. Attached hereto as Exhibit N is a true and correct copy of the decision known as *In re Sipex Corp. Sec. Litig.*, No. C 05-00392 WHA (N.D. Cal. May 24, 2005).

15. Attached hereto as Exhibit O is a true and correct copy of the decision known as *South Ferry LP #2 v. Killinger*, No. CV04-1599 JCC (W.D. Wash. Nov. 30, 2004).

16. Attached hereto as Exhibit P is a true and correct copy of the decision known as *Conway Inv. Club v. Corinthian Colleges, Inc.*, No. 2-04-cv-05025 (C.D. Cal. Nov. 1, 2004).

17. Attached hereto as Exhibit Q is a true and correct copy of the decision known as *Curtis v. BEA Sys., Inc.*, No. C 04-2275 SI (N.D. Cal. Sept. 24, 2004).

18. Attached hereto as Exhibit R is a true and correct copy of the decision known as *In re: The Goodyear Tire & Rubber Co. Sec. Litig.*, No. 05:03 CV 2166, 2004 WL 3314943 (N.D. Ohio, May 12, 2004).

19. Attached hereto as Exhibit S is a true and correct copy of the decision known as *In re Nortel Networks Corp. Sec. Litig.*, No. 01 Civ. 1855, 2003 WL 22077464 (S.D.N.Y. Sept. 5, 2003).

20. Attached hereto as Exhibit T is a true and correct copy of the decision known as *In re Williams Sec. Litig.*, No. 02-CV-0072-H(M) (N.D. Okla. July 8, 2002).

21. Attached hereto as Exhibit U is a true and correct copy of the firm resume of Grant & Eisenhofer P.A.

22.     Attached hereto as Exhibit V is a true and correct copy of the firm resume of Motley Rice LLC.


Dated: August 10, 2007

                                                                        s/ Sidney S. Liebesman
                                                                        Sidney S. Liebesman (SL-8444)