# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEON D. BOROCHOFF, on behalf of Himself and all others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | **NO.: 1:07-CV-5574-LLS** |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP, | : | |
| | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that Kenneth J. King is appearing on behalf of defendants

GlaxoSmithKline PLC, Dr. Jean-Pierre Garnier, and Julian Heslop in the above matter, subject to

and without waiver of any of defendants' procedural or substantive defenses.

Dated: New York, New York
      August 21, 2007

_____
Kenneth J. King (KK-3567)
PEPPER HAMILTON LLP
Suite 2320
420 Lexington Avenue
New York, New York 10170-2399

Attorneys for Defendants
GlaxoSmithKline PLC, Dr. Jean-Pierre
Garnier, and Julian Heslop