# EXHIBIT C

| | | | GLAXF US Equity High - Low Trade Prices | | | |
|---|---|---|---|---|---|---|
| | | | Data Issues in Tallahassee Trading Compared With Publicly Reported Trading Ranges On Days Listed | | | |
| Movant | Transaction Date | # of shares (Bold = Buy) | Price Per Share Reported by Tallahassee | Day Low | Day High | Problem? |
| City of Tallahassee Pension Plan | 01/20/06 | **900** | 25.3868 | 23.45 | 23.54 | Too high |
| City of Tallahassee Pension Plan | 02/01/06 | **1,071** | 25.3642 | 24.53 | 24.53 | Too high |
| City of Tallahassee Pension Plan | 02/16/06 | **572** | 25.4467 | 24.10 | 24.48 | Too high |
| City of Tallahassee Pension Plan | 08/24/06 | **2,000** | 27.1919 | 26.04 | 26.04 | Too high |
| City of Tallahassee Pension Plan | 08/25/06 | **1,100** | 27.1915 | Not a trading day | | |
| City of Tallahassee Pension Plan | 08/29/06 | **2,473** | 27.7912 | Not a trading day | | |
| City of Tallahassee Pension Plan | 08/29/06 | **180** | 27.8014 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/04/06 | **2,004** | 28.3965 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/05/06 | **178** | 28.0381 | 26.86 | 26.91 | Too high |
| City of Tallahassee Pension Plan | 09/05/06 | **1,967** | 28.0179 | 26.86 | 26.91 | Too high |
| City of Tallahassee Pension Plan | 09/06/06 | **1,840** | 27.8164 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/07/06 | **300** | 27.3918 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/18/06 | **2,832** | 27.5680 | 26.52 | 26.52 | Too high |
| City of Tallahassee Pension Plan | 09/19/06 | **826** | 26.9718 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/19/06 | **1,200** | 27.2197 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/20/06 | **950** | 27.0097 | 25.75 | 25.75 | Too high |
| City of Tallahassee Pension Plan | 09/25/06 | **966** | 27.0163 | Not a trading day | | |
| City of Tallahassee Pension Plan | 09/29/06 | **900** | 26.5661 | 25.36 | 25.51 | Too high |
| City of Tallahassee Pension Plan | 10/02/06 | **23,000** | 27.1064 | 26.04 | 26.04 | Too high |
| City of Tallahassee Pension Plan | 10/03/06 | **33,500** | 27.3854 | Not a trading day | | |
| City of Tallahassee Pension Plan | 10/09/06 | **14,200** | 27.2044 | 25.94 | 25.99 | Too high |
| City of Tallahassee Pension Plan | 03/08/07 | **900** | 27.9472 | Not a trading day | | |
| City of Tallahassee Pension Plan | 03/16/07 | **900** | 27.2750 | Not a trading day | | |
| City of Tallahassee Pension Plan | 04/13/07 | **3,600** | 28.9411 | 28.09 | 28.82 | Too high |
| City of Tallahassee Pension Plan | 11/15/05 | 4,600 | 26.3767 | 24.67 | 24.67 | Too high |
| City of Tallahassee Pension Plan | 11/16/05 | 13,900 | 25.7883 | Not a trading day | | |
| City of Tallahassee Pension Plan | 11/18/05 | 3,100 | 25.4589 | 24.01 | 24.25 | Too high |
| City of Tallahassee Pension Plan | 11/18/05 | 800 | 25.5655 | 24.01 | 24.25 | Too high |
| City of Tallahassee Pension Plan | 11/21/05 | 2,000 | 24.5890 | 23.07 | 23.12 | Too high |
| City of Tallahassee Pension Plan | 03/22/06 | 16,800 | 27.0112 | 25.47 | 25.47 | Too high |
| City of Tallahassee Pension Plan | 03/22/06 | 5,100 | 26.8705 | 25.47 | 25.47 | Too high |
| City of Tallahassee Pension Plan | 03/23/06 | 9,843 | 26.6196 | Not a trading day | | |
| City of Tallahassee Pension Plan | 11/13/06 | 3,354 | 26.0359 | Not a trading day | | |
| City of Tallahassee Pension Plan | 11/14/06 | 1,276 | 25.7452 | 24.90 | 25.18 | Too high |
| City of Tallahassee Pension Plan | 11/15/06 | 3,082 | 25.8135 | 24.71 | 25.49 | Too high |
| City of Tallahassee Pension Plan | 11/16/06 | 4,251 | 25.8636 | Not a trading day | | |
| City of Tallahassee Pension Plan | 11/17/06 | 3,782 | 25.9683 | 25.00 | 25.10 | Too high |
| City of Tallahassee Pension Plan | 11/20/06 | 3,339 | 25.9823 | Not a trading day | | |
| City of Tallahassee Pension Plan | 11/21/06 | 632 | 25.8285 | 24.76 | 24.81 | Too high |
| City of Tallahassee Pension Plan | 03/30/07 | 8,295 | 27.3711 | 26.81 | 26.86 | Too high |
| City of Tallahassee Pension Plan | 03/30/07 | 722 | 27.4992 | 26.81 | 26.86 | Too high |
| City of Tallahassee Pension Plan | 03/30/07 | 15,683 | 27.4992 | 26.81 | 26.86 | Too high |