UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>GLAXOSMITHKLINE PLC, et al.,<br><br>                 Defendants. | Civil Action No. 1:07-cv-05574-LLS<br><br><u>CLASS ACTION</u><br><br>AFFIDAVIT DAVID A. ROSENFELD IN SUPPORT OF THE U.K. PENSION FUNDS' MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF |

I, DAVID A. ROSENFELD, swear as follows:

1.  I am an attorney duly licensed to practice before the courts of the State of New York. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Avon Pension Fund, Administered by Bath & North East Somerset Council and North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund ("U.K. Pension Funds") and proposed lead counsel for the class. I make this declaration in support of the U.K. Pension Funds' Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  *In re Parmalat Sec. Litig.*, No. 1:04-cv-0030 (LAK), Amended Order (S.D.N.Y. May 25, 2004);

Exhibit B:  *In re Royal Dutch/Shell Transport Sec. Litig.*, No. 04-374 (JWB), Opinion (D.N.J. June 30, 2004); and

Exhibit C:  Stuart M. Grant and Diane Zilka, *The Role of Foreign Investors in Federal Securities Class Actions*, Securities Litigation & Enforcement Institute (PLI Corporate Law and Practice 2004).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of August, 2007, at Melville, New York.



s/ David A. Rosenfeld
DAVID A. ROSENFELD

S:\CasesSD\GlaxoSmithKline\AFF00044995-LP OPP.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2007.

    s/ David A. Rosenfeld
    DAVID A. ROSENFELD

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Telephone:  631/367-7100
    631/367-1173 (fax)

    E-mail:  drosenfeld@lerachlaw.com

S:\CasesSD\GlaxoSmithKline\AFF00044995-LP OPP.doc

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Kenneth J. King**
  kingk@pepperlaw.com

- **Sidney Stephen Liebesman**
  sliebesman@gelaw.com,rwittman@gelaw.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **David Avi Rosenfeld**
  drosenfeld@lerachlaw.com,e_file_ny@lerachlaw.com,amartin@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`