# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re PARMALAT SECURITIES LITIGATION

This document relates to:  All Cases

MASTER DOCKET
04 Civ. 0030 (LAK)

------------------------------------x

## AMENDED ORDER

LEWIS A. KAPLAN, *District Judge.*

1. For reasons stated on the record in open court on May 21, 2004:

    (a) The motions of plaintiff Hermes Focus Asset Management Europe Ltd. ("Hermes") [docket item 29] and of Cattolica Partecipazioni S.p.A., Solotrat, Societe Moderne des Terrassements Parisiens, and Capital & Finance Asset Management (collectively, the "Bond Group") [docket items 23 and 66] to appoint them as lead plaintiffs and their counsel as lead counsel, are granted to the extent that Hermes and the Bond Group are appointed co-lead plaintiffs and their respective counsel, Stuart M. Grant of the firm of Grant & Eisenhofer and Steven J. Toll of the firm of Cohen, Milstein, Hausfeld & Toll are appointed co-lead counsel. The appointment of Hermes is conditioned upon Mr. Goobey resigning either from the Hermes board of directors or from the Morgan Stanley advisory board no later than ten days from the date of this order and remaining off whichever board he resigns from for the duration of this litigation.

    (b) The motions of Southern Alaska Carpenters Retirement Trust and others [docket items 24, 25, 26, 27 and 28], of Margery Louise Kronengold and Ezio Argano [docket items 76 and 89], and of Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. [master docket item 30; 04 Civ. 47 docket item 4; 04 Civ. 367 docket item 4] are denied.

2. The motions to strike [docket items 97 and 102] are denied.

3. Plaintiffs shall filed a consolidated amended complaint no later than August 19, 2004.

SO ORDERED.

Dated: May 25, 2004

Lewis A. Kaplan
United States District Judge

5/25/04