UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,<br><br>     Defendants. | **FILED ELECTRONICALLY**<br><br>07 Civ. 5574 (LLS) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE CITY OF TALLAHASSEE PENSION PLAN'S OPPOSITION TO THE MOTIONS OF THE GERMAN INVESTORS GROUP AND THE UK GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFFS; AND (2) APPROVAL OF LEAD PLAINTIFFS' CHOICE OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am associated with the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to practice before this Court. I respectfully submit this Declaration in support of the City of Tallahassee Pension Plan's opposition to the motions of the German Investors Group and the UK Group for (1) appointment as lead plaintiffs and (2) approval of lead plaintiffs' choice of lead counsel.

2. Attached hereto are true copies of the following documents:

    A. Exhibit A, Letter from Frederic S. Fox to Counsel for the German Investors Group, dated August 15, 2007;

    B. Exhibit B, Letter from Frederic S. Fox to Counsel for the UK Group, dated August 15, 2007;

    C. Exhibit C, Slip opinion dated June 30, 2004 in *In re: Royal Dutch/Shell Transport Sec. Litig.*, Slip Opinion, (04cv374) (D. N.J.); and

    D. Exhibit D, Slip opinion dated July 8, 2002 in *In re Williams Sec. Litig.*, 02-CV-72-H(M) (N.D. Ok.).

Dated: August 27, 2007

                                    s/ Jeffrey P. Campisi
                                    JEFFREY P. CAMPISI