**EXHIBIT A**

# KAPLAN FOX

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

August 15, 2007

**Via Email, Facsimile and Regular Mail**

Jay W. Eisenhofer
Sidney S. Liebesman
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

Alexander Reus
Diaz Reus Rolff & Targ LLP
GLOBAL EXPANSION GROUP
Bank of America Tower at International Pl.
100 SE Second Street, Suite 2610
Miami, FL 33131

Joseph F. Rice
Ann K. Ritter
MOTLEY RICE LLC
P. O. Box 1792 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465

Deborah Sturman
Sturman LLC
112 Madison Avenue
7th Floor
New York, NY 10016

Re:     *Borochoff v. GlaxoSmithKline PLC* (07cv5574)(S.D.N.Y.)(LLS)

Dear Counsel:

     We represent the City of Tallahassee Pension Plan, which has moved for appointment as lead plaintiff in the above captioned securities class action. We have reviewed the papers filed in support of your clients' motion to be appointed lead plaintiffs in this action and have certain questions about your clients' transactions in the securities of GlaxoSmithKline plc ("GSK"). We request that you provide the information requested below to us by 5:00 p.m. (EDT) on Friday, August 17, 2007.

1. Based on your clients' submissions to the Court, we understand that that Deka Investment GmbH ("Deka"), Metzler Investment Gmbh ("Metzler"), Internationale Kapitalanlagegesellschaft mbH ("Inka"), and Indexchange Investment AG ("Indexchange") are entities incorporated or based in the Republic of Germany. Please confirm whether our understanding is correct.

2. With respect to the securities that are covered by the certifications filed by each of your clients in connection with their motion for appointment as lead plaintiffs, it

NEW YORK, NY        LOS ANGELES, CA        SAN FRANCISCO, CA

CHICAGO, IL         RICHMOND, VA           MORRISTOWN, NJ

is our understanding that those securities were purchased on the London Stock Exchange or some other non-United States based exchange. Please confirm whether our understanding is correct.

3. Your clients' certifications set forth transactions in GSK during the period October 27, 2005 through May 21, 2006 (the "Class Period") and claim "potential losses of over $29 million" in connection with their transactions in GSK securities (*see* Institutional Investors' memorandum of law page 2 and fn. 1). However, your clients have failed to explain how such losses were calculated, as is customary in actions under the Private Securities Litigation Reform Act of 1995. Please provide an explanation of how your clients calculated their losses, including (i) whether and when any GSK securities were sold after the Class Period and the price at which such sales occurred; (ii) the average share price used to calculate the value of your clients' retained shares; and (iii) the exchange rate used.

4. It appears that the entities that have moved for appointment as lead plaintiffs did not purchase GSK securities, but, rather, certain funds managed or controlled by these entities, purchased GSK securities. Please set forth your clients' authority to seek lead plaintiff status on behalf of the funds that purchased GSK securities.

5. The certifications of Deka, Inka and Indexchange set forth the transactions of GSK securities by certain funds. Please confirm that these funds were the only funds managed or controlled by your clients that purchased GSK securities during the Class Period. If other funds managed or controlled by your clients purchased GSK securities during the Class Period, please identify those funds as well as any transactions in GSK securities for us.

6. If any of the subject securities were purchased for any of your clients' customers, please set forth the name of each customer and all of the customer's transactions in the securities of GSK during the Class Period, including the number of securities held at the beginning of the Class Period, and the date, price and number of shares for each purchase and sale transaction.

7. The individuals who signed the certifications on behalf of Deka, Metzler and Inka did not describe their respective positions, titles or otherwise set forth their authority to act on behalf of these entities. Please provide this information to us.

8. If any of your clients are bringing a claim on behalf of any of its customers, please produce all documents which underlie or purportedly support your clients' right to assert the claim on behalf of its customers including, but not limited to, any agreements, or assignments, which demonstrate that such authority was granted to your clients.

9. Did any of your clients on behalf of themselves or any person or entity, purchase or sell any GSK securities, including options, during the Class Period, other than

**KAPLAN FOX**

GSK ordinary shares? If so, please set forth for each such transaction the type of security, the date, amount, price and the person or entity in whose name or for whose benefit the purchase or sale was made.

Thank you for your timely response to this request so that a well informed response can be filed on behalf of our client.

Sincerely yours,

Frederic S. Fox