**EXHIBIT B**

# KAPLAN FOX

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

August 15, 2007

**Via Email, Facsimile and Regular Mail**

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747

Darren J. Robbins
Ramzi Abadou
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101

Re: *Borochoff v. GlaxoSmithKline PLC* (07cv5574)(S.D.N.Y.)(LLS)

Dear Sam and Darren:

    We represent the City of Tallahassee Pension Plan, which has moved for appointment as lead plaintiff in the above captioned securities class action. We have reviewed the papers filed in support of your clients' motion to be appointed lead plaintiffs in this action and have certain questions about your clients' transactions in the securities of GlaxoSmithKline plc ("GSK"). We request that you provide the information requested below to us by 5:00 p.m. (EDT) on Friday, August 17, 2007.

1. Based on your clients' submissions to the Court, we understand that that Avon Pension Fund, Administered by Bath & North East Somerset Counsel ("Avon") and North Yorkshire County Counsel, Administrating Authority for the North Yorkshire Pension Fund ("Yorkshire") are pension funds based in the United Kingdom. Please confirm whether our understanding is correct.

2. With respect to the securities that are covered by the certifications filed by each of your clients in connection with their motion for appointment as lead plaintiffs, it is our understanding that those securities were purchased on the London Stock Exchange or some other non-United States based exchange. Please confirm whether our understanding is correct.

3. The certifications of "Named Plaintiff" submitted to the Court by Avon and Yorkshire state that each has "reviewed a complaint and authorize its filing." To our knowledge, neither of your clients filed a complaint. Further, nowhere in

**KAPLAN**FOX

their respective certifications is there an indication that either of your clients provided you authority to move for lead plaintiff on their behalf in this action. Please provide us with all documents demonstrating such authorization.

4. The certification of Avon indicates that its transactions in GSK securities during the Class Period are attached as "Schedule A". However, no transactions were attached to Avon's certification. Please provide us with the referenced Schedule A.

5. Did either of your clients purchase or sell any GSK securities, including options, during the Class Period other than GSK ordinary shares? If so, please set forth for each such transaction the type of security, the date, amount, price and the person or entity in whose name or for whose benefit the purchase or sale was made.

Thank you for your timely response to this request so that a well informed response can be filed on behalf of our client.

Sincerely yours,

Frederic S. Fox