UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
LEON D. BOROCHOFF, On Behalf of       : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
                                       : CLASS ACTION
           Plaintiff,                  :
                                       : AFFIDAVIT OF DAVID A. ROSENFELD IN
   vs.                                 : SUPPORT OF THE U.K. PENSION FUNDS'
                                       : REPLY MEMORANDUM IN FURTHER
GLAXOSMITHKLINE PLC, et al.,           : SUPPORT OF ITS MOTION FOR
                                       : APPOINTMENT AS LEAD PLAINTIFF
           Defendants.                 :
                                       :
————————————————————— x

I, DAVID A. ROSENFELD, swear as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Avon Pension Fund, Administered by Bath & North East Somerset Council and North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund ("U.K. Pension Funds") and proposed lead counsel for the class. I make this declaration in support of the U.K. Pension Funds' Reply Memorandum of Law in Further Support of Its Motion for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Local Authority Pension Fund Forum Fact Sheet;

Exhibit B:   *In re MBIA Inc. Sec. Litig.*, No. 1:05-cv-03514-LLS, Order of Consolidation and Appointment (S.D.N.Y. July 25, 2005);

Exhibit C:   *In re DaimlerChrysler AG Sec. Litig.*, No. 1:00-cv-00993-JJF, Declaration of Rolf Stürner (D. Del. Jan. 10, 2003);

Exhibit D:   Movants' LIFO Purchases and Losses Chart;

Exhibit E:   E-mail from Ramzi Abadou to Jeffrey P. Campisi dated August 17, 2007; and

Exhibit F:   E-mail from Ramzi Abadou to Frederic Fox dated August 17, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of September, 2007, at Melville, New York.



s/ David A. Rosenfeld
DAVID A. ROSENFELD

S:\CasesSD\GlaxoSmithKline\AFF00045328-Reply.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 7, 2007.

                s/ David A. Rosenfeld
                DAVID A. ROSENFELD

                COUGHLIN STOIA GELLER
                    RUDMAN & ROBBINS LLP
                58 South Service Road, Suite 200
                Melville, NY  11747
                Telephone:  631/367-7100
                631/367-1173 (fax)

                E-mail: DRosenfeld@csgrr.com

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Kenneth J. King**
  kingk@pepperlaw.com

- **Sidney Stephen Liebesman**
  sliebesman@gelaw.com,rwittman@gelaw.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`