# EXHIBIT D

Movant's Purchases and Losses (LIFO)  GlaxoSmithKline PLC

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 704 | £14.87 | £10,468.48 | 10/27/2005 | 704 | £14.21 | £10,003.84 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 10,810 | £14.87 | £160,744.70 | 10/27/2005 | 10,810 | £14.31 | £154,667.32 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 18,086 | £14.87 | £268,938.82 | 07/26/2006 | 18,086 | £15.02 | £271,561.29 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 09/13/2006 | 549,271 | £14.87 | £8,167,659.77 | 09/14/2006 | 549,271 | £14.68 | £8,065,275.66 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 08/14/2006 | 2,951 | £14.56 | £42,966.56 | 09/14/2006 | 2,951 | £14.68 | £43,331.30 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 06/23/2006 | 18,408 | £15.00 | £276,120.00 | 09/14/2006 | 18,408 | £14.68 | £270,295.71 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 5,373 | £15.38 | £82,636.74 | 09/14/2006 | 5,373 | £14.68 | £78,894.98 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/27/2006 | 14,972 | £15.48 | £231,766.56 | 09/14/2006 | 14,972 | £14.68 | £219,842.86 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/06/2006 | 31,000 | £14.90 | £461,779.10 | 09/14/2006 | 31,000 | £14.68 | £455,191.60 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 04/05/2006 | 18,300 | £14.94 | £273,478.86 | 09/14/2006 | 18,300 | £14.68 | £268,709.88 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/20/2006 | 23,640 | £15.46 | £365,552.41 | 09/14/2006 | 23,640 | £14.68 | £347,120.30 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/08/2006 | 18,965 | £15.18 | £287,810.94 | 09/14/2006 | 18,965 | £14.68 | £278,474.47 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/08/2006 | 33,300 | £15.32 | £510,039.45 | 09/14/2006 | 33,300 | £14.68 | £488,963.88 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/07/2006 | 8,300 | £14.88 | £123,462.50 | 09/14/2006 | 8,300 | £14.68 | £121,873.88 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 03/02/2006 | 24,600 | £14.69 | £361,374.00 | 09/14/2006 | 24,600 | £14.68 | £361,216.56 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 2,913 | £14.55 | £42,384.15 | 09/14/2006 | 2,913 | £14.68 | £42,773.33 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/08/2006 | 43,290 | £14.51 | £628,137.90 | 09/14/2006 | 43,290 | £14.68 | £635,653.04 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/06/2006 | 4,455 | £14.54 | £64,779.26 | 09/14/2006 | 4,455 | £14.68 | £65,415.44 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 02/03/2006 | 20,600 | £14.57 | £300,092.56 | 09/14/2006 | 20,600 | £14.68 | £302,482.16 | |
| North Yorkshire County Council, Administrating Authority for the North Yorkshire Pension Fund | 12/14/2005 | 5,000 | £14.59 | £72,950.00 | 09/14/2006 | 5,000 | £14.68 | £73,418.00 | |
| Movant's Total | | 854,938 | | £12,733,142.77 | | 854,938 | | £12,555,165.50 | -£177,977.26 |
| | | | | Converted at a one time spot rate on the date of notice (06/11/2007): 1.9706 | | | | | ($350,722.00) |