# EXHIBIT E

# Ramzi Abadou

**From:** Ramzi Abadou
**Sent:** Friday, August 17, 2007 1:23 PM
**To:** 'jcampisi@kaplanfox.com'
**Subject:** GSK

Jeff - attached is the Schedule A (Avon) you requested.  Have a nice weekend.

Ramzi Abadou, Esq.
Lerach Coughlin LLP, et al.
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058 (phone)
619-231-7423 (fax)

9/6/2007