# EXHIBIT F

# Ramzi Abadou

**From:** Ramzi Abadou
**Sent:** Friday, August 17, 2007 12:55 PM
**To:** 'Fred Fox'
**Subject:** RE: Borochoff v. GlaxoSmithKline PLC

Fred -

I gave you a call about your letter. Feel free to call me back whenever you like.

Ramzi

---

**From:** Fred Fox [mailto:FFox@kaplanfox.com]
**Sent:** Wednesday, August 15, 2007 3:46 PM
**To:** Sam Rudman; David Rosenfeld; Darren Robbins; Ramzi Abadou
**Subject:** Borochoff v. GlaxoSmithKline PLC

Enclosed is a letter in the above referenced matter.