UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *LEON D. BOROCHOFF*, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP*,<br><br>Defendants. | No. 07 Civ. 5574 (LLS)<br>ECF CASE |

**DECLARATION OF GEOFFREY JARVIS
IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S REPLY TO THE
OPPOSITIONS TO THEIR MOTION FOR APPOINTMENT AS LEAD
<u>PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL</u>**

Geoffrey Jarvis, declares and affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am a Director of Grant & Eisenhofer P.A., counsel for Deka Investment GmbH ("Deka"), Metzler Investment GmbH ("Metzler"), Internationale Kapitalanlagegesellschaft mbH ("INKA"), and INDEXCHANGE Investment AG ("INDEXCHANGE") (collectively referred to as the "Institutional Investor Group") and Proposed Lead Counsel for the Class. I respectfully submit this declaration in support of the Institutional Investor Group's reply to the oppositions to the Institutional Investor Group's motion for appointment as lead plaintiff and for the approval of its selection of counsel.

1. Attached hereto as Exhibit A is a true and correct copy of the Joint Declaration in Support of the Institutional Investor Group's Motion for Appointment as Lead Plaintiff and

Approval of its Selection of Counsel, duly executed by authorized representatives of Deka, Metzler, INKA and INDEXCHANGE.

2.      Attached hereto as Exhibit B is a true and correct copy of Declaration of Professor Dr. Burkhard Hess, executed February 11, 2003, and filed in the case *In re DaimlerChrysler AG Secs. Litig.*, Master File No. 00-0993 (JJF) (D.Del.).

3.      Attached hereto as Exhibit C is a true and correct copy of the GlaxoSmithKline Press Releases, dated May 21, 2007, issued out of Philadelphia, Pennsylvania.

4.      Attached hereto as Exhibit D is a true and correct copy of the GlaxoSmithKline Press Release, dated June 11, 2005, issued out of San Diego, California

5.      Attached hereto as Exhibit E is a true and correct copy of the GlaxoSmithKline Press Release, dated December 4, 2007, issued out of Philadelphia, Pennsylvania (among other locations).

6.      Attached hereto as Exhibit F is a true and correct copy of the May 22, 2007 Bear Stearns Research Note on GlaxoSmithKline.

7.      Attached hereto as Exhibit G is a true and correct copy of the February 8, 2007 GlaxoSmithKline Earnings Release.

8.      Attached hereto as Exhibit H is a true and correct copy of an excerpt of Schedule 13D/A, filed with the SEC on February 16, 2007 by GlaxoSmithKline, listing the business addresses of Glaxo's "Corporate Executive Team," the majority of which are located in the United States.

9.      Attached hereto as Exhibit I is a true and correct copy of the loss calculations of Deka.

10. Attached hereto as Exhibit J is a true and correct copy of the loss calculations of Metzler.

11. Attached hereto as Exhibit K is a true and correct copy of the loss calculations of INKA.

12. Attached hereto as Exhibit L is a true and correct copy of the loss calculations of INDEXCHANGE.

13. Attached hereto as Exhibit M is a true and correct copy of a spreadsheet showing GlaxoSmithKline's largest, worldwide institutional investors as of September 7, 2007.

14. Attached hereto as Exhibit N is a true and correct copy of the court's opinion in *In re Royal Dutch/Shell Transp. Sec. Litig.*, No. 04-374 (D.N.J. June 30, 2004).

Dated: September 7, 2007

      /s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis (GJ-7040)