# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *LEON D. BOROCHOFF*, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP*,<br><br>Defendants. | No. 07 Civ. 5574 (LLS) |

**JOINT DECLARATION IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

The undersigned, duly authorized representatives of the members of Lead Plaintiff Movant, the Institutional Investor Group, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Declaration in support of the motion of The Institutional Investor Group, which is comprised of INDEXCHANGE Investment AG ("INDEXCHANGE"), Deka Investment GmbH ("Deka Investment"), Metzler Investment GmbH ("Metzler Investment"), and Internationale Kapitalanlagegesellschaft mbH ("INKA") (collectively referred to as the "Institutional Investor Group" or "Companies"), for appointment as Lead Plaintiff and approval of its selection of Co-Lead Counsel in this case. We each have personal knowledge about the information in this Joint Declaration relating to the respective Institutional Investor with which we are associated as noted further below.

2. I, Götz Kirchhoff, am Speaker of the Management Board of INDEXCHANGE. I, Dr. Dorothee Elisabeth Bruemmer, am Legal Counsel of INDEXCHANGE. We are duly authorized to execute this Declaration on behalf of INDEXCHANGE, which is an investment company according to German law (InvestmentGesetz) and a subsidiary of Barclays Global Investors. INDEXCHANGE is a market leader in exchange traded funds (ETF) with approximately $25 billion of assets under management.

3. I, Andreas Lau, am a Managing Director of Deka Investment. I, Franz-Josef Obermann, am an authorized representative of Deka Investment. We are duly authorized to execute this Declaration on behalf of Deka Investment, which is an investment company according to German law (InvestmentGesetz) and a subsidiary of DekaBank, one of the largest German financial institutions and services providers, particularly in the mutual fund administration and management, with more than $207 billion of assets under management.

4. I, Stefan Gayk, am a Deputy Director of Metzler Investment. I, Matthias Plewnia, am a Managing Director of Metzler Investment. We are duly authorized to execute this Declaration on

behalf of Metzler Investment, which is a subsidiary of B. Metzler seel.Sohn & Co., Germany's oldest private bank (1674). Metzler Investment is an investment company according to German law (InvestmentGesetz) and part of the asset management division of the bank with approximately $41.5 billion of assets under management.

5.      I, Marc Diedenhofen, am the General Counsel of INKA. I, Dr. Christiane Marliani, am a Managing Director of INKA. We are duly authorized to execute this Declaration on behalf of INKA, which is a subsidiary of HSBC Trinkaus & Burkhardt AG, one of Germany's oldest private banks and now part of the global HSBC network of financial service providers. INKA is an investment company according to German law (InvestmentGesetz) and one of Germany's leading (master) fund administration companies with more than $69 billion of assets under management.

6.      After reviewing a complaint against GlaxoSmithKline PLC and the Individual Defendants, and before the Institutional Investor Group's motion was filed on our collective behalf, we decided to move together as a group for appointment as Lead Plaintiff in this securities class action proceeding and to propose as co-lead counsel for the class the law firms of Motley Rice LLC and Grant & Eisenhofer P.A.

7.      Each of us confirms for our respective Company that we are duly authorized to institute legal action on our Company's behalf, including litigation against GlaxoSmithKline and the other defendants. Each of us hereby confirms for our respective Company that our Company has standing to bring this action to recover the losses claimed because our Company controls and manages the various investment and mutual funds it manages and serves as attorney-in-fact for these funds, with authority to bring suit to recover losses sustained by the funds.

8.      Each of us confirms for our respective Company that our Company's certification listed every Glaxo security that the funds, on whose behalf we are moving for Lead Plaintiff appointment, traded in during the Class Period. None of the funds purchased or sold any securities of GlaxoSmithKline other than ordinary shares during the Class Period; i.e., no options were purchased or sold.

9. We request that the Court appoint the Institutional Investor Group as Lead Plaintiff, because its members are sophisticated institutional investors with a significant interest in the outcome of the litigation and the capability and experience to oversee and actively participate in this litigation until a successful conclusion in the interest of the entire Class. The Institutional Investor Group has ample resources and is committed to working closely as representatives of the entire worldwide class with class counsel, in order to obtain the best possible recovery for the Class.

10. Before deciding to move for lead plaintiff, each member of the Institutional Investor Group carefully considered the merits of this action and our respective funds' losses, as well as the legal aspects and importance of this action for European and worldwide investors. We requested memoranda to be prepared analyzing the merits of the case and our funds' losses and discussed this case with our counsel intensively. We reviewed a copy of the filed Complaint as well as detailed analysis and/or news reports about the allegations underlying the Complaint.

11. We understand that one of the primary responsibilities of the Lead Plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently and in the interest of the entire (worldwide) class, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

12. We understand that each of us could have chosen to pursue individual actions, make an individual motion for appointment as Lead Plaintiff, or could have taken no action and remained an absent class member. However, based on our respective financial losses, collective resources, and desire to actively oversee this litigation, which involves a global fraud emanating in large part from conduct that took place in the United States yet has resulted in a disproportionate loss in Europe where most of the securities were traded, we affirmatively decided that it would be a benefit to ourselves and the proposed Class if we, together, as four sophisticated and experienced investors, sought appointment as Lead Plaintiff as part of a small, cohesive group.

13. Further, the Institutional Investor Group has the resources, expertise, and sophistication to fulfill the statutory role of Lead Plaintiff. The members of the Institutional Investor Group have dedicated staff with the legal, financial and organizational expertise to effectively oversee this proceeding and direct the actions of outside lead counsel. The resources and sophistication at the Institutional Investor Group's disposal will serve the proposed Class well, as it will permit the Institutional Investor Group to closely monitor the litigation and prosecute the case in the entire Class's best interest.

14. Each member of the Institutional Investor Group is committed to the zealous prosecution of this case and will remain actively involved in it. Each member understands that if appointed it would owe a fiduciary duty to all members of the putative Class to provide fair and adequate representation and to work with Lead Counsel to obtain the largest possible recovery for the putative Class consistent with good faith and vigorous advocacy. Each member is experienced in working with and overseeing legal counsel.

15. We each have knowledge of the requirements and responsibilities of a lead plaintiff in a securities class action. INDEXCHANGE, Deka Investment, Metzler Investment, and INKA, through their authorized representatives, have agreed to exercise joint decision making and work together if appointed in this Action to fairly and adequately protect the interests of the Class. In connection therewith, we intend to continue to communicate regularly with counsel as we have done thus far. Similarly, if appointed as Lead Plaintiff, we will continue to maintain contact with and supervise our selected Co-Lead Counsel and with each other, in order to discuss and monitor this Action as it progresses. We have selected Co-Lead Counsel in this Action, based upon their experience and resources, and have entered into fee agreements with them for the benefit of the entire Class.

16. The members of the Institutional Investor Group understand that, as the Lead Plaintiff in this Action, each of us is subject to the jurisdiction and bound by all rulings of the Court, including rulings regarding any judgments.

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

September___, 2007.      _____
                         Götz Kirchhoff
                         Speaker of the Management Board
                         INDEXCHANGE Investment AG

September___, 2007.      _____
                         Dr. Dorothee Elisabeth Bruemmer
                         Legal Counsel
                         INDEXCHANGE Investment AG

September___, 2007.      _____
                         Andreas Lau
                         Managing Director
                         Deka Investment GmbH

September___, 2007.      _____
                         Franz-Josef Obermann
                         Authorized Representative
                         Deka Investment GmbH

September___, 2007.      _____
                         Stefan Gayk
                         Deputy Director
                         Metzler Investment GmbH

September___, 2007.      _____
                         Matthias Plewnia
                         Managing Director
                         Metzler Investment GmbH

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

September___, 2007.   _____
Götz Kirchhoff
Speaker of the Management Board
INDEXCHANGE Investment AG

September___, 2007.   _____
Dr. Dorothee Elisabeth Bruemmer
Legal Counsel
INDEXCHANGE Investment AG

September 06, 2007.   _____
Andreas Lau
Managing Director
Deka Investment GmbH

September 06, 2007.   _____
Franz-Josef Obermann
Authorized Representative
Deka Investment GmbH

September___, 2007.   _____
Stefan Gayk
Deputy Director
Metzler Investment GmbH

September___, 2007.   _____
Matthias Plewnia
Managing Director
Metzler Investment GmbH

5

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

September___, 2007.   _____
Götz Kirchhoff
Speaker of the Management Board
INDEXCHANGE Investment AG

September___, 2007.   _____
Dr. Dorothee Elisabeth Bruemmer
Legal Counsel
INDEXCHANGE Investment AG

September___, 2007.   _____
Andreas Lau
Managing Director
Deka Investment GmbH

September___, 2007.   _____
Franz-Josef Obermann
Authorized Representative
Deka Investment GmbH

September_6th, 2007.   _____
Stefan Gayk
Deputy Director
Metzler Investment GmbH

September_6th, 2007.   _____
Matthias Plewnia
Managing Director
Metzler Investment GmbH

5

September 06, 2007.   _____
                               Marc Diedenhofen
                               General Counsel
                               Internationale
                               Kapitalanlagegesellschaft mbH

September 06, 2007.   _____
                               Dr. Christiane Marliani
                               Managing Director
                               Internationale
                               Kapitalanlagegesellschaft mbH