# Exhibit C

**GlaxoSmithKline responds to NEJM article on Avandia**

Print
Close

**Philadelphia, PA (May 21, 2007)** — GlaxoSmithKline [NYSE:GSK] today issued the following response to an article in the New England Journal of Medicine (NEJM) on *Avandia®* (rosiglitazone maleate), a widely used and highly effective treatment for type 2 diabetes:

GSK strongly disagrees with the conclusions reached in the NEJM article, which are based on incomplete evidence and a methodology that the author admits has significant limitations.

The NEJM paper is based on an analysis of summary information that combines a number of studies — a meta-analysis - which is not the most rigorous way to reach definite conclusions about adverse events. Each study is designed differently and looks at unique questions: for example, individual studies vary in size and length, in the type of patients who participated, and in the outcomes they investigate. The data compiled from these varied studies is complex and can be conflicting.

Importantly, the editorial in the NEJM states: "A few events either way might have changed the findings for myocardial infarction or for death from cardiovascular causes. In this setting, the possibility that the findings were due to chance cannot be excluded. In their discussion, the authors properly emphasize the fragility of their findings."

In contrast to a meta-analysis, the most scientifically rigorous way to examine the safety and benefits of a medicine is to conduct large scale, long-term clinical trials in patients with the disease. Several trials of this type have been ongoing for many years. To date concerns regarding patient safety have not been identified by the independent Safety Monitoring Boards for these trials. Several trials have completed and the results published. For example, GSK's long-term, landmark study 'ADOPT' (A Diabetes Outcome Progression Trial) - one of the longest clinical trials in people with type 2 diabetes to date - directly compared both the safety and effectiveness of *Avandia* with other oral anti-diabetic medicines in over 4,300 patients studied for up to 6 years.

Data from ADOPT showed that the overall risk of serious, cardiovascular events (CV death, myocardial infarction, and stroke, or MACE endpoint) for patients on *Avandia* was comparable to metformin and sulfonylurea (glyburide) — two of the most commonly used medicines to treat type 2 diabetes. ADOPT showed comparable rates of cardiovascular deaths: *Avandia* — 5 reports out of 1,456 patients, or 0.34%; metformin — 4 out of 1,454, or 0.28%; and glyburide — 8 out of 1,441 or 0.56%. The ADOPT clinical trial did show a small increase in reports of myocardial infarction among the *Avandia*-treated group (*Avandia*: 24 out of 1,456 or 1.65%) vs metformin (20 out of 1,454 or 1.38%) vs glyburide (14 out of 1,441 or 0.97%); however, the number of events is too small to reach a reliable conclusion about the role any of the medicines may have played in this finding. Importantly, ADOPT also demonstrated that *Avandia* was superior to metformin and sulfonylurea regarding long-term control of blood sugar over five years, which is a key goal in managing diabetes to avoid the long-term complications of the disease.

In another long-term study, DREAM — which followed over 5,200 patients at high risk of developing of type 2 diabetes for a period of three to five years - *Avandia* monotherapy showed no increase in cardiovascular risk when compared to placebo.

Furthermore, in 2000, GSK initiated RECORD - a large, long-term clinical trial in people with diabetes- which has been prospectively designed to look at cardiovascular outcomes. The independent Safety Monitoring Boards responsible for overseeing the safety of this trial monitors patients closely, and in its regular operations has not found any safety risk that would interrupt continuation of the study.

managed care database of more than 33,000 people with diabetes — performed by independent investigators - there was no difference in ischemic cardiovascular events (including myocardial infarction) among patients taking *Avandia* -containing regimens versus other oral anti-diabetic medicines.

The totality of the data show that *Avandia* has a comparable cardiovascular profile to other oral anti-diabetic medicines. GSK stands firmly behind the safety of *Avandia* when used appropriately, and we believe its significant benefits continue to outweigh any treatment risks.

Because *Avandia* has been shown to control blood sugar for longer than other standard oral anti-diabetic medicines, it is an important treatment option for physicians who often need to prescribe two or three medicines to help their patients maintain their blood sugar levels. Type 2 diabetes is chronic, relentlessly progressive and life threatening; yet, two-thirds of diabetic patients suffer with uncontrolled disease. If left uncontrolled, diabetes can lead to heart disease, and is the leading cause of blindness, kidney disease and non-traumatic amputations in the US.

GSK has consistently shared its data on *Avandia* from meta-analyses and controlled studies with the FDA and other regulatory agencies. Data is also posted publicly on the company's Clinical Trial Register. We continue to work closely with regulatory authorities and physicians to keep them fully informed so they can make the best decisions for patients based on both the safety and benefit of the medicine.

GlaxoSmithKline - one of the world's leading research-based pharmaceutical and healthcare companies - is committed to improving the quality of human life by enabling people to do more, feel better and live longer. For company information, visit GlaxoSmithKline on the World Wide Web at www.gsk.com.

**Inquiries**

| | | | |
|---|---|---|---|
| US Media inquiries: | Nancy Pekarek | (215) | 751 7709 |
| | Mary Anne Rhyne | (919) | 483 2839 |
| | Alice Hunt | (215) | 751 7709 |
| UK Media inquiries: | Phil Thomson | (020) | 8047 5502 |
| | Joss Mathieson | (020) | 8047 5502 |
| | Gwenan White | (020) | 8047 5502 |
| US Analyst/ Investor inquiries: | Frank Murdolo | (215) | 751 7002 |
| | Tom Curry | (215) | 751 5419 |
| European Analyst/Investor inquiries: | Anita Kidgell | (020) | 8047 5542 |
| | David Mawdsley | (020) | 8047 5564 |
| | Sally Ferguson | (020) | 8047 5543 |

GSK in focus | Reports and publications | GSK worldwide | Contact us | Site map |
Terms and conditions | Accessibility | Your privacy

Updated May 21, 2007
© 2001-2006 GlaxoSmithKline - All rights reserved

**GlaxoSmithKline strongly defends its record on Avandia**

PHILADELPHIA, PA — May 21, 2007 — The following is GlaxoSmithKline's (NYSE: GSK) response to a press release issued by the US Senate Committee on Finance about Avandia® (rosiglitazone maleate):

Print
Close

The suggestion that GlaxoSmithKline has placed patients at risk and attempted to silence independent investigation of data is absolutely false. Any fair examination of the company's record will show that GSK has been fully transparent in its efforts to thoroughly study the safety and effectiveness of Avandia, and to widely communicate that information to governments, scientists, physicians, and the public in the best interests of both patients and scientific debate.

The statistical analysis on which the Committee bases its concern is, by the author's own admission, limited, while the editorial accompanying the paper states: "the possibility that the findings were due to chance cannot be excluded."

In contrast, GSK has initiated the most comprehensive and rigorous program of scientific analysis for any oral anti-diabetic medicine on the market today, with experience in over 52,000 patients. The company has initiated:

- Extensive clinical trials, including long-term clinical trials in diabetic patients;
- A prospective, long-term, clinical trial specifically designed to address cardiovascular safety in diabetic patients;
- A proactive, integrated clinical trial analysis of the company's own collected data; and
- Rigorous monitoring of spontaneously reported adverse events.

These data show that Avandia has a cardiovascular safety profile comparable to other oral anti-diabetic medicines. In addition, independent investigators performed a comprehensive analysis of patients in a US managed care database of more than 33,000 people with diabetes, and showed there was no difference in cardiovascular events among patients taking Avandia-containing regimens versus other oral anti-diabetic medicines.

Over time, the company has actively shared new data on Avandia with the FDA and with regulators worldwide as quickly as scientifically possible. GSK has a strong commitment to providing timely access to its data, which is why the company was one of the first to develop a Clinical Trials Register, on which Avandia data has been posted, and where it is available to any scientific investigator interested in doing their own analysis.

GSK stands firmly behind the safety of Avandia when used appropriately, and will strongly defend its commitment to patient safety and to full transparency of its scientific information. We welcome the opportunity to meet with the Committee and its staff to correct misunderstandings and to clarify the record.

GlaxoSmithKline – one of the world's leading research-based pharmaceutical and healthcare companies – is committed to improving the quality of human life by enabling people to do more, feel better and live longer. For company information, visit GlaxoSmithKline on the World Wide Web at www.gsk.com.

**Inquiries**

| | | | |
|---|---|---|---|
| US Media inquiries: | Nancy Pekarek | (215) 7709 | 751 |
| | Mary Anne Rhyne | (919) 2839 | 483 |
| | Alice Hunt | (215) 7709 | 751 |

| | | | |
|---|---|---|---|
| UK Media inquiries: | Phil Thomson | (020) 5502 | 8047 |
| | Joss Mathieson | (020) 5502 | 8047 |
| | Gwenan White | (020) 5502 | 8047 |
| US Analyst/ Investor inquiries: | Frank Murdolo | (215) 7002 | 751 |
| | Tom Curry | (215) 5419 | 751 |
| European Analyst/Investor inquiries: | Anita Kidgell | (020) 5542 | 8047 |
| | David Mawdsley | (020) 5564 | 8047 |
| | Sally Ferguson | (020) 5543 | 8047 |

GSK in focus | Reports and publications | GSK worldwide | Contact us | Site map |
Terms and conditions | Accessibility | Your privacy

Updated May 21, 2007
© 2001-2006 GlaxoSmithKline - All rights reserved