# EXHIBIT I

GlaxoSmithKline PLC
DEKA
FIFO LOSSES
Class Period: October 27, 2005 through May 21, 2007

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD (2) | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| DekaLux-Europa TF | Preclass Holdings | | 29,975 | | | 12/1/2005 | 29,975 | £14.49580 | £434,511.61 | | | |
| | | 2/8/2006 | 52,928 | £14.52940 | £769,012.08 | 2/28/2007 | 271,845 | £14.37600 | £3,908,043.72 | | | |
| | | 3/2/2006 | 82,294 | £14.74390 | £1,213,334.51 | | | | | | | |
| | | 3/31/2006 | 48,468 | £15.15030 | £734,304.74 | | | | | | | |
| | | 10/24/2006 | 95,251 | £14.94370 | £1,423,402.37 | | | | | | | |
| | | 12/13/2006 | 68,469 | £13.43160 | £919,648.22 | | | | | | | |
| | | 12/15/2006 | 239,683 | £13.45550 | £3,225,054.61 | | | | | | | |
| | | 12/20/2006 | 108,536 | £13.32650 | £1,446,405.00 | | | | | | | |
| | | 12/21/2006 | 73,186 | £13.25610 | £970,160.93 | | | | | | | |
| | | 1/29/2007 | 117,609 | £13.86880 | £1,631,095.70 | | | | | | | |
| | | 1/30/2007 | 170,897 | £13.86260 | £2,369,076.75 | | | | | | | |
| | | 1/31/2007 | 202,800 | £13.80000 | £2,798,640.00 | | | | | | | |
| | | 2/13/2007 | 51,629 | £14.76740 | £762,426.09 | | | | | | | |
| DekaLux-Europa TF Total | | | 1,311,750 | | 18,262,561.01 | | 271,845 | | 3,908,043.72 | 1,039,905 | 13,453,770.94 | (900,746.35) |
| A-KHN 2-FONDS | | 6/2/2006 | 16,460 | £14.93370 | £245,808.70 | 5/3/2007 | 3,429 | £14.38840 | 49,337.82 | | | |
| A-KHN 2-FONDS Total | | | 16,460 | | 245,808.70 | | 3,429 | | 49,337.82 | 13,031 | 168,588.56 | (27,882.32) |
| A-ER 03-FONDS | Preclass Holdings | | 4,000 | | | 5/18/2006 | 1,500 | £14.97550 | £22,463.25 | | | |
| | | | | | | 10/17/2006 | 2,500 | £14.65000 | £36,625.00 | | | |
| | | | | | | Total | 4,000 | | | | | |
| A-ER 03-FONDS Total | | | 5,000 | | 72,960.00 | | 0 | | 0.00 | 5,000 | 64,687.50 | (8,272.50) |
| | | 11/22/2005 | 2,000 | £14.50000 | £29,000.00 | | | | | | | |
| | | 1/25/2006 | 1,000 | £14.34000 | £14,340.00 | | | | | | | |
| | | 7/27/2006 | 2,000 | £14.81000 | £29,620.00 | | | | | | | |
| DekaTeam-GlobalSelect | | 1/16/2006 | 656,895 | £14.05000 | £9,229,374.75 | 12/1/2006 | 18,479 | £13.59000 | £251,129.61 | | | |
| | | 11/7/2006 | 53,871 | £14.21000 | £765,506.91 | 12/5/2006 | 22,153 | £13.41603 | £297,205.36 | | | |
| | | 1/24/2007 | 23,606 | £14.10427 | £332,945.47 | 12/20/2006 | 8,041 | £13.32200 | £107,106.12 | | | |
| | | | | | | 1/24/2007 | 27,609 | £13.86000 | £382,660.74 | | | |
| | | | | | | 3/19/2007 | 13,723 | £14.02242 | £192,429.64 | | | |
| | | | | | | 3/23/2007 | 644,367 | £14.00000 | £9,021,138.00 | | | |
| DekaTeam-GlobalSelect Total | | | 734,372 | | 10,327,827.13 | | 734,372 | | 10,251,669.47 | 0 | 0.00 | (76,157.66) |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
DEKA

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | |
| Deka-PrivatVorsorge AS | 2/10/2006 | 20,000 | £15.01170 | £300,354.00 | 8/2/2006 | 20,000 | £14.25000 | £285,000.00 | | |
| Deka-PrivatVorsorge AS Total | | 20,000 | | 300,354.00 | | 20,000 | | 285,000.00 | 0 | 0.00 | (15,354.00) |
| SZVA-FONDS | Preclass Holdings | 53,000 | | | | | | | | |
| | 1/16/2006 | 69,435 | £14.72290 | £1,022,284.56 | 1/25/2007 | 1,500 | £13.95540 | £20,933.10 | | |
| | 1/27/2006 | 11,000 | £14.62850 | £160,913.50 | 2/7/2007 | 4,500 | £14.01000 | £63,045.00 | | |
| | 3/31/2006 | 72,000 | £15.15920 | £1,091,462.40 | 10/6/2006 | 6,000 | £14.30000 | £85,800.00 | | |
| | 4/3/2006 | 54,000 | £15.27270 | £824,725.80 | 11/10/2006 | 5,000 | £13.64660 | £68,233.00 | | |
| | 4/28/2006 | 100,000 | £15.46000 | £1,546,000.00 | 11/22/2006 | 2,500 | £14.38000 | £35,950.00 | | |
| | 7/13/2006 | 14,000 | £14.93030 | £209,024.20 | 3/19/2007 | 6,000 | £13.98000 | £83,880.00 | | |
| | 7/17/2006 | 16,600 | £14.62460 | £242,768.36 | 3/22/2007 | 4,500 | £14.06750 | £63,303.75 | | |
| | 7/25/2006 | 24,000 | £15.43520 | £370,444.80 | 3/26/2007 | 4,500 | £13.90000 | £62,550.00 | | |
| | 9/11/2006 | 6,000 | £14.77030 | £88,621.80 | 3/26/2007 | 10,000 | £14.00360 | £140,036.00 | | |
| | 10/25/2006 | 10,000 | £15.10000 | £151,000.00 | 3/27/2007 | 4,500 | £13.73000 | £61,785.00 | | |
| | 10/27/2006 | 5,000 | £14.08000 | £70,400.00 | 3/28/2007 | 3,000 | £13.81640 | £41,449.20 | | |
| | 1/3/2007 | 5,000 | £13.73000 | £68,650.00 | 4/2/2007 | 5,000 | £13.90000 | £69,500.00 | | |
| | 2/28/2007 | 5,500 | £13.83000 | £69,150.00 | 4/3/2007 | 6,000 | £13.98000 | £83,880.00 | | |
| | 2/28/2007 | 5,500 | £14.20000 | £78,100.00 | 4/3/2007 | 4,500 | £13.93000 | £62,685.00 | | |
| | 2/28/2007 | 4,500 | £14.47000 | £65,115.00 | 4/4/2007 | 3,000 | £13.99000 | £41,970.00 | | |
| | 4/18/2007 | 8,000 | £14.73000 | £117,840.00 | 4/4/2007 | 4,500 | £14.01000 | £63,045.00 | | |
| | 4/19/2007 | 50,000 | £14.65000 | £732,500.00 | 4/4/2007 | 5,000 | £14.08000 | £70,400.00 | | |
| | 4/25/2007 | 9,000 | £14.92000 | £134,280.00 | 4/23/2007 | 4,500 | £14.69000 | £66,105.00 | | |
| | | | | | 4/23/2007 | 10,000 | £14.69410 | £146,941.00 | | |
| | | | | | 4/27/2007 | 13,000 | £14.36260 | £186,713.80 | | |
| | | | | | 5/8/2007 | 4,435 | £14.42000 | £63,952.70 | | |
| | | | | | 5/10/2007 | 14,000 | £14.26470 | £199,705.80 | | |
| | | | | | 5/10/2007 | 5,000 | £14.28000 | £71,400.00 | | |
| | | | | | Total | 53,000 | £13.95540 | £104,665.50 | | |
| SZVA-FONDS Total | | 469,035 | | 7,043,280.42 | | 124,435 | | 1,763,895.35 | 344,600 | 4,458,262.50 | (821,122.57) |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
DEKA

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-VSA-FONDS | Preclass Holdings | 115,000 | | | 11/7/2005 | 115,000 | £15.02000 | £1,727,300.00 | | | |
| | 11/7/2005 | 115,000 | £15.02000 | £1,727,300.00 | | | | | | | |
| | 1/4/2007 | 37,270 | £14.06490 | £524,198.82 | | | | | | | |
| | | | Total | | | 115,000 | | £1,727,300.00 | | | |
| A-VSA-FONDS Total | | 152,270 | | 2,251,498.82 | | 35,000 | | 512,400.00 | 117,270 | 1,517,180.63 | (221,918.20) |
| VRS-FONDS | 12/21/2005 | 12,000 | £14.63000 | £175,560.00 | 1/3/2007 | 7,000 | £13.77000 | £96,390.00 | | | |
| | | | | | 2/7/2007 | 5,000 | £13.91090 | £69,554.50 | | | |
| VRS-FONDS Total | | 12,000 | | 175,560.00 | | 12,000 | | 165,944.50 | 0 | 0.00 | (9,615.50) |
| PK-FONDS I | 2/9/2006 | 30,000 | £14.73250 | £441,975.00 | 3/23/2007 | 20,000 | £14.07000 | £281,400.00 | | | |
| | 2/21/2006 | 30,000 | £14.75000 | £442,500.00 | 4/3/2007 | 10,000 | £13.94000 | £139,400.00 | | | |
| | 3/20/2006 | 10,000 | £15.39000 | £153,900.00 | 4/13/2007 | 20,000 | £14.64000 | £292,800.00 | | | |
| PK-FONDS I Total | | 70,000 | | 1,038,375.00 | | 50,000 | | 713,600.00 | 20,000 | 258,750.00 | (66,025.00) |
| Köln-Aktien Global Deka | Preclass Holdings | 27,400 | | | 6/16/2006 | 9,000 | £14.60000 | £131,400.00 | | | |
| | 12/29/2005 | 31,600 | £14.80870 | £467,954.92 | 11/15/2006 | 7,400 | £13.76000 | £101,824.00 | | | |
| | | | | | 4/18/2007 | 4,900 | £14.70000 | £72,030.00 | | | |
| | | | | | Total | 21,300 | | | | | |
| Köln-Aktien Global Deka Total | | 31,600 | | 467,954.92 | | 0 | | 0.00 | 31,600 | 408,825.00 | (59,129.92) |
| RPL-FONDS | 6/2/2006 | 35,524 | £14.83260 | £526,913.28 | | | | | | | |
| RPL-FONDS Total | | 35,524 | | 526,913.28 | | 0 | | 0.00 | 35,524 | 459,591.75 | (67,321.53) |
| Vest-Fonds A | 4/3/2006 | 90,000 | £15.23000 | £1,370,700.00 | | | | | | | |
| | 4/10/2006 | 10,000 | £15.00000 | £150,000.00 | | | | | | | |
| | 4/18/2006 | 20,000 | £14.90000 | £298,000.00 | | | | | | | |
| | 4/25/2006 | 15,000 | £14.88500 | £223,275.00 | | | | | | | |
| | 9/21/2006 | 15,000 | £14.31000 | £214,650.00 | | | | | | | |
| Vest-Fonds A Total | | 150,000 | | 2,256,625.00 | | 0 | | 0.00 | 150,000 | 1,940,625.00 | (316,000.00) |

GlaxoSmithKline PLC
DEKA

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| DPBDIM-FONDS | Preclass Holdings | 11,200 | | | 11/7/2005 | 11,200 | £15.29000 | £171,248.00 | | | |
| | 11/7/2005 | 11,200 | £15.29000 | £171,248.00 | | | | | | | |
| | 12/8/2005 | 1,300 | £14.43000 | £18,759.00 | | | | | | | |
| | 2/16/2007 | 4,000 | £14.95000 | £59,800.00 | | | | | | | |
| | | | | | Total | 11,200 | | £171,248.00 | | | |
| DPBDIM-FONDS Total | | 16,500 | | 249,807.00 | | 1,000 | | 13,870.00 | 15,500 | 200,531.25 | (35,405.75) |
| DIM-ERV-FONDS | Preclass Holdings | 11,305 | | | 11/9/2006 | 1,000 | £13.87000 | £13,870.00 | | | |
| | 11/4/2005 | 1,096 | £14.87000 | £16,297.52 | 1/5/2007 | 1,097 | £14.02030 | £15,380.27 | | | |
| | 2/3/2006 | 4,794 | £14.52390 | £69,627.58 | 5/4/2007 | 2,214 | £14.57000 | £32,257.98 | | | |
| | | | | | Total | 3,311 | | | | | |
| DIM-ERV-FONDS Total | | 5,890 | | 85,925.10 | | 0 | | 0.00 | 5,890 | 76,201.88 | (9,723.22) |
| A-SZA-S PLUS-FONDS | 4/3/2006 | 4,000 | £15.23000 | £60,920.00 | 4/5/2006 | 4,000 | £14.90000 | £59,600.00 | | | |
| A-SZA-S PLUS-FONDS Total | | 4,000 | | 60,920.00 | | 4,000 | | 59,600.00 | 0 | 0.00 | (1,320.00) |
| A-NUIL-FONDS | 12/6/2006 | 5,000 | £13.41000 | £67,050.00 | 1/29/2007 | 1,800 | £13.80000 | £24,840.00 | | | |
| | 1/4/2007 | 12,000 | £14.02000 | £168,240.00 | 3/15/2007 | 4,000 | £14.08000 | £56,320.00 | | | |
| A-NUIL-FONDS Total | | 17,000 | | 235,290.00 | | 5,800 | | 81,160.00 | 11,200 | 144,900.00 | (9,230.00) |
| Deka-AktienEuropa Invest | 12/28/2005 | 4,000 | £14.66500 | £58,660.00 | 1/12/2006 | 4,000 | £14.54000 | £58,160.00 | | | |
| | 2/8/2006 | 2,500 | £14.64000 | £36,600.00 | 11/8/2006 | 3,000 | £14.22000 | £42,660.00 | | | |
| | 3/8/2006 | 3,000 | £15.39000 | £46,170.00 | 11/14/2006 | 2,500 | £13.59000 | £33,975.00 | | | |
| Deka-AktienEuropa Invest Total | | 9,500 | | 141,430.00 | | 9,500 | | 134,795.00 | 0 | 0.00 | (6,635.00) |
| Deka-AktienGlobal Invest | 12/28/2005 | 6,000 | £14.72000 | £88,320.00 | | | | | | | |
| Deka-AktienGlobal Invest Total | | 6,000 | | 88,320.00 | | 0 | | 0.00 | 6,000 | 77,625.00 | (10,695.00) |

GlaxoSmithKline PLC
DEKA

FIFO LOSSES
Class Period: October 27, 2005 through May 21, 2007

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| DekaSystem-Chance | Preclass Holdings | 10,000 | | | 11/16/2006 | 7,400 | £13.68000 | £101,232.00 | | | |
| | | | | | Total | 7,400 | | | | | |
| | 1/13/2006 | 1,800 | £14.48000 | £26,064.00 | | | | | | | |
| | 2/2/2006 | 5,500 | £14.43000 | £79,365.00 | | | | | | | |
| | 4/16/2007 | 2,600 | £14.76000 | £38,376.00 | | | | | | | |
| DekaSystem-Chance Total | | 9,900 | | 143,805.00 | | 0 | | 0.00 | 9,900 | 128,081.25 | (15,723.75) |
| Deka-DividendValue Europa | 12/4/2006 | 49,688 | £13.48600 | £670,092.37 | | | | | | | |
| | 12/6/2006 | 36,047 | £13.35490 | £481,404.08 | | | | | | | |
| | 12/11/2006 | 51,105 | £13.45570 | £687,755.76 | | | | | | | |
| | 12/15/2006 | 14,073 | £13.40220 | £188,609.16 | | | | | | | |
| | 1/3/2007 | 26,181 | £13.78720 | £360,962.68 | | | | | | | |
| | 1/26/2007 | 11,856 | £13.87970 | £164,557.72 | | | | | | | |
| Deka-DividendValue Europa Total | | 188,950 | | 2,553,381.77 | | 0 | | 0.00 | 188,950 | 2,444,540.63 | (108,841.15) |
| Deka-EuropaTrend | 4/23/2007 | 67,900 | £14.89950 | £1,011,676.05 | | | | | | | |
| Deka-EuropaTrend Total | | 67,900 | | 1,011,676.05 | | 0 | | 0.00 | 67,900 | 878,456.25 | (133,219.80) |
| Deka-GlobalChampions | 12/27/2006 | 9,500 | £13.45000 | £127,775.00 | | | | | | | |
| | 1/15/2007 | 1,000 | £13.88000 | £13,880.00 | | | | | | | |
| | 1/19/2007 | 2,000 | £14.10870 | £28,217.40 | | | | | | | |
| | 2/1/2007 | 4,000 | £13.87000 | £55,480.00 | | | | | | | |
| | 2/7/2007 | 2,000 | £14.03000 | £28,060.00 | | | | | | | |
| | 2/13/2007 | 1,600 | £14.64000 | £23,424.00 | | | | | | | |
| | 3/1/2007 | 7,000 | £14.16280 | £99,139.60 | | | | | | | |
| | 3/6/2007 | 2,000 | £14.11000 | £28,220.00 | | | | | | | |
| | 4/24/2007 | 3,000 | £14.76700 | £44,301.00 | | | | | | | |
| Deka-GlobalChampions Total | | 32,100 | | 448,497.00 | | 0 | | 0.00 | 32,100 | 415,293.75 | (33,203.25) |
| A-DONAU-RHEIN-FONDS | 11/24/2005 | 9,000 | £14.58000 | £131,220.00 | 1/23/2006 | 4,500 | £14.16570 | £63,745.65 | | | |
| | | | | | 10/19/2006 | 4,500 | £14.87000 | £66,915.00 | | | |
| A-DONAU-RHEIN-FONDS Total | | 9,000 | | 131,220.00 | | 9,000 | | 130,660.65 | 0 | 0.00 | (559.35) |
| A-ESF 2-FONDS | 11/24/2005 | 5,000 | £14.58000 | £72,900.00 | 5/10/2006 | 2,500 | £15.46000 | £38,650.00 | | | |
| | 11/1/2006 | 3,500 | £13.95000 | £48,825.00 | 10/18/2006 | 2,500 | £14.72000 | £36,800.00 | | | |
| A-ESF 2-FONDS Total | | 8,500 | | 121,725.00 | | 5,000 | | 75,450.00 | 3,500 | 45,281.25 | (993.75) |

GlaxoSmithKline PLC
DEKA

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-KCB 1-FONDS | 1/2/2007 | 3,500 | £13.57000 | £47,495.00 | | | | | | | |
| A-KCB 1-FONDS Total | | 3,500 | | 47,495.00 | | 0 | | 0.00 | 3,500 | 45,281.25 | (2,213.75) |
| SCHIFFER-FONDS | 4/21/2006 | 7,000 | £15.01000 | £105,070.00 | 11/29/2006 | 2,100 | £13.45000 | £28,245.00 | | | |
| | 4/25/2006 | 200 | £14.89000 | £2,978.00 | 2/27/2007 | 5,100 | £14.37000 | £73,287.00 | | | |
| SCHIFFER-FONDS Total | | 7,200 | | 108,048.00 | | 7,200 | | 101,532.00 | 0 | 0.00 | (6,516.00) |
| APOLLON-FundMaster | 3/12/2007 | 20,000 | £14.48570 | £289,714.00 | | | | | | | |
| APOLLON-FundMaster Total | | 20,000 | | 289,714.00 | | 0 | | 0.00 | 20,000 | 258,750.00 | (30,964.00) |
| ATLAS-Masterfonds | 4/18/2006 | 36,500 | £14.83460 | £541,462.90 | | | | | | | |
| | 5/8/2006 | 1,312 | £15.24000 | £19,994.88 | | | | | | | |
| | 5/9/2006 | 1,300 | £15.38865 | £20,005.24 | | | | | | | |
| | 5/9/2006 | 1,285 | £15.56728 | £20,003.96 | | | | | | | |
| | 5/10/2006 | 1,853 | £15.43774 | £28,606.13 | | | | | | | |
| | 9/7/2006 | 6,101 | £14.60368 | £89,097.08 | | | | | | | |
| | 9/11/2006 | 2,199 | £14.73473 | £32,401.67 | | | | | | | |
| | 11/24/2006 | 3,229 | £13.36450 | £43,153.97 | | | | | | | |
| | 11/27/2006 | 2,171 | £13.33135 | £28,942.36 | | | | | | | |
| | 11/27/2006 | 1,500 | £13.33243 | £19,998.64 | | | | | | | |
| | 12/21/2006 | 1,511 | £13.24000 | £20,005.64 | | | | | | | |
| | 12/21/2006 | 3,765 | £13.26000 | £49,923.90 | | | | | | | |
| | 12/21/2006 | 2,024 | £13.26505 | £26,848.46 | | | | | | | |
| ATLAS-Masterfonds Total | | 64,750 | | 940,444.83 | | 0 | | 0.00 | 64,750 | 837,703.13 | (102,741.71) |
| PFIP | 1/16/2006 | 16,015 | £14.05000 | £225,010.75 | 3/23/2007 | 16,015 | £14.00000 | £224,210.00 | | | |
| PFIP Total | | 16,015 | | 225,010.75 | | 16,015 | | 224,210.00 | 0 | 0.00 | (800.75) |
| **GRAND TOTAL (ALL FUNDS)** | | **3,494,716** | | **49,852,428** | | **1,308,596** | | **18,471,169** | **2,186,120** | **28,282,927.50** | **(3,098,331.78)** |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of 12.9375 GBP per share.

**GlaxoSmithKline PLC**
**DEKA**

Hold price: £12.9375

Class Period: October 27, 2005 through May 21, 2007

**FIFO LOSSES**

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD |

| | SHARES | AVG UNIT PRICE | VALUE |
|---|---|---|---|
| Class Period Purchases | 3,494,716 | £14.27 | £49,852,428 |
| Class Period Sales* | 1,308,596 | £14.12 | £18,471,169 |
| Shares Held | 2,186,120 | £12.94 | £28,282,928 |
| FIFO Losses (GBP) | | | -£3,098,332 |
| | | | |
| 5/21/07 Exchange Rate | 1.9714 | | |
| FIFO Losses (USD) | | | ($6,108,051) |

ESTIMATED VALUE (2)   ESTIMATED LOSSES

* excluding shares offsetting the opening position