# EXHIBIT J

Case 1:07-cv-05574-LLS   Document 25-11   Filed 09/07/2007   Page 1 of 6

**GlaxoSmithKline PLC**
**Metzler Investment GmbH**

Class Period: October 27, 2005 through May 21, 2007
**FIFO LOSSES**

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS ||| SALES TRANSACTIONS (1) ||| SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Metzler Investment GmbH | Preclass Holdings | 1,503,184 | | | 11/08/2005 | 2,400 | £15.28000 | £36,672.00 | | | |
| | | | | | 11/21/2005 | 5,000 | £14.27000 | £71,350.00 | | | |
| | | | | | 11/21/2005 | 49,000 | £14.27000 | £699,230.00 | | | |
| | | | | | 11/21/2005 | 1,900 | £14.27000 | £27,113.00 | | | |
| | | | | | 11/21/2005 | 7,400 | £14.25000 | £105,450.00 | | | |
| | | | | | 11/21/2005 | 188,500 | £14.25000 | £2,686,125.00 | | | |
| | | | | | 11/21/2005 | 2,500 | £14.25000 | £35,625.00 | | | |
| | | | | | 11/21/2005 | 2,300 | £14.25000 | £32,775.00 | | | |
| | | | | | 11/21/2005 | 10,400 | £14.26000 | £148,304.00 | | | |
| | | | | | 11/21/2005 | 2,300 | £14.25000 | £32,775.00 | | | |
| | | | | | 11/28/2005 | 276,650 | £14.36160 | £3,973,136.64 | | | |
| | | | | | 12/07/2005 | 60,950 | £14.43320 | £879,703.54 | | | |
| | | | | | 12/16/2005 | 2,600 | £14.55000 | £37,830.00 | | | |
| | | | | | 12/28/2005 | 5,913 | £14.71000 | £86,980.23 | | | |
| | | | | | 01/04/2006 | 31,000 | £14.77000 | £457,870.00 | | | |
| | | | | | 01/04/2006 | 6,200 | £14.77000 | £91,574.00 | | | |
| | | | | | 01/27/2006 | 4,600 | £14.70000 | £67,620.00 | | | |
| | | | | | 02/22/2006 | 2,700 | £14.77000 | £39,879.00 | | | |
| | | | | | 02/22/2006 | 1,000 | £14.74000 | £14,740.00 | | | |
| | | | | | 02/24/2006 | 15,242 | £14.66050 | £223,455.34 | | | |
| | | | | | 03/10/2006 | 7,800 | £15.63040 | £121,917.12 | | | |
| | | | | | 03/20/2006 | 37,500 | £15.48000 | £580,500.00 | | | |
| | | | | | 03/30/2006 | 38,700 | £15.06650 | £583,073.55 | | | |
| | | | | | 04/04/2006 | 4,000 | £15.06940 | £60,277.60 | | | |
| | | | | | 05/02/2006 | 7,940 | £15.51000 | £123,149.40 | | | |
| | | | | | 07/18/2006 | 2,260 | £14.94000 | £33,764.40 | | | |
| | | | | | 07/21/2006 | 1,447 | £14.99870 | £21,703.12 | | | |
| | | | | | 08/24/2006 | 1,000 | £14.45000 | £14,450.00 | | | |
| | | | | | 08/31/2006 | 5,913 | £14.93000 | £88,281.09 | | | |
| | | | | | 09/08/2006 | 23,000 | £14.70000 | £338,100.00 | | | |
| | | | | | 09/08/2006 | 20,000 | £14.70510 | £284,102.00 | | | |
| | | | | | 09/18/2006 | 3,500 | £14.62797 | £51,197.90 | | | |
| | | | | | 09/20/2006 | 52,700 | £14.29000 | £753,083.00 | | | |
| | | | | | 09/20/2006 | 4,600 | £14.38000 | £66,148.00 | | | |
| | | | | | 10/20/2006 | 1,800 | £14.78411 | £26,611.40 | | | |
| | | | | | 10/20/2006 | 50,000 | £14.78411 | £739,205.62 | | | |
| | | | | | 10/20/2006 | 6,000 | £14.78411 | £88,704.67 | | | |
| | | | | | 10/20/2006 | 150,000 | £14.79000 | £2,218,500.00 | | | |
| | | | | | 10/20/2006 | 2,700 | £14.79000 | £39,933.00 | | | |
| | | | | | 10/20/2006 | 13,000 | £14.78500 | £192,205.00 | | | |
| | | | | | 10/25/2006 | 1,200 | £15.04000 | £18,048.00 | | | |
| | | | | | 10/27/2006 | 105,000 | £14.05320 | £1,475,586.00 | | | |
| | | | | | 10/27/2006 | 1,900 | £14.05320 | £26,701.08 | | | |
| | | | | | 10/27/2006 | 3,100 | £14.06000 | £43,586.00 | | | |
| | | | | | 10/27/2006 | 1,000 | £14.06000 | £14,060.00 | | | |
| | | | | | 10/27/2006 | 9,200 | £14.07500 | £129,490.00 | | | |
| | | | | | 10/27/2006 | 50,500 | £14.06000 | £710,030.00 | | | |
| | | | | | 10/27/2006 | 13,000 | £14.05320 | £182,691.60 | | | |
| | | | | | 11/02/2006 | 6,600 | £14.09000 | £92,994.00 | | | |

GlaxoSmithKline PLC
Metzler Investment GmbH

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 10/28/2005 | 7,212 | £14.70000 | £106,016.40 | 11/16/2006 | 5,252 | £13.65000 | £71,689.80 | | | |
| | 11/04/2005 | 10,000 | £14.96000 | £149,600.00 | 11/16/2006 | 250 | £13.70000 | £3,425.00 | | | |
| | 11/07/2005 | 3,000 | £15.25200 | £45,756.00 | 11/16/2006 | 2,100 | £13.70000 | £28,770.00 | | | |
| | 11/16/2005 | 1,800 | £15.06000 | £27,108.00 | 11/16/2006 | 4,576 | £13.66000 | £62,508.16 | | | |
| | 11/16/2005 | 40,321 | £15.03000 | £606,024.63 | 11/17/2006 | 25,056 | £13.71000 | £343,517.76 | | | |
| | 11/16/2005 | 48,922 | £15.03000 | £735,297.66 | 11/21/2006 | 10,000 | £13.63000 | £136,300.00 | | | |
| | 12/08/2005 | 1,000 | £14.44000 | £14,440.00 | 11/23/2006 | 21,485 | £13.46450 | £289,284.78 | | | |
| | 12/16/2005 | 1,100 | £14.62000 | £16,082.00 | 11/29/2006 | 5,073 | £13.66000 | £69,297.18 | | | |
| | 01/03/2006 | 300 | £14.65000 | £4,395.00 | 12/05/2006 | 283 | £13.38870 | £3,789.00 | | | |
| | 01/03/2006 | 5,913 | £14.46000 | £85,501.98 | 12/18/2006 | 1,400 | £13.43240 | £18,805.36 | | | |
| | 01/03/2006 | 39,503 | £14.60000 | £576,743.80 | 12/18/2006 | 700 | £13.36000 | £9,352.00 | | | |
| | 01/03/2006 | 237,447 | £14.60000 | £3,466,726.20 | 12/18/2006 | 42,327 | £13.43990 | £568,870.65 | | | |
| | 02/08/2006 | 1,300 | £14.65000 | £19,045.00 | 01/08/2007 | 3,100 | £13.74000 | £42,594.00 | | | |
| | 02/08/2006 | 18,300 | £14.65000 | £268,095.00 | 02/13/2007 | 21,100 | £14.73750 | £310,961.25 | | | |
| | 02/23/2006 | 2,253 | £14.65000 | £33,006.45 | 02/14/2007 | 3,000 | £14.78300 | £44,349.00 | | | |
| | 02/08/2006 | 4,400 | £14.65000 | £64,460.00 | 02/19/2007 | 3,000 | £14.80300 | £44,409.00 | | | |
| | 02/08/2006 | 85,000 | £14.65000 | £1,245,250.00 | 03/06/2007 | 5,000 | £14.14000 | £70,700.00 | | | |
| | 02/08/2006 | 120,000 | £14.65000 | £1,758,000.00 | 03/28/2007 | 30,757 | £13.78087 | £423,858.28 | | | |
| | 02/08/2006 | 2,200 | £14.65000 | £32,230.00 | 03/29/2007 | 14,810 | £13.85153 | £205,141.13 | | | |
| | 02/08/2006 | 1,100 | £14.30000 | £15,730.00 | 03/29/2007 | 5,171 | £13.85153 | £71,626.25 | | | |
| | 03/08/2006 | 7,600 | £15.36000 | £116,736.00 | 04/03/2007 | 1,000 | £13.94000 | £13,940.00 | | | |
| | 03/08/2006 | 33,000 | £15.37000 | £507,210.00 | 04/03/2007 | 3,000 | £14.04480 | £42,134.40 | | | |
| | 03/08/2006 | 76,200 | £15.36000 | £1,171,031.69 | 04/11/2007 | 1,000 | £14.70691 | £14,706.91 | | | |
| | 03/08/2006 | 21,800 | £15.36787 | £340,701.30 | 04/17/2007 | 53,500 | £14.70691 | £786,819.55 | | | |
| | 03/10/2006 | 31,800 | £15.62850 | £496,986.30 | 04/17/2007 | 2,900 | £14.70691 | £42,650.03 | | | |
| | 03/10/2006 | 9,400 | £15.62850 | £146,907.90 | 04/17/2007 | 10,400 | £14.66610 | £152,527.44 | | | |
| | 03/10/2006 | 700 | £15.62850 | £10,939.95 | 04/17/2007 | 1,600 | £14.68590 | £23,497.44 | | | |
| | 03/10/2006 | 7,100 | £15.62850 | £110,962.35 | 04/17/2007 | 79,000 | £14.68590 | £1,160,186.10 | | | |
| | | | | | 04/23/2007 | 1,500 | £14.71000 | £22,065.00 | | | |
| | | | Total | 1,503,184 | | | | | | | |

**GlaxoSmithKline PLC**
**Metzler Investment GmbH**

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS ||||  SALES TRANSACTIONS (1) |||| SHARES HELD (2) | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 03/10/2006 | 28,300 | £15.62850 | £442,286.55 | | | | | | | |
| | 03/10/2006 | 29,400 | £15.62850 | £459,477.90 | | | | | | | |
| | 03/10/2006 | 36,400 | £15.62850 | £568,877.40 | | | | | | | |
| | 03/10/2006 | 1,200 | £15.62850 | £18,754.20 | | | | | | | |
| | 03/10/2006 | 28,000 | £15.62850 | £437,598.00 | | | | | | | |
| | 03/10/2006 | 3,300 | £15.71166 | £51,848.47 | | | | | | | |
| | 03/10/2006 | 3,400 | £15.65120 | £53,214.08 | | | | | | | |
| | 03/15/2006 | 1,000 | £15.65120 | £15,651.20 | | | | | | | |
| | 03/15/2006 | 90,000 | £15.65120 | £1,408,608.00 | | | | | | | |
| | 03/15/2006 | 2,000 | £15.65120 | £31,302.40 | | | | | | | |
| | 03/30/2006 | 14,000 | £15.05470 | £210,765.80 | | | | | | | |
| | 04/12/2006 | 22,116 | £14.93284 | £330,254.69 | | | | | | | |
| | 04/13/2006 | 15,830 | £14.86383 | £235,294.43 | | | | | | | |
| | 04/19/2006 | 25,704 | £14.82490 | £381,059.23 | | | | | | | |
| | 04/25/2006 | 9,100 | £14.90930 | £135,674.63 | | | | | | | |
| | 04/27/2006 | 3,400 | £15.30000 | £51,848.47 (£52,020.00?) | | | | | | | |
| | 04/27/2006 | 1,300 | £15.30000 | £19,890.00 | | | | | | | |
| | 04/27/2006 | 3,500 | £15.30000 | £53,550.00 | | | | | | | |
| | 04/27/2006 | 30,000 | £15.30000 | £459,000.00 | | | | | | | |
| | 04/27/2006 | 100,000 | £15.29840 | £1,529,840.00 | | | | | | | |
| | 04/27/2006 | 2,000 | £15.29840 | £30,596.80 | | | | | | | |
| | 04/27/2006 | 8,500 | £15.29840 | £130,036.40 | | | | | | | |
| | 05/03/2006 | 6,450 | £15.52210 | £100,117.55 | | | | | | | |
| | 05/08/2006 | 13,785 | £15.24000 | £210,083.40 | | | | | | | |
| | 05/09/2006 | 2,325 | £15.56728 | £36,193.93 | | | | | | | |
| | 05/09/2006 | 17,562 | £15.58215 | £273,653.72 | | | | | | | |
| | 05/09/2006 | 4,503 | £15.34000 | £69,076.02 | | | | | | | |
| | 05/09/2006 | 10,248 | £15.38865 | £157,702.89 | | | | | | | |
| | 05/10/2006 | 5,999 | £15.43773 | £92,610.94 | | | | | | | |
| | 05/10/2006 | 10,865 | £15.44103 | £167,766.79 | | | | | | | |
| | 05/11/2006 | 5,963 | £15.39656 | £91,809.33 | | | | | | | |
| | 05/15/2006 | 22,000 | £15.09000 | £331,980.00 | | | | | | | |
| | 05/23/2006 | 19,050 | £14.76800 | £281,330.40 | | | | | | | |
| | 06/08/2006 | 13,000 | £14.90000 | £193,700.00 | | | | | | | |
| | 06/08/2006 | 5,000 | £14.88000 | £74,400.00 | | | | | | | |
| | 06/16/2006 | 3,500 | £14.60000 | £51,100.00 | | | | | | | |
| | 06/21/2006 | 16,000 | £14.85560 | £237,689.60 | | | | | | | |
| | 06/28/2006 | 26,000 | £14.60817 | £379,812.42 | | | | | | | |
| | 07/25/2006 | 1,434 | £14.98000 | £21,481.32 | | | | | | | |
| | 07/20/2006 | 14,192 | £15.39852 | £218,535.78 | | | | | | | |
| | 08/01/2006 | 65,450 | £14.70610 | £962,514.25 | | | | | | | |
| | 08/03/2006 | 3,300 | £14.29000 | £47,157.00 | | | | | | | |
| | 08/24/2006 | 750 | £14.45000 | £10,837.50 | | | | | | | |
| | 08/24/2006 | 1,200 | £14.45000 | £17,340.00 | | | | | | | |
| | 09/01/2006 | 7,000 | £14.94000 | £104,580.00 | | | | | | | |
| | 09/01/2006 | 72,700 | £14.97646 | £1,088,788.64 | | | | | | | |
| | 09/07/2006 | 44,103 | £14.60368 | £644,066.10 | | | | | | | |
| | 09/07/2006 | 5,050 | £14.60368 | £73,748.58 | | | | | | | |
| | 09/08/2006 | 5,000 | £14.60368 | £73,018.40 | | | | | | | |
| | 09/08/2006 | 4,413 | £14.69203 | £64,835.93 | | | | | | | |
| | 09/11/2006 | 3,424 | £14.73473 | £50,451.72 | | | | | | | |
| | 09/14/2006 | 8,060 | £14.72984 | £118,722.51 | | | | | | | |

**Class Period: October 27, 2005 through May 21, 2007**
**FIFO LOSSES**

GlaxoSmithKline PLC
Metzler Investment GmbH

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS ||| SALES TRANSACTIONS (1) ||| SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| 09/21/2006 | 6,000 | £14.32700 | £85,962.00 | | | | | | | |
| 09/26/2006 | 8,422 | £14.27811 | £120,250.24 | | | | | | | |
| 09/26/2006 | 62,294 | £14.27811 | £889,440.58 | | | | | | | |
| 09/26/2006 | 29,398 | £14.27811 | £419,747.88 | | | | | | | |
| 09/26/2006 | 14,244 | £14.27811 | £203,377.40 | | | | | | | |
| 09/26/2006 | 48,997 | £14.27811 | £699,584.56 | | | | | | | |
| 09/28/2006 | 1,302 | £14.24320 | £18,544.65 | | | | | | | |
| 09/28/2006 | 2,295 | £14.34229 | £32,915.56 | | | | | | | |
| 10/02/2006 | 6,000 | £14.57000 | £87,420.00 | | | | | | | |
| 11/09/2006 | 3,000 | £13.85500 | £41,565.00 | | | | | | | |
| 11/17/2006 | 22,721 | £13.77060 | £312,881.80 | | | | | | | |
| 11/23/2006 | 21,485 | £13.52000 | £290,477.20 | | | | | | | |
| 11/23/2006 | 1,864 | £13.35637 | £24,896.27 | | | | | | | |
| 11/23/2006 | 2,516 | £13.35637 | £33,604.63 | | | | | | | |
| 11/23/2006 | 3,000 | £13.47040 | £40,411.20 | | | | | | | |
| 11/24/2006 | 34,802 | £13.37625 | £465,520.25 | | | | | | | |
| 11/24/2006 | 2,985 | £13.37625 | £39,928.11 | | | | | | | |
| 11/24/2006 | 2,322 | £13.36450 | £31,032.37 | | | | | | | |
| 11/24/2006 | 3,697 | £13.36450 | £49,408.56 | | | | | | | |
| 11/27/2006 | 1,619 | £13.33242 | £21,585.19 | | | | | | | |
| 11/27/2006 | 2,584 | £13.33135 | £34,448.21 | | | | | | | |
| 11/27/2006 | 16,189 | £13.33135 | £215,821.23 | | | | | | | |
| 11/27/2006 | 2,469 | £13.33135 | £32,915.10 | | | | | | | |
| 11/28/2006 | 1,724 | £13.33115 | £22,982.90 | | | | | | | |
| 11/28/2006 | 11,309 | £13.33115 | £150,761.98 | | | | | | | |
| 12/20/2006 | 6,601 | £13.29000 | £87,727.29 | | | | | | | |
| 12/20/2006 | 5,334 | £13.30730 | £70,981.14 | | | | | | | |
| 12/21/2006 | 27,435 | £13.26505 | £363,826.65 | | | | | | | |
| 12/21/2006 | 34,868 | £13.26000 | £462,349.68 | | | | | | | |
| 12/21/2006 | 5,297 | £13.24000 | £70,132.28 | | | | | | | |
| 12/21/2006 | 2,750 | £13.26523 | £36,479.38 | | | | | | | |
| 12/21/2006 | 5,571 | £13.26000 | £73,871.46 | | | | | | | |
| 12/21/2006 | 5,229 | £13.26505 | £69,362.95 | | | | | | | |
| 12/21/2006 | 4,539 | £13.26009 | £60,187.53 | | | | | | | |
| 12/21/2006 | 1,511 | £13.24012 | £20,005.82 | | | | | | | |
| 01/09/2007 | 424 | £13.59070 | £5,762.46 | | | | | | | |
| 01/22/2007 | 4,889 | £14.08500 | £68,861.57 | | | | | | | |
| 02/12/2007 | 9,122 | £14.57830 | £132,983.25 | | | | | | | |
| 02/28/2007 | 21,600 | £14.37710 | £310,545.36 | | | | | | | |
| 04/02/2007 | 10,754 | £13.92960 | £149,798.92 | | | | | | | |
| 04/12/2007 | 14,500 | £14.32950 | £207,777.75 | | | | | | | |
| 05/14/2007 | 4,900 | £14.24000 | £69,776.00 | | | | | | | |
| **Metzler Investment GmbH Total** | **2,170,609** | | **32,045,681** | | **159,071** | | **2,330,153** | **2,011,538** | **26,024,272.88** | **(3,691,254.83)** |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of 12.9375 GBP per share.

GlaxoSmithKline PLC
Metzler Investment GmbH

Hold price: £12.9375

**Class Period: October 27, 2005 through May 21, 2007**

**FIFO LOSSES**

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | |

| | SHARES | AVG UNIT PRICE | VALUE |
|---|---|---|---|
| Class Period Purchases | 2,170,609 | £14.76 | £32,045,681 |
| Class Period Sales* | 159,071 | £14.65 | £2,330,153 |
| Shares Held | 2,011,538 | £12.94 | £26,024,273 |
| FIFO Losses (GBP) | | | -£3,691,255 |

| | | |
|---|---|---|
| 5/21/07 Exchange Rate | 1.9714 | |
| FIFO Losses (USD) | | ($7,276,940) |

| SHARES HELD | ESTIMATED VALUE (2) |
|---|---|
| | **ESTIMATED LOSSES** |

\* excluding shares offsetting the opening position