# EXHIBIT K

**GlaxoSmithKline PLC**
**INKA**

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ABK | 9/29/06 | 7,574 | £14.2200 | £107,702.28 | 12/20/06 | 400 | £13.3300 | £5,332.00 | | | |
|  | 11/27/06 | 506 | £13.2900 | £6,724.74 | 3/20/07 | 600 | £14.1853 | £8,511.18 | | | |
| ABK Total | | 8,080 | | 114,427.02 | | 1,000 | | 13,843.18 | 7,080 | 91,597.50 | (8,986.34) |
| AEI | 7/3/06 | 17,810 | £15.1700 | £270,177.70 | 3/6/07 | 2,700 | £14.1200 | £38,124.00 | | | |
| AEI Total | | 17,810 | | 270,177.70 | | 2,700 | | 38,124.00 | 15,110 | 195,485.63 | (36,568.08) |
| AKR GA | Preclass Holdings | 50,150 | | | 1/31/07 | 800 | £13.6800 | £10,944.00 | | | |
|  | 12/12/06 | 5,800 | £13.4394 | £77,948.52 | | | | | | | |
|  | 12/21/06 | 3,250 | £13.2600 | £43,095.00 | | | | | | | |
|  | 12/21/06 | 3,050 | £13.2651 | £40,458.41 | | | | | | | |
| AKR GA Total | | 12,100 | | 161,501.93 | Total | 800 | | 0.00 | 12,100 | 156,543.75 | (4,958.18) |
| ALM GA | Preclass Holdings | 96,600 | | | 1/11/07 | 19,700 | £13.6500 | £268,905.00 | | | |
|  | 12/12/06 | 12,000 | £13.4394 | £161,272.80 | | | | | | | |
|  | 1/31/07 | 2,000 | £13.6800 | £27,360.00 | | | | | | | |
| ALM GA Total | | 14,000 | | 188,632.80 | Total | 19,700 | | 0.00 | 14,000 | 181,125.00 | (7,507.80) |
| ANP UBS | Preclass Holdings | 47,100 | | | 12/13/05 | 2,800 | £14.5080 | £40,622.40 | | | |
|  | 4/12/06 | 3,110 | £14.9328 | £46,441.13 | | | | | | | |
|  | 4/13/06 | 2,226 | £14.8638 | £33,086.90 | | | | | | | |
|  | 4/18/06 | 3,614 | £14.8607 | £53,706.52 | | | | | | | |
|  | 5/8/06 | 2,012 | £15.2400 | £30,662.88 | | | | | | | |
|  | 5/9/06 | 2,128 | £15.5822 | £33,158.82 | | | | | | | |
|  | 5/9/06 | 1,625 | £15.5673 | £25,296.83 | | | | | | | |
|  | 5/9/06 | 1,304 | £15.3400 | £20,003.36 | | | | | | | |
|  | 5/10/06 | 3,331 | £15.4410 | £51,434.08 | | | | | | | |
|  | 9/7/06 | 9,041 | £14.6037 | £132,031.91 | | | Total | 2,800 | | | |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| ANP UBS | 9/8/06 | 1,361 | £14.6920 | £19,995.85 | | | | | | | |
| | 9/14/06 | 1,898 | £14.7298 | £27,957.23 | | | | | | | |
| | 11/24/06 | 2,718 | £13.3645 | £36,324.72 | | | | | | | |
| | 11/24/06 | 3,138 | £13.3763 | £41,974.69 | | | | | | | |
| | 11/27/06 | 1,500 | £13.3324 | £19,998.64 | | | | | | | |
| | 11/28/06 | 3,144 | £13.3312 | £41,913.14 | | | | | | | |
| | 12/27/06 | 7,900 | £13.4800 | £106,492.00 | | | | | | | |
| **ANP UBS Total** | | **50,050** | | **720,478.70** | | **0** | | **0.00** | **50,050** | **647,521.88** | **(72,956.83)** |
| ARRE GA | 3/10/06 | 22,200 | £15.6469 | £347,360.11 | 5/8/06 | 400 | £15.3424 | £6,136.94 | | | |
| | 3/20/06 | 900 | £15.5464 | £13,991.76 | 6/2/06 | 800 | £14.8659 | £11,892.75 | | | |
| | 3/24/06 | 500 | £15.4563 | £7,728.13 | 6/15/06 | 799 | £14.6269 | £11,686.90 | | | |
| | 4/5/06 | 800 | £15.0281 | £12,022.48 | 6/26/06 | 401 | £14.7364 | £5,909.29 | | | |
| | 7/31/06 | 858 | £14.8331 | £12,726.79 | 7/13/06 | 2,000 | £14.8586 | £29,717.14 | | | |
| | 8/18/06 | 800 | £14.4760 | £11,580.81 | 7/18/06 | 458 | £14.9508 | £6,847.47 | | | |
| | 8/31/06 | 3,200 | £14.9444 | £47,822.09 | 10/26/06 | 331 | £15.1673 | £5,020.37 | | | |
| | 9/25/06 | 1,200 | £14.2215 | £17,065.85 | 1/5/07 | 694 | £14.0431 | £9,745.91 | | | |
| | 10/30/06 | 707 | £13.9875 | £9,889.18 | 1/19/07 | 506 | £14.1117 | £7,140.50 | | | |
| | 11/2/06 | 824 | £14.1699 | £11,675.96 | 2/9/07 | 400 | £14.5169 | £5,806.77 | | | |
| | 11/19/06 | 1,198 | £13.8318 | £16,570.49 | 2/12/07 | 400 | £14.6090 | £5,843.58 | | | |
| | 11/16/06 | 535 | £13.7369 | £7,349.23 | 2/14/07 | 400 | £14.8512 | £5,940.50 | | | |
| | 12/15/06 | 667 | £13.3894 | £8,930.70 | 3/1/07 | 1,200 | £14.2120 | £17,054.45 | | | |
| | 1/31/07 | 800 | £13.7247 | £10,979.73 | 4/16/07 | 400 | £14.7586 | £5,903.43 | | | |
| | 2/23/07 | 800 | £14.4674 | £11,573.89 | 4/19/07 | 1,200 | £14.7957 | £17,754.83 | | | |
| | 3/7/07 | 792 | £14.1947 | £11,242.18 | | | | | | | |
| | 3/23/07 | 1,208 | £13.9850 | £16,893.88 | | | | | | | |
| | 5/3/07 | 455 | £14.4700 | £6,583.85 | | | | | | | |
| | 5/4/07 | 745 | £14.5752 | £10,858.55 | | | | | | | |
| **ARRE GA Total** | | **39,189** | | **592,845.65** | | **10,389** | | **152,400.84** | **28,800** | **372,600.00** | **(67,844.81)** |
| ARZT COM | 3/2/06 | 25,000 | £14.7300 | £368,250.00 | 6/23/06 | 10,000 | £14.8400 | £148,400.00 | | | |
| **ARZT COM Total** | | **25,000** | | **368,250.00** | | **10,000** | | **148,400.00** | **15,000** | **194,062.50** | **(25,787.50)** |
| ARZT UBSE | Preclass Holdings | 33,450 | | | 11/22/05 | 7,800 | £14.5024 | £113,118.72 | | | |
| | | | | | 11/25/05 | 20,450 | £14.3758 | £293,985.11 | | | |
| | | | | | 12/12/05 | 5,200 | £14.3700 | £74,724.00 | | | |
| | 4/12/06 | 18,954 | £14.9328 | £283,037.03 | | | | | | | |
| | 4/13/06 | 13,567 | £14.8638 | £201,657.65 | | | | | | | |
| | 4/18/06 | 19,987 | £14.8607 | £297,020.53 | | | | | | | |
| | 4/18/06 | 2,042 | £14.8249 | £30,272.45 | | | | | | | |
| | 4/19/06 | 11,193 | £15.2401 | £170,582.51 | | | | | | | |
| | 5/8/06 | 3,655 | £15.3402 | £56,068.47 | Total | 33,450 | £14.7520 | £1,177,209.60 | | | |
| | 5/9/06 | | | | 7/17/06 | 79,800 | | | | | |

9/7/2007

GlaxoSmithKline PLC
INKA

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARZT UBSE | 5/9/06 | 8,321 | £15.3388 | £128,050.16 | | | | | | | |
| | 5/9/06 | 14,259 | £15.5822 | £222,186.51 | | | | | | | |
| | 5/9/06 | 1,888 | £15.5679 | £29,392.21 | | | | | | | |
| | 5/10/06 | 9,175 | £15.4412 | £141,672.90 | | | | | | | |
| | 5/10/06 | 4,514 | £15.4379 | £69,686.90 | | | | | | | |
| | 5/10/06 | 3,540 | £15.3967 | £54,504.26 | | | | | | | |
| | 5/11/06 | 1,305 | £15.3309 | £20,006.83 | | | | | | | |
| | 6/19/06 | 25,500 | £14.7499 | £376,121.33 | | | | | | | |
| | 9/7/06 | 38,333 | £14.6037 | £559,803.02 | | | | | | | |
| | 9/8/06 | 2,031 | £14.6920 | £29,839.50 | | | | | | | |
| | 9/11/06 | 3,085 | £14.7347 | £45,456.64 | | | | | | | |
| | 9/13/06 | 1,789 | £14.7500 | £26,387.75 | | | | | | | |
| | 9/14/06 | 6,912 | £14.7298 | £101,812.63 | | | | | | | |
| | 11/24/06 | 11,050 | £13.3763 | £147,807.61 | | | | | | | |
| | 11/24/06 | 8,302 | £13.3645 | £110,952.11 | | | | | | | |
| | 11/27/06 | 1,871 | £13.3324 | £24,944.97 | | | | | | | |
| | 11/27/06 | 7,196 | £13.3314 | £95,932.40 | | | | | | | |
| | 11/28/06 | 6,281 | £13.3312 | £83,732.95 | | | | | | | |
| | 12/21/06 | 18,222 | £13.2651 | £241,715.76 | | | | | | | |
| | 12/21/06 | 3,518 | £13.2400 | £46,578.32 | | | | | | | |
| | 12/21/06 | 23,160 | £13.2600 | £307,101.60 | | | | | | | |
| ARZT UBSE Total | | 269,650 | | 3,902,325.01 | | 79,800 | | 1,177,209.60 | 189,850 | 2,456,184.38 | (268,931.03) |
| BETU EEAXA | 6/2/06 | 14,800 | £14.8285 | £219,461.81 | 6/15/06 | 799 | £14.6340 | £11,692.58 | | | |
| | 8/17/06 | 736 | £14.5410 | £10,702.15 | 7/13/06 | 801 | £14.8650 | £11,906.88 | | | |
| | 9/6/06 | 3,200 | £14.7812 | £47,299.78 | 7/18/06 | 336 | £14.9546 | £5,024.73 | | | |
| | 9/25/06 | 800 | £14.2215 | £11,377.23 | 1/5/07 | 694 | £14.0431 | £9,745.91 | | | |
| | 10/30/06 | 439 | £13.9875 | £6,140.53 | 2/14/07 | 506 | £14.8512 | £7,514.73 | | | |
| | 11/3/06 | 761 | £14.0256 | £10,673.46 | 3/1/07 | 1,200 | £14.2120 | £17,054.45 | | | |
| | 11/14/06 | 800 | £13.6082 | £10,886.56 | 4/16/07 | 400 | £14.7586 | £5,903.43 | | | |
| | 12/14/06 | 2,400 | £13.4828 | £32,358.78 | | | | | | | |
| | 12/14/06 | 800 | £13.4909 | £10,792.73 | | | | | | | |
| | 2/23/07 | 800 | £14.4674 | £11,573.89 | | | | | | | |
| | 3/7/07 | 792 | £14.1947 | £11,242.18 | | | | | | | |
| | 3/23/07 | 808 | £13.9850 | £11,299.88 | | | | | | | |
| | 5/3/07 | 347 | £14.4700 | £5,021.09 | | | | | | | |
| | 5/8/07 | 453 | £14.4162 | £6,530.53 | | | | | | | |
| BETU EEAXA Total | | 27,936 | | 405,360.60 | | 4,736 | | 68,842.71 | 23,200 | 300,150.00 | (36,367.89) |
| BETU OECHS | 6/2/06 | 27,286 | £14.8798 | £406,010.22 | | | | | | | |
| | 9/6/06 | 6,827 | £14.7936 | £100,995.91 | | | | | | | |
| | 12/4/06 | 4,364 | £13.4850 | £58,848.54 | | | | | | | |
| BETU OECHS Total | | 38,477 | | 565,854.67 | | 0 | | 0.00 | 38,477 | 497,796.19 | (68,058.48) |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| BHWP 2 | Preclass Holdings | 14,800 | | | 11/20/06 | 3,000 | £13.6400 | £40,920.00 | | | |
| | 11/29/06 | 4,900 | £13.6500 | £66,885.00 | 12/11/06 | 1,900 | £13.4200 | £25,498.00 | | | |
| | 12/27/06 | 2,700 | £13.4300 | £36,261.00 | 1/15/07 | 5,100 | £13.8000 | £70,380.00 | | | |
| | 1/3/07 | 6,300 | £13.7500 | £86,625.00 | | | | | | | |
| | 2/5/07 | 3,400 | £14.0600 | £47,804.00 | | | | | | | |
| BHWP 2 Total | | 17,300 | | 237,575.00 | Total | 10,000 | | 0.00 | 17,300 | 223,818.75 | (13,756.25) |
| BMWBUDA | Preclass Holdings | 105,000 | | | | | | | | | |
| | 4/12/06 | 8,617 | £14.9328 | £128,676.27 | | | | | | | |
| | 4/13/06 | 6,168 | £14.8638 | £91,679.92 | | | | | | | |
| | 4/18/06 | 10,015 | £14.8607 | £148,829.91 | | | | | | | |
| | 5/8/06 | 5,069 | £15.2400 | £77,251.56 | | | | | | | |
| | 5/9/06 | 1,656 | £15.3400 | £25,403.04 | | | | | | | |
| | 5/9/06 | 1,285 | £15.5673 | £20,003.98 | | | | | | | |
| | 5/9/06 | 6,028 | £15.5822 | £93,929.50 | | | | | | | |
| | 5/9/06 | 3,769 | £15.3886 | £57,999.63 | | | | | | | |
| | 5/10/06 | 2,325 | £15.4377 | £35,892.65 | | | | | | | |
| | 5/10/06 | 3,877 | £15.4410 | £59,864.76 | | | | | | | |
| | 5/11/06 | 2,191 | £15.3965 | £33,733.73 | | | | | | | |
| | 5/23/06 | 9,350 | £14.7680 | £138,080.80 | | | | | | | |
| | 9/7/06 | 17,127 | £14.6037 | £250,117.57 | | | | | | | |
| | 9/11/06 | 2,928 | £14.7347 | £43,143.20 | | | | | | | |
| | 9/14/06 | 3,245 | £14.7298 | £47,798.20 | | | | | | | |
| | 11/24/06 | 7,767 | £13.3763 | £103,893.72 | | | | | | | |
| | 11/24/06 | 5,696 | £13.3645 | £76,124.19 | | | | | | | |
| | 11/27/06 | 6,323 | £13.3314 | £84,294.44 | | | | | | | |
| | 11/28/06 | 4,314 | £13.3312 | £57,510.80 | | | | | | | |
| | 12/21/06 | 2,037 | £13.2400 | £26,969.88 | | | | | | | |
| | 12/21/06 | 10,552 | £13.2651 | £139,973.34 | | | | | | | |
| | 12/21/06 | 13,411 | £13.2599 | £177,828.52 | | | | | | | |
| BMWBUDA Total | | 133,750 | | 1,918,999.62 | | 0 | | 0.00 | 133,750 | 1,730,390.63 | (188,608.99) |
| BMWHOCK | | | | | | | | | | | |
| | 8/3/06 | 6,534 | £14.3196 | £93,564.27 | | | | | | | |
| | 11/23/06 | 9,205 | £13.3564 | £122,945.66 | | | | | | | |
| BMWHOCK Total | | 15,739 | | 216,509.93 | | 0 | | 0.00 | 15,739 | 203,623.31 | (12,886.62) |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| CED | Preclass Holdings | | 8,042 | | | 12/16/05 | 2,145 | £14.5600 | £31,231.20 | | | |
| | | | | | | 4/26/06 | 931 | £14.8900 | £13,862.59 | | | |
| | 11/30/05 | | 1,114 | £14.2900 | £15,919.06 | | | | | | | |
| | 5/23/06 | | 2,483 | £14.7800 | £36,698.74 | | | | | | | |
| | 5/31/06 | | 1,442 | £14.8000 | £21,341.60 | | | | | | | |
| | 6/9/06 | | 1,513 | £14.9000 | £22,543.70 | | | | | | | |
| CED Total | | | 6,552 | | 96,503.10 | Total | 3,076 | | | 6,552 | 84,766.50 | (11,736.60) |
| EADSP | Preclass Holdings | | 33,100 | | | | | | | | | |
| | 4/16/07 | | 1,210 | £14.7284 | £17,821.36 | | | | | | | |
| EADSP Total | | | 1,210 | | 17,821.36 | Total | 0 | | 0.00 | 1,210 | 15,654.38 | (2,166.99) |
| ESAG | Preclass Holdings | | 21,050 | | | 5/9/06 | 2,570 | £15.5579 | £39,983.80 | | | |
| | | | | | | 7/5/06 | 3,470 | £14.9600 | £51,911.20 | | | |
| | | | | | | 9/15/06 | 1,040 | £14.9300 | £15,527.20 | | | |
| | | | | | | 12/4/06 | 2,380 | £13.5000 | £32,130.00 | | | |
| | | | | | | 12/20/06 | 1,280 | £13.3300 | £17,062.40 | | | |
| | | | | | | 3/20/07 | 1,990 | £14.1853 | £28,228.75 | | | |
| | 12/12/05 | | 8,070 | £14.5400 | £117,337.80 | | | | | | | |
| | 3/14/06 | | 1,910 | £15.7249 | £30,034.56 | | | | | | | |
| | 3/17/06 | | 1,550 | £15.4700 | £23,978.50 | | | | | | | |
| | 10/6/06 | | 1,498 | £14.3400 | £21,481.32 | | | | | | | |
| | 11/27/06 | | 1,822 | £13.2900 | £24,214.38 | | | | | | | |
| ESAG Total | | | 14,850 | | 217,046.56 | Total | 12,730 | | 0.00 | 14,850 | 192,121.88 | (24,924.68) |
| FSI | Preclass Holdings | | 8,064 | | | | | | | | | |
| | 1/4/06 | | 9,936 | £14.6600 | £145,661.76 | | | | | | | |
| FSI Total | | | 9,936 | | 145,661.76 | Total | 0 | | 0.00 | 9,936 | 128,547.00 | (17,114.76) |

Class Period: October 27, 2005 through May 21, 2007

**FIFO LOSSES**

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| IFG | Preclass Holdings | 8,150 | | | | | | | | | |
| | 8/8/06 | 8,150 | £14.2722 | £116,318.43 | | | | | | | |
| | 11/23/06 | 4,000 | £13.5000 | £54,000.00 | | | | | | | |
| IFG Total | | 12,150 | | 170,318.43 | Total | 0 | | 0.00 | 12,150 | 157,190.63 | (13,127.81) |
| INKANORD A | 2/6/07 | 23,000 | £14.0600 | £323,380.00 | | | | | | | |
| INKANORD A Total | | 23,000 | | 323,380.00 | | 0 | | 0.00 | 23,000 | 297,562.50 | (25,817.50) |
| JPA | 1/16/06 | 46,606 | £14.0500 | £654,814.30 | 3/23/07 | 46,606 | £14.0000 | £652,484.00 | | | |
| JPA Total | | 46,606 | | 654,814.30 | | 46,606 | | 652,484.00 | 0 | 0.00 | (2,330.30) |
| MAGDEBURG | Preclass Holdings | 26,400 | | | | | | | | | |
| | | | | | 5/9/06 | 2,500 | £15.5579 | £38,894.75 | | | |
| | | | | | 7/6/06 | 2,110 | £15.3800 | £32,451.80 | | | |
| | | | | | 9/15/06 | 890 | £14.9300 | £13,287.70 | | | |
| | | | | | 12/14/06 | 2,235 | £13.4700 | £30,105.45 | | | |
| | | | | | 12/20/06 | 1,500 | £13.3400 | £20,010.00 | | | |
| | | | | | 3/20/07 | 2,600 | £14.1853 | £36,881.78 | | | |
| | 1/10/06 | 2,000 | £14.7300 | £29,460.00 | Total | 11,835 | | | | | |
| | 3/14/06 | 1,960 | £15.7249 | £30,820.80 | | | | | | | |
| | 3/17/06 | 1,540 | £15.4700 | £23,823.80 | | | | | | | |
| | 9/20/06 | 2,300 | £14.3000 | £32,890.00 | | | | | | | |
| | 10/6/06 | 2,234 | £14.3400 | £32,035.56 | | | | | | | |
| | 11/27/06 | 2,101 | £13.2900 | £27,922.29 | | | | | | | |
| | 1/31/07 | 2,300 | £13.6500 | £31,395.00 | | | | | | | |
| | 2/14/07 | 930 | £14.9300 | £13,884.90 | | | | | | | |
| MAGDEBURG Total | | 15,365 | | 222,232.35 | | 0 | | 0.00 | 15,365 | 198,784.69 | (23,447.67) |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MER ADAM | Preclass Holdings | 14,722 | | | | | | | | | |
| | 1/27/06 | 4,034 | £14.7800 | £59,622.52 | | | | | | | |
| | 1/9/07 | 1,983 | £13.5703 | £26,909.90 | 5/14/07 | 4,640 | £14.2700 | £66,212.80 | | | |
| MER ADAM Total | | 6,017 | | 86,532.42 | Total | 4,640 | | | 6,017 | 77,844.94 | (8,687.49) |
| NORDCON A | 3/14/06 | 20,000 | £15.7100 | £314,200.00 | 9/15/06 | 20,000 | £14.5600 | £291,200.00 | | | |
| NORDCON A Total | | 20,000 | | 314,200.00 | | 20,000 | | 291,200.00 | 0 | 0.00 | (23,000.00) |
| PBKM AXAE | 12/29/05 | 49,939 | £14.8100 | £739,596.59 | 1/16/06 | 400 | £14.6966 | £5,878.64 | | | |
| | 1/4/06 | 16,400 | £14.7347 | £241,649.08 | 3/8/06 | 800 | £15.3399 | £12,271.89 | | | |
| | 1/20/06 | 8,741 | £14.3132 | £125,112.06 | 3/8/06 | 800 | £15.3197 | £12,255.78 | | | |
| | 2/27/06 | 459 | £14.5735 | £6,689.26 | 3/9/06 | 397 | £15.6747 | £6,222.87 | | | |
| | 3/20/06 | 1,097 | £15.4618 | £16,961.55 | 5/8/06 | 800 | £15.3485 | £12,278.80 | | | |
| | 3/24/06 | 900 | £15.3732 | £13,835.89 | 6/2/06 | 800 | £14.8731 | £11,898.51 | | | |
| | 4/6/06 | 800 | £14.8741 | £11,899.29 | 6/15/06 | 1,598 | £14.6340 | £23,385.17 | | | |
| | 6/23/06 | 338 | £14.8434 | £5,017.08 | 7/18/06 | 458 | £14.9546 | £6,849.18 | | | |
| | 7/13/06 | 860 | £14.8846 | £12,800.76 | 8/30/06 | 800 | £14.8713 | £11,897.04 | | | |
| | 7/31/06 | 458 | £14.8331 | £6,793.55 | 9/11/06 | 400 | £14.7569 | £5,902.75 | | | |
| | 8/17/06 | 800 | £14.5410 | £11,632.78 | 10/9/06 | 400 | £14.5625 | £5,824.99 | | | |
| | 8/22/06 | 800 | £14.3016 | £11,441.30 | 1/5/07 | 809 | £14.0431 | £11,360.87 | | | |
| | 9/18/06 | 785 | £14.7009 | £11,540.17 | 1/19/07 | 524 | £14.1117 | £7,394.51 | | | |
| | 9/25/06 | 415 | £14.2215 | £5,901.94 | 2/12/07 | 800 | £14.6090 | £11,687.17 | | | |
| | 9/29/06 | 800 | £14.2049 | £11,363.88 | 3/16/07 | 628 | £14.0734 | £8,838.08 | | | |
| | 10/30/06 | 586 | £13.9875 | £8,196.69 | 4/13/07 | 485 | £14.6024 | £7,082.18 | | | |
| | 11/2/06 | 614 | £14.1699 | £8,700.29 | 4/16/07 | 400 | £14.7586 | £5,903.43 | | | |
| | 11/9/06 | 1,198 | £13.8318 | £16,570.49 | 4/19/07 | 400 | £14.7957 | £5,918.28 | | | |
| | 11/16/06 | 535 | £13.7369 | £7,349.23 | | | | | | | |
| | 1/31/07 | 800 | £13.7247 | £10,979.73 | | | | | | | |
| | 2/23/07 | 800 | £14.4674 | £11,573.89 | | | | | | | |
| | 3/23/07 | 1,028 | £13.9850 | £14,376.58 | | | | | | | |
| | 4/12/07 | 485 | £14.1946 | £6,884.40 | | | | | | | |
| | 5/3/07 | 347 | £14.4700 | £5,021.09 | | | | | | | |
| | 5/4/07 | 1,253 | £14.5752 | £18,262.77 | | | | | | | |
| PBKM AXAE Total | | 91,238 | | 1,340,150.33 | | 11,699 | | 172,850.13 | 79,539 | 1,029,035.81 | (138,264.38) |
| PBKM UBSE | 4/12/06 | 2,415 | £14.9328 | £36,062.81 | | | | | | | |
| | 4/13/06 | 1,728 | £14.8638 | £25,684.71 | | | | | | | |
| | 4/18/06 | 2,807 | £14.8607 | £41,713.95 | | | | | | | |
| | 5/8/06 | 1,490 | £15.2400 | £22,707.60 | | | | | | | |
| | 5/9/06 | 1,594 | £15.3886 | £24,529.51 | | | | | | | |
| | 5/9/06 | 2,149 | £15.5822 | £33,486.04 | | | | | | | |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| PBKM UBSE | 5/10/06 | 2,467 | £15.4410 | £38,083.03 | | | | | | | |
| | 5/23/06 | 3,250 | £14.7680 | £47,996.00 | | | | | | | |
| | 9/7/06 | 4,925 | £14.6037 | £71,923.14 | | | | | | | |
| | 9/11/06 | 1,775 | £14.7347 | £26,154.14 | | | | | | | |
| | 11/24/06 | 2,303 | £13.3763 | £30,805.51 | | | | | | | |
| | 11/24/06 | 1,601 | £13.3645 | £21,396.57 | | | | | | | |
| | 11/27/06 | 1,500 | £13.3324 | £19,998.64 | | | | | | | |
| | 11/28/06 | 1,596 | £13.3312 | £21,276.52 | | | | | | | |
| | 12/21/06 | 3,869 | £13.2600 | £51,302.94 | | | | | | | |
| | 12/21/06 | 3,631 | £13.2651 | £48,165.40 | | | | | | | |
| PBKM UBSE Total | | 39,100 | | 561,296.51 | | 0 | | 0.00 | 39,100 | 505,856.25 | (55,440.26) |
| PBKM UNPAE | 12/23/05 | 49,939 | £14.7267 | £735,436.67 | 6/15/06 | 2,425 | £14.7962 | £35,880.79 | | | |
| | 1/18/06 | 24,792 | £14.4538 | £358,337.72 | 3/1/07 | 63,169 | £14.1748 | £895,407.94 | | | |
| | 5/17/06 | 6,127 | £15.3600 | £94,110.72 | 4/3/07 | 20,682 | £13.9519 | £288,553.20 | | | |
| | 7/14/06 | 3,542 | £14.7400 | £52,209.08 | | | | | | | |
| | 8/10/06 | 857 | £14.2586 | £12,219.62 | | | | | | | |
| | 9/8/06 | 1,019 | £14.6500 | £14,928.35 | | | | | | | |
| PBKM UNPAE Total | | 86,276 | | 1,267,242.16 | | 86,276 | | 1,219,841.92 | 0 | 0.00 | (47,400.24) |
| PROCURA U | 7/19/06 | 11,800 | £14.8355 | £175,058.90 | | | | | | | |
| | 9/7/06 | 3,200 | £14.6400 | £46,848.00 | | | | | | | |
| | 11/17/06 | 5,000 | £13.7200 | £68,600.00 | | | | | | | |
| PROCURA U Total | | 20,000 | | 290,506.90 | | 0 | | 0.00 | 20,000 | 258,750.00 | (31,756.90) |
| SAA Gl. A1 | 4/2/07 | 22,000 | £13.8800 | £305,360.00 | 5/16/07 | 500 | £14.3400 | £7,170.00 | | | |
| | | | | | 5/16/07 | 1,400 | £14.3300 | £20,062.00 | | | |
| SAA Gl. A1 Total | | 22,000 | | 305,360.00 | | 1,900 | | 27,232.00 | 20,100 | 260,043.75 | (18,084.25) |
| SLA2 | 1/14/05 | 101,700 | £14.9174 | £1,517,099.58 | 10/09/06 | 101,700 | £14.5327 | £1,477,970.51 | | | |
| SLA2 Total | | 101,700 | | 1,517,099.58 | | 101,700 | | 1,477,970.51 | 0 | 0.00 | (39,129.07) |
| SSGIN | Preclass Holdings | 35,725 | | | 5/15/06 | 35,725 | £15.1400 | £540,876.50 | | | |
| | 11/29/05 | 31,023 | £14.4300 | £447,661.89 | 5/15/06 | 39,829 | £15.1400 | £603,011.06 | | | |
| | 12/13/05 | 1,887 | £14.5400 | £27,436.98 | 3/5/07 | 59,885 | £14.0316 | £840,282.37 | | | |
| | 1/24/06 | 4,933 | £14.3972 | £71,021.53 | | | | | | | |
| | 3/3/06 | 1,986 | £14.7600 | £29,313.36 | Total | 35,725 | | | | | |

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SSGIN | 8/21/06 | 59,885 | £14.4736 | £866,751.54 | | | | | | | |
| | 4/23/07 | 62,045 | £14.8513 | £921,449.28 | | | | | | | |
| SSGIN Total | | 161,759 | | 2,363,634.58 | | 99,714 | | 1,443,293.43 | 62,045 | 802,707.19 | (117,633.96) |
| SSKD-A LC2 | | | | | 1/18/07 | 2,900 | £14.1600 | £41,064.00 | | | |
| | | | | | 2/20/07 | 1,500 | £14.9200 | £22,380.00 | | | |
| | | | | | Total | 4,400 | | | | | |
| | 1/11/07 | 10,400 | £13.6500 | £141,960.00 | | | | | | | |
| SSKD-A LC2 Total | | 10,400 | | 141,960.00 | 1/22/07 | 2,500 | £14.1400 | £35,350.00 | 10,400 | 134,550.00 | (7,410.00) |
| TID E | 11/2/05 | 48,400 | £14.5508 | £704,258.72 | | | | | | | |
| | 4/12/06 | 3,961 | £14.9328 | £59,148.98 | | | | | | | |
| | 4/13/06 | 2,835 | £14.8638 | £42,138.97 | | | | | | | |
| | 4/18/06 | 4,604 | £14.8607 | £68,418.60 | | | | | | | |
| | 5/8/06 | 2,177 | £15.2400 | £33,177.48 | | | | | | | |
| | 5/9/06 | 2,329 | £15.3886 | £35,840.16 | | | | | | | |
| | 5/9/06 | 1,856 | £15.5822 | £28,920.47 | | | | | | | |
| | 5/9/06 | 1,285 | £15.5673 | £20,003.96 | | | | | | | |
| | 5/10/06 | 3,603 | £15.4410 | £55,634.04 | | | | | | | |
| | 5/23/06 | 4,400 | £14.7680 | £64,979.20 | | | | | | | |
| | 9/7/06 | 7,865 | £14.6037 | £114,857.97 | | | | | | | |
| | 9/8/06 | 1,361 | £14.6920 | £19,995.85 | | | | | | | |
| | 9/14/06 | 1,474 | £14.7298 | £21,711.78 | | | | | | | |
| | 11/24/06 | 2,896 | £13.3645 | £38,703.60 | | | | | | | |
| | 11/24/06 | 3,351 | £13.3763 | £44,823.83 | | | | | | | |
| | 11/27/06 | 1,500 | £13.3314 | £19,997.03 | | | | | | | |
| | 11/27/06 | 1,500 | £13.3324 | £19,998.64 | | | | | | | |
| | 11/28/06 | 1,953 | £13.3312 | £26,035.74 | | | | | | | |
| | 12/21/06 | 6,293 | £13.2600 | £83,445.18 | | | | | | | |
| | 12/21/06 | 5,907 | £13.2651 | £78,356.66 | | | | | | | |
| TID E Total | | 109,550 | | 1,580,446.86 | | 2,500 | | 35,350.00 | 107,050 | 1,384,959.38 | (160,137.48) |
| TOB HOTT | 9/26/06 | 10,000 | £14.3000 | £143,000.00 | | | | | | | |
| | 10/24/06 | 5,000 | £14.9300 | £74,650.00 | | | | | | | |
| TOB HOTT Total | | 15,000 | | 217,650.00 | | 0 | | 0.00 | 15,000 | 194,062.50 | (23,587.50) |

Preclass Holdings 89,450

Class Period: October 27, 2005 through May 21, 2007
FIFO LOSSES

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | DATE | PURCHASE TRANSACTIONS SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SALES TRANSACTIONS (1) SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | Preclass Holdings | 75,000 | | | | | | | | | |
| | 2/8/07 | 15,000 | £14.2500 | £213,750.00 | Total | 0 | | 0.00 | | | |
| **TOP Total** | | **15,000** | | **213,750.00** | | | | | 15,000 | 194,062.50 | (19,687.50) |
| TPF2 | Preclass Holdings | 44,953 | | | 12/16/05 | 707 | £14.6000 | £10,322.20 | | | |
| | | | | | 9/15/06 | 928 | £14.6700 | £13,613.76 | | | |
| | | | | | 12/15/06 | 111 | £13.3300 | £1,479.63 | | | |
| | 3/17/06 | 6,368 | £15.4700 | £98,512.96 | | | | | | | |
| | 5/18/06 | 4,244 | £15.0000 | £63,660.00 | | | | | | | |
| | 6/16/06 | 3 | £14.5500 | £43.65 | | | | | | | |
| | 1/22/07 | 7,532 | £14.1600 | £106,653.12 | Total | 1,746 | | | | | |
| **TPF2 Total** | | **18,147** | | **268,869.73** | | **0** | | **0.00** | 18,147 | 234,776.81 | (34,092.92) |
| VAB Q | 12/20/05 | 13,000 | £14.8863 | £193,521.90 | | 0 | | | | | |
| **VAB Q Total** | | **13,000** | | **193,521.90** | | **0** | | **0.00** | 13,000 | 168,187.50 | (25,334.40) |
| WGA UD | 1/27/06 | 2,750 | £14.6285 | £40,228.38 | 8/1/06 | 2,200 | £14.6539 | £32,238.58 | | | |
| | 2/2/06 | 15,410 | £14.3884 | £221,725.24 | 8/18/06 | 1,220 | £14.4658 | £17,648.28 | | | |
| | 3/31/06 | 18,000 | £15.1592 | £272,865.60 | 10/6/06 | 1,300 | £14.3200 | £18,616.00 | | | |
| | 4/3/06 | 13,500 | £15.2471 | £205,835.85 | 11/10/06 | 1,000 | £13.6400 | £13,640.00 | | | |
| | 4/28/06 | 21,000 | £15.6161 | £327,938.10 | 11/22/06 | 600 | £13.4400 | £8,064.00 | | | |
| | 7/18/06 | 1,500 | £14.9600 | £22,440.00 | 11/23/06 | 700 | £13.3700 | £9,359.00 | | | |
| | 7/25/06 | 4,800 | £15.4600 | £74,208.00 | 1/22/07 | 2,000 | £14.1318 | £28,263.60 | | | |
| | 9/11/06 | 1,300 | £14.7729 | £19,204.77 | 1/23/07 | 1,000 | £14.0100 | £14,010.00 | | | |
| | 10/25/06 | 2,200 | £15.1000 | £33,220.00 | 1/25/07 | 2,000 | £13.9554 | £27,910.80 | | | |
| | 10/27/06 | 1,100 | £14.1530 | £15,568.30 | 2/7/07 | 1,000 | £13.9800 | £13,980.00 | | | |
| | 1/3/07 | 1,100 | £13.8330 | £15,213.00 | 2/27/07 | 500 | £14.4000 | £7,200.00 | | | |
| | 1/3/07 | 1,100 | £13.7300 | £15,103.00 | 3/19/07 | 1,000 | £14.3546 | £14,354.63 | | | |
| | 2/28/07 | 1,000 | £14.3500 | £14,350.00 | 3/22/07 | 1,400 | £14.0315 | £19,644.10 | | | |
| | 2/28/07 | 1,200 | £14.2000 | £17,040.00 | 3/22/07 | 1,100 | £14.0561 | £15,461.71 | | | |
| | 4/18/07 | 2,000 | £14.7100 | £29,420.00 | 3/26/07 | 2,500 | £14.0036 | £35,009.00 | | | |
| | 4/19/07 | 11,110 | £14.6600 | £162,872.60 | 3/26/07 | 1,000 | £13.8700 | £13,870.00 | | | |
| | 4/25/07 | 2,000 | £14.9200 | £29,840.00 | 3/27/07 | 1,000 | £13.7300 | £13,730.00 | | | |
| | | | | | 3/28/07 | 800 | £13.7800 | £11,024.00 | | | |
| | | | | | 4/2/07 | 1,500 | £13.9400 | £20,910.00 | | | |
| | | | | | 4/2/07 | 1,250 | £13.8800 | £17,350.00 | | | |
| | | | | | 4/3/07 | 600 | £14.0000 | £8,400.00 | | | |
| | | | | | 4/3/07 | 1,000 | £13.9400 | £13,940.00 | | | |
| | | | | | 4/4/07 | 1,200 | £14.0800 | £16,896.00 | | | |

**Class Period: October 27, 2005 through May 21, 2007**
**FIFO LOSSES**

GlaxoSmithKline PLC
INKA

Hold price: £12.9375

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| WGA UD | | | | | | | | | | | |
| | 6/21/06 | 16,323 | £14.8750 | £242,804.63 | 4/4/07 | 1,000 | £14.0300 | £14,030.00 | | | |
| | 6/22/06 | 12,277 | £14.9090 | £183,037.79 | 4/24/07 | 1,000 | £14.8200 | £14,820.00 | | | |
| | 6/30/06 | 9,950 | £15.1300 | £150,543.50 | 4/30/07 | 3,000 | £14.5000 | £43,500.00 | | | |
| | 9/7/06 | 4,410 | £14.6037 | £64,402.25 | 5/10/07 | 3,000 | £14.2383 | £42,714.83 | | | |
| | 9/8/06 | 1,590 | £14.6920 | £23,360.32 | 5/10/07 | 1,000 | £14.2476 | £14,247.59 | | | |
| | 10/17/06 | 5,400 | £14.6800 | £79,272.00 | | | | | | | |
| | 11/16/06 | 3,700 | £13.6790 | £50,612.30 | | | | | | | |
| | 11/24/06 | 2,574 | £13.3645 | £34,400.23 | | | | | | | |
| | 11/27/06 | 2,926 | £13.3324 | £39,010.68 | | | | | | | |
| | 12/12/06 | 7,200 | £13.4614 | £96,922.08 | | | | | | | |
| | 12/21/06 | 2,476 | £13.2600 | £32,831.76 | | | | | | | |
| | 12/21/06 | 2,324 | £13.2651 | £30,827.98 | | | | | | | |
| WGA UD Total | | 101,070 | | 1,517,072.84 | | 36,870 | | 520,832.12 | 64,200 | 830,587.50 | (165,653.22) |
| ZVK UBS | | | | | | | | | | | |
| ZVK UBS Total | | 71,150 | | 1,028,025.52 | | 0 | | 0.00 | 71,150 | 920,503.13 | (107,522.40) |
| **GRAND TOTAL (LOSING FUNDS ONLY)** | | **1,700,157** | | **24,718,036** | | **515,890** | | **7,439,874** | **1,184,267** | **15,321,454.31** | **(1,956,707.06)** |
| **GRAND TOTAL (ALL FUNDS)** | | **1,700,157** | | **24,718,036** | | **515,890** | | **7,439,874** | **1,184,267** | **15,321,454** | **(1,956,707.06)** |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of 12.9375 GBP per share.

| | SHARES | AVG UNIT PRICE | VALUE |
|---|---|---|---|
| Class Period Purchases | 1,700,157 | £14.54 | £24,718,036 |
| Class Period Sales* | 515,890 | £14.42 | £7,439,874 |
| Shares Held | 1,184,267 | £12.94 | £15,321,454 |
| FIFO Losses (GBP) | | | -£1,956,707 |
| 5/21/07 Exchange Rate | 1.9714 | | |
| FIFO Losses (USD) | | | -£3,857,452 |

* excluding shares offsetting the opening position