# EXHIBIT L

Class Period: 10/27/05 - 05/21/07

# FIFO LOSSES

## GlaxoSmithKline PLC (LN: GSK)

Hold price: £12.9398

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |
| Dow Jones STOXXSM 600 Health CareEX | Pre-Class Holdings | 1,088,417 | | | | | | | | | |
| | 10/31/05 | 22,702 | 14.7500 | 334,854.50 | 12/1/05 | 314,106 | 14.5000 | | | | |
| | 11/04/05 | 295,332 | 14.9900 | 4,427,026.68 | 12/16/05 | 25,242 | 14.6000 | 996,665.20 | | | |
| | 12/20/05 | 88,686 | 14.7500 | 1,308,118.50 | 05/31/06 | 104,698 | 14.8000 | | | | |
| | 01/17/06 | 88,686 | 14.6600 | 1,300,136.76 | 03/16/07 | 175,633 | 14.0000 | 326,131.78 | | | |
| | 03/17/06 | 48,066 | 15.4700 | 743,581.02 | 04/20/07 | 44,092 | 14.8800 | 2,458,862.00 | | | |
| | 04/03/06 | 362,750 | 15.2300 | 5,524,682.50 | 07/11/06 | 141,009 | 15.2100 | | | | |
| | 04/21/06 | 79,667 | 14.9200 | 1,188,631.64 | 07/14/06 | 434,625 | 14.7000 | | | | |
| | 04/24/06 | 77,961 | 14.7700 | 1,151,483.97 | 12/05/06 | 68,737 | 14.4000 | 656,088.96 | | | |
| | 05/23/06 | 45,860 | 14.8500 | 681,021.00 | Total | 1,088,417 | | | | | |
| | 06/16/06 | 35,620 | 14.5500 | 518,271.00 | | | | | | | |
| | 07/13/06 | 94,006 | 14.8500 | 1,395,989.10 | | | | | | | |
| | 07/27/06 | 141,009 | 15.0700 | 2,125,005.63 | | | | | | | |
| | 07/27/06 | 211,514 | 15.0700 | 3,187,515.98 | | | | | | | |
| | 07/28/06 | 319,621 | 14.9300 | 4,771,941.53 | | | | | | | |
| | 08/02/06 | 164,510 | 14.3400 | 2,359,073.40 | | | | | | | |
| | 08/22/06 | 47,003 | 14.3600 | 674,963.08 | | | | | | | |
| | 08/28/06 | 47,004 | 14.4100 | 677,327.64 | | | | | | | |
| | 09/11/06 | 47,003 | 14.7900 | 695,174.37 | | | | | | | |
| | 09/15/06 | 34,159 | 14.6700 | 501,112.53 | | | | | | | |
| | 09/27/06 | 23,852 | 14.2600 | 340,129.52 | | | | | | | |
| | 10/26/06 | 23,853 | 14.5100 | 346,107.03 | | | | | | | |
| | 11/02/06 | 47,705 | 14.1400 | 674,548.70 | | | | | | | |
| | 01/18/07 | 47,098 | 14.1300 | 665,494.74 | | | | | | | |
| | 02/14/07 | 23,668 | 14.9300 | 353,363.24 | | | | | | | |
| | 03/08/07 | 378,681 | 14.4900 | 5,487,087.69 | | | | | | | |
| | 04/26/07 | 44,092 | 14.6500 | 645,947.80 | | | | | | | |
| | 05/07/07 | 22,046 | 14.5500 | 320,769.30 | | | | | | | |
| **Dow Jones STOXXSM 600 Health CareEX Total** | | **2,862,154** | | **42,399,358.85** | | **318,569** | | **4,437,747.94** | **2,543,585** | **32,913,535.69** | **(5,048,075.22)** |
| Dow Jones Global Titans | Pre-Class Holdings | 23,137 | | | | | | | | | |
| | 03/17/06 | 892 | 15.4700 | 13,799.24 | 12/16/05 | 368 | 14.6000 | | | | |
| | 05/02/06 | 7,517 | 15.5000 | 116,513.50 | 06/16/06 | 314 | 14.5500 | | | | |
| | 05/04/06 | 12,529 | 15.3900 | 192,821.31 | 03/14/07 | 10,004 | 13.9600 | | | | |
| | 09/15/06 | 311 | 14.6700 | 4,562.37 | 03/16/07 | 3,814 | 14.0000 | | | | |
| | 10/06/06 | 6,276 | 14.4500 | 90,688.20 | Total | 14,500 | | | | | |
| | 11/28/06 | 5,023 | 13.3100 | 66,856.13 | | | | | | | |
| | 12/15/06 | 403 | 13.3300 | 5,371.99 | | | | | | | |

Class Period: 10/27/05 - 05/21/07

GlaxoSmithKline PLC (LN: GSK)

Hold price: £12.9398

## FIFO LOSSES

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |
| **Dow Jones Global Titans Total** | Pre-Class Holdings | 32,951 | | 490,612.74 | 12/16/05 | 1,716 | 14.6000 | | | | |
| | | | | | 12/15/06 | 2,027 | 13.3300 | | | | |
| | | | | | Total | 3,743 | | 0.00 | 32,951 | 426,380.06 | (64,232.68) |
| **FTSE 100 TMEX** | Pre-Class Holdings | 150,560 | | 1,027,512.09 | | | | | | | |
| | 05/03/06 | 11,798 | 15.4800 | 182,633.04 | | | | | | | |
| | 08/07/06 | 11,931 | 14.1800 | 169,181.58 | | | | | | | |
| | 11/08/06 | 11,945 | 14.0400 | 167,707.80 | | | | | | | |
| | 03/06/07 | 23,675 | 14.2100 | 336,421.75 | | | | | | | |
| | 05/16/07 | 11,981 | 14.3200 | 171,567.92 | | | | | | | |
| **FTSE 100 TMEX Total** | | | | | | 0 | | 0.00 | 71,330 | 922,997.46 | (104,514.63) |
| **Dow Jones STOXXSM 600EX** | Pre-Class Holdings | 268,267 | | | 12/16/05 | 6,427 | 14.6000 | | | | |
| | | | | | 01/05/06 | 65,390 | 14.9600 | | | | |
| | | | | | 09/15/06 | 363 | 14.6700 | | | | |
| | | | | | 12/19/06 | 11,994 | 13.3200 | | | | |
| | | | | | 03/16/07 | 33,910 | 14.0000 | | | | |
| | | | | | Total | 118,084 | | | | | |
| | 01/10/06 | 16,462 | 14.7300 | 242,485.26 | | | | | | | |
| | 01/12/06 | 16,462 | 14.5700 | 239,851.34 | | | | | | | |
| | 03/17/06 | 6,720 | 15.4700 | 103,958.40 | | | | | | | |
| | 06/16/06 | 517 | 14.5500 | 7,522.35 | | | | | | | |
| | 08/02/06 | 15,558 | 14.3400 | 223,101.72 | | | | | | | |
| | 08/08/06 | 24,900 | 14.1900 | 353,331.00 | | | | | | | |
| | 08/29/06 | 12,453 | 14.6700 | 182,685.51 | | | | | | | |
| | 09/13/06 | 9,349 | 14.8700 | 139,019.63 | | | | | | | |
| | 09/27/06 | 9,341 | 14.2600 | 133,202.66 | | | | | | | |
| | 10/10/06 | 9,347 | 14.5700 | 136,185.79 | | | | | | | |
| | 10/18/06 | 9,341 | 14.7600 | 137,873.16 | | | | | | | |
| | 11/16/06 | 18,680 | 13.7300 | 256,476.40 | | | | | | | |
| | 11/21/06 | 9,335 | 13.5500 | 126,489.25 | | | | | | | |
| | 12/05/06 | 6,217 | 13.4000 | 83,307.80 | | | | | | | |
| | 12/12/06 | 9,325 | 13.4600 | 125,514.50 | | | | | | | |
| | 12/15/06 | 175 | 13.3300 | 2,332.75 | | | | | | | |
| | 12/19/06 | 21,647 | 13.4400 | 290,935.68 | | | | | | | |
| | 02/19/07 | 9,306 | 14.9300 | 138,938.58 | | | | | | | |
| | 03/28/07 | 5,662 | 13.7800 | 78,022.36 | | | | | | | |
| | 05/16/07 | 19,909 | 14.3200 | 285,096.88 | | | | | | | |
| | 05/21/07 | 10,810 | 13.9000 | 150,259.00 | | | | | | | |
| **Dow Jones STOXXSM 600EX Total** | | 241,516 | | 3,436,590.02 | | 0 | | 0.00 | 241,516 | 3,125,173.91 | (311,416.11) |
| **GRAND TOTAL (ALL FUNDS)** | | 3,207,951 | | 47,354,073.70 | | 318,569 | | 4,437,747.94 | 2,889,382 | 37,388,087.12 | (5,528,238.64) |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of £12.9398 per share.
(3) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.

Class Period: 10/27/05 - 05/21/07

GlaxoSmithKline PLC (LN: GSK)

Hold price: £12.9398

NET LOSSES

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |
| Dow Jones STOXXSM 600 Health CareEX | 10/31/05 | 22,702 | 14.7500 | 334,854.50 | 12/01/05 | 314,106 | 14.5000 | 4,554,537.00 | | | |
| | 11/04/05 | 295,332 | 14.9900 | 4,427,026.68 | 12/16/05 | 25,242 | 14.6000 | 368,533.20 | | | |
| | 12/20/05 | 88,686 | 14.7500 | 1,308,118.50 | 05/31/06 | 104,698 | 14.8000 | 1,549,530.40 | | | |
| | 01/17/06 | 88,686 | 14.6600 | 1,300,136.76 | 07/11/06 | 141,009 | 15.2100 | 2,144,746.89 | | | |
| | 03/17/06 | 48,066 | 15.4700 | 743,581.02 | 38912 | 434625 | 14.7 | 6,388,987.50 | | | |
| | 04/03/06 | 362,750 | 15.2300 | 5,524,682.50 | 39056 | 143115 | 13.4 | 1,917,741.00 | | | |
| | 04/21/06 | 79,667 | 14.9200 | 1,188,631.64 | 24466 | 24466 | 13.33 | 326,131.78 | | | |
| | 04/24/06 | 77,961 | 14.7700 | 1,151,483.97 | 03/16/07 | 175,633 | 14.0000 | 2,458,862.00 | | | |
| | 05/23/06 | 45,860 | 14.8500 | 681,021.00 | 04/20/07 | 44,092 | 14.8800 | 656,088.96 | | | |
| | 06/16/06 | 35,620 | 14.5500 | 518,271.00 | | | | | | | |
| | 07/13/06 | 94,006 | 14.8500 | 1,395,989.10 | | | | | | | |
| | 07/27/06 | 141,009 | 15.0700 | 2,125,005.63 | | | | | | | |
| | 07/27/06 | 211,514 | 15.0700 | 3,187,515.98 | | | | | | | |
| | 07/28/06 | 319,621 | 14.9300 | 4,771,941.53 | | | | | | | |
| | 08/02/06 | 164,510 | 14.3400 | 2,359,073.40 | | | | | | | |
| | 08/22/06 | 47,003 | 14.3600 | 674,963.08 | | | | | | | |
| | 08/28/06 | 47,004 | 14.4100 | 677,327.64 | | | | | | | |
| | 09/11/06 | 47,003 | 14.7900 | 695,174.37 | | | | | | | |
| | 09/15/06 | 34,159 | 14.6700 | 501,112.53 | | | | | | | |
| | 09/27/06 | 23,852 | 14.2600 | 340,129.52 | | | | | | | |
| | 10/26/06 | 23,853 | 14.5100 | 346,107.03 | | | | | | | |
| | 11/02/06 | 47,705 | 14.1400 | 674,548.70 | | | | | | | |
| | 11/28/06 | 47,098 | 14.1300 | 665,494.74 | | | | | | | |
| | 01/18/07 | 47,098 | 14.1400 | 665,985.72 | | | | | | | |
| | 02/14/07 | 23,668 | 14.9300 | 353,363.24 | | | | | | | |
| | 03/08/07 | 378,681 | 14.4900 | 5,487,087.69 | | | | | | | |
| | 04/26/07 | 44,092 | 14.6500 | 645,947.80 | | | | | | | |
| | 05/07/07 | 22,046 | 14.5500 | 320,769.30 | | | | | | | |
| Dow Jones STOXXSM 600 Health CareEX Total | | 2,862,154 | | 42,399,358.85 | | 1,406,986 | | 20,365,158.73 | 1,455,168 | 18,829,614.07 | (3,204,586.05) |
| Dow Jones Global Titans | 05/03/06 | 11,798 | 15.4800 | 182,633.04 | 12/16/05 | 368 | 14.6000 | 5,372.80 | | | |
| | 05/02/06 | 7,517 | 15.5000 | 116,513.50 | 06/16/06 | 314 | 14.5500 | 4,568.70 | | | |
| | 05/04/06 | 12,529 | 15.3900 | 192,821.31 | 03/14/07 | 10,004 | 13.9600 | 139,655.84 | | | |
| | 09/15/06 | 311 | 14.6700 | 4,562.37 | 03/16/07 | 3,814 | 14.0000 | 53,396.00 | | | |
| | 10/06/06 | 6,276 | 14.4500 | 90,688.20 | | | | | | | |
| | 11/28/06 | 5,023 | 13.3100 | 66,856.13 | | | | | | | |
| | 12/15/06 | 403 | 13.3300 | 5,371.99 | | | | | | | |
| Dow Jones Global Titans Total | | 32,951 | | 490,612.74 | | 14,500 | | 202,993.34 | 18,451 | 238,752.65 | (48,866.75) |
| FTSE 100 TMEX | 08/07/06 | 11,931 | 14.1800 | 169,181.58 | 12/16/05 | 1,716 | 14.6000 | 25,053.60 | | | |
| | 11/08/06 | 11,945 | 14.0400 | 167,707.80 | 12/15/06 | 2,027 | 13.3300 | 27,019.91 | | | |
| | 03/06/07 | 23,675 | 14.2100 | 336,421.75 | | | | | | | |
| | 05/16/07 | 11,981 | 14.3200 | 171,567.92 | | | | | | | |
| FTSE 100 TMEX Total | | 71,330 | | 1,027,512.09 | | 3,743 | | 52,073.51 | 67,587 | 874,563.71 | (100,874.87) |
| Dow Jones STOXXSM 600EX | 01/10/06 | 16,462 | 14.7300 | 242,485.26 | 12/16/05 | 6,427 | 14.6000 | 93,834.20 | | | |
| | 01/12/06 | 16,462 | 14.5700 | 239,851.34 | 01/05/06 | 65,390 | 14.9600 | 978,234.40 | | | |
| | 03/17/06 | 6,720 | 15.4700 | 103,958.40 | 09/15/06 | 363 | 14.6700 | 5,325.21 | | | |

Class Period: 10/27/05 - 05/21/07

GlaxoSmithKline PLC (LN: GSK)

Hold price: £12.9398

| PLAINTIFF | PURCHASE TRANSACTIONS ||| SALES TRANSACTIONS (1) ||| SHARES HELD (2) | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |
| 06/16/06 | 517 | 14.5500 | 7,522.35 | 12/19/06 | 11,994 | 13.3200 | 159,760.08 | | | |
| 08/02/06 | 15,558 | 14.3400 | 223,101.72 | 03/16/07 | 33,910 | 14.0000 | 474,740.00 | | | |
| 08/08/06 | 24,900 | 14.1900 | 353,331.00 | | | | | | | |
| 08/29/06 | 12,453 | 14.6700 | 182,685.51 | | | | | | | |
| 09/13/06 | 9,349 | 14.8700 | 139,019.63 | | | | | | | |
| 09/27/06 | 9,341 | 14.2600 | 133,202.66 | | | | | | | |
| 10/10/06 | 9,347 | 14.5700 | 136,185.79 | | | | | | | |
| 10/18/06 | 9,341 | 14.7600 | 137,873.16 | | | | | | | |
| 11/16/06 | 18,680 | 13.7300 | 256,476.40 | | | | | | | |
| 11/21/06 | 9,335 | 13.5500 | 126,489.25 | | | | | | | |
| 12/05/06 | 6,217 | 13.4000 | 83,307.80 | | | | | | | |
| 12/12/06 | 9,325 | 13.4600 | 125,514.50 | | | | | | | |
| 12/15/06 | 175 | 13.3300 | 2,332.75 | | | | | | | |
| 12/19/06 | 21,647 | 13.4400 | 290,935.68 | | | | | | | |
| 02/19/07 | 9,306 | 14.9300 | 138,938.58 | | | | | | | |
| 03/28/07 | 5,662 | 13.7800 | 78,022.36 | | | | | | | |
| 05/16/07 | 19,909 | 14.3200 | 285,096.88 | | | | | | | |
| 05/21/07 | 10,810 | 13.9000 | 150,259.00 | | | | | | | |
| **Dow Jones STOXXSM 600EX Total** | **241,516** | | **3,436,590.02** | | **118,084** | | **1,711,893.89** | **123,432** | **1,597,188.04** | **(127,508.09)** |

NET LOSSES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL (ALL FUNDS)** | **3,207,951** | | **47,354,073.70** | | **1,543,313** | | **22,332,119.47** | **1,664,638** | **21,540,118.46** | **(3,481,835.77)** |

(1) Sales have been applied on a FIFO basis.
(2) Held shares have been valued using the average closing price of £12.9398 per share.
(3) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.

**Class Period: 10/27/05 - 05/21/07**

**GlaxoSmithKline PLC (LN: GSK)**

Hold price: £12.3398

## LIFO LOSSES

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |

**Dow Jones STOXXSM 600 Health CareEX**

| | Pre-Class Holdings | 1,088,417 | | | 12/16/05 | 21,314 | 14.6000 | 4,554,537.00 | | | |
| | 10/31/05 | 22,702 | 14.7500 | 334,854.50 | | | | | | | |
| | 11/04/05 | 295,332 | 14.9900 | 4,427,026.68 | | | | | | | |
| | 12/20/05 | 88,686 | 14.7500 | 1,308,118.50 | | | | | | | |
| | 01/17/06 | 88,686 | 14.6600 | 1,300,136.76 | | | | | | | |
| | 03/17/06 | 48,066 | 15.4700 | 743,581.02 | | | | | | | |
| | 04/03/06 | 362,750 | 15.2300 | 5,524,682.50 | | | | | | | |
| | 04/21/06 | 79,667 | 14.9200 | 1,188,631.64 | | | | | | | |
| | 04/24/06 | 77,961 | 14.7700 | 1,151,483.97 | | | | | | | |
| | 05/23/06 | 45,860 | 14.8500 | 681,021.00 | | | | | | | |
| | 06/16/06 | 35,620 | 14.5500 | 518,271.00 | | | | | | | |
| | 07/13/06 | 94,006 | 14.8500 | 1,395,989.10 | | | | | | | |
| | 07/27/06 | 141,009 | 15.0700 | 2,125,005.63 | | | | | | | |
| | 07/28/06 | 211,514 | 15.0700 | 3,187,515.98 | | | | | | | |
| | 07/27/06 | 319,621 | 14.9300 | 4,771,941.53 | | | | | | | |
| | 08/02/06 | 164,510 | 14.3400 | 2,359,073.40 | | | | | | | |
| | 08/22/06 | 47,003 | 14.3600 | 674,963.08 | | | | | | | |
| | 08/28/06 | 47,004 | 14.4100 | 677,327.64 | | | | | | | |
| | 09/11/06 | 47,003 | 14.7900 | 695,174.37 | | | | | | | |
| | 09/15/06 | 34,159 | 14.6700 | 501,112.53 | | | | | | | |
| | 09/27/06 | 23,852 | 14.2600 | 340,129.52 | | | | | | | |
| | 10/26/06 | 23,853 | 14.5100 | 346,107.03 | | | | | | | |
| | 11/02/06 | 47,705 | 14.1400 | 674,548.70 | | | | | | | |
| | 01/18/07 | 47,098 | 14.1300 | 665,494.74 | | | | | | | |
| | 02/14/07 | 23,668 | 14.9300 | 353,363.24 | | | | | | | |
| | 03/08/07 | 378,681 | 14.4900 | 5,487,087.69 | | 03/16/07 | 3,814 | 14.0000 | 53,396.00 | | | |
| | 04/26/07 | 44,092 | 14.6500 | 645,947.80 | | 04/20/07 | 44,092 | 14.8800 | 656,088.96 | | | |
| | 05/07/07 | 22,046 | 14.5500 | 320,769.30 | | | | | | | |
| **Dow Jones STOXXSM 600 Health CareEX Total** | | 2,862,154 | | 42,399,358.85 | | 1,385,672 | | 20,053,974.33 | 1,476,482 | 19,105,413.42 | (3,239,971.10) |

**Dow Jones Global Titans**

| | Pre-Class Holdings | 23,137 | | | 12/16/05 | 368 | 14.6000 | | | | |
| | 03/17/06 | 892 | 15.4700 | 13,799.24 | 06/16/06 | 314 | 14.5500 | 4,568.70 | | | |
| | 05/02/06 | 7,517 | 15.5000 | 116,513.50 | 03/14/07 | 10,004 | 13.9600 | 139,655.84 | | | |
| | 05/04/06 | 12,529 | 15.3900 | 192,821.31 | 03/16/07 | 3,814 | 14.0000 | 53,396.00 | | | |
| | 09/15/06 | 311 | 14.6700 | 4,562.37 | | | | | | | |
| | 10/06/06 | 6,276 | 14.4500 | 90,688.20 | | | | | | | |
| | 11/28/06 | 5,023 | 13.3100 | 66,856.13 | | | | | | | |
| | 12/15/06 | 403 | 13.3300 | 5,371.99 | | | | | | | |
| **Dow Jones Global Titans Total** | | 32,951 | | 490,612.74 | | 14,132 | | 197,620.54 | 18,819 | 243,514.50 | (49,477.70) |

**FTSE 100 TMEX**

| | Pre-Class Holdings | 150,560 | | | 12/16/05 | 1,716 | 14.6000 | | | | |
| | | | | | Total | 1,716 | | | | | |

Class Period: 10/27/05 - 05/21/07

GlaxoSmithKline PLC (LN: GSK)

Hold price: £12.9398

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD (2) | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | | | |
| LIFO LOSSES | | | | | | | | | | | |
| FTSE 100 TMEX | | | | | 12/15/06 | 2,027 | 13.3300 | 27,019.91 | | | |
| | 05/03/06 | 11,798 | 15.4800 | 182,633.04 | | | | | | | |
| | 08/07/06 | 11,931 | 14.1800 | 169,181.58 | | | | | | | |
| | 11/08/06 | 11,945 | 14.0400 | 167,707.80 | | | | | | | |
| | 03/06/07 | 23,675 | 14.2100 | 336,421.75 | | | | | | | |
| | 05/16/07 | 11,981 | 14.3200 | 171,567.92 | | | | | | | |
| FTSE 100 TMEX Total | | 71,330 | | 1,027,512.09 | | 2,027 | | 27,019.91 | 69,303 | 896,768.44 | (103,723.74) |
| Dow Jones STOXXSM 600EX | Pre-Class Holdings | 268,267 | | | | | | | | | |
| | | | | | Total | 71,817 | | | | | |
| | | | | | 12/16/05 | 6,427 | 14.6000 | | | | |
| | | | | | 01/05/06 | 65,390 | 14.9600 | | | | |
| | 01/10/06 | 16,462 | 14.7300 | 242,485.26 | 09/15/06 | 363 | 14.6700 | 5,325.21 | | | |
| | 01/12/06 | 16,462 | 14.5700 | 239,851.34 | 12/19/06 | 11,994 | 13.3200 | 159,760.08 | | | |
| | 03/17/06 | 6,720 | 15.4700 | 103,958.40 | 03/16/07 | 33,910 | 14.0000 | 474,740.00 | | | |
| | 06/16/06 | 517 | 14.5500 | 7,522.35 | | | | | | | |
| | 08/02/06 | 15,558 | 14.3400 | 223,101.72 | | | | | | | |
| | 08/08/06 | 24,900 | 14.1900 | 353,331.00 | | | | | | | |
| | 08/29/06 | 12,453 | 14.6700 | 182,685.51 | | | | | | | |
| | 09/13/06 | 9,349 | 14.8700 | 139,019.63 | | | | | | | |
| | 09/27/06 | 9,341 | 14.2600 | 133,202.66 | | | | | | | |
| | 10/10/06 | 9,347 | 14.5700 | 136,185.79 | | | | | | | |
| | 10/18/06 | 9,341 | 14.7800 | 137,873.16 | | | | | | | |
| | 11/16/06 | 18,680 | 13.7300 | 256,476.40 | | | | | | | |
| | 11/21/06 | 9,335 | 13.5500 | 126,489.25 | | | | | | | |
| | 12/05/06 | 6,217 | 13.4000 | 83,307.80 | | | | | | | |
| | 12/12/06 | 9,325 | 13.4600 | 125,514.50 | | | | | | | |
| | 12/15/06 | 175 | 13.3300 | 2,332.75 | | | | | | | |
| | 12/19/06 | 21,647 | 13.4400 | 290,935.68 | | | | | | | |
| | 02/19/07 | 9,306 | 14.9300 | 138,938.58 | | | | | | | |
| | 03/28/07 | 5,662 | 13.7800 | 78,022.36 | | | | | | | |
| | 05/16/07 | 19,909 | 14.3200 | 285,096.88 | | | | | | | |
| | 05/21/07 | 10,810 | 13.9000 | 150,259.00 | | | | | | | |
| Dow Jones STOXXSM 600EX Total | | 241,516 | | 3,436,590.02 | | 46,267 | | 639,825.29 | 195,249 | 1,759,853 | (270,277.54) |
| GRAND TOTAL (ALL FUNDS) | | 3,207,951 | | 47,354,073.70 | | 1,448,098 | | 20,918,440.07 | 2,526,487.19 | 22,772,183.56 | (3,663,450.07) |

(1) Sales have been applied on a LIFO basis.
(2) Held shares have been valued using the average closing price of £12.9398 per share.
(3) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.