# EXHIBIT M

GlaxoSmithKline Plc - Underlying (GSK.GB) - Ord Gbp0.25

| Rank | Investor Name | Current Position | % O/S | Pos Change | % Change | Style | Equity Assets ($MM) | Turnover | City | Country | Position Date | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GlaxoSmithKline | 329,599,158 | 5.84 | 26,530,000 | 8.8 | | $10,757.6 | | Research Triangle Par | United States | 3-Aug-07 | Registers |
| 2 | M & G Investment Management Ltd. | 148,830,008 | 2.64 | 1,588,619 | 1.1 | Core Value | $98,814.3 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 3 | Morley Fund Management Ltd. | 96,661,487 | 1.71 | (10,878,899) | (10.1) | Core Value | $69,441.0 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 4 | Standard Life Investments Ltd. | 87,415,663 | 1.55 | (5,149,565) | (5.6) | Core Growth | $75,493.3 | High | Edinburgh | United Kingdom | 3-Aug-07 | Registers |
| 5 | Scottish Widows Investment Partnership Ltd. | 79,065,339 | 1.4 | (1,334,916) | (1.7) | Core Growth | $64,893.9 | Mod | Edinburgh | United Kingdom | 3-Aug-07 | Registers |
| 6 | Insight Investment Management (Global) Limited | 74,856,033 | 1.33 | 6,530,177 | 9.6 | Core Value | $54,792.0 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 7 | State Street Global Advisors (UK) Ltd. | 68,613,640 | 1.21 | (361,302) | (0.5) | Core Value | $54,792.0 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 8 | Templeton Investment Counsel, LLC | 61,531,758 | 1.09 | 0 | 0.0 | Core Value | $118,506.0 | Low | Fort Lauderdale | United States | 3-Aug-07 | Registers |
| 9 | Threadneedle Asset Management Ltd. | 55,230,067 | 0.98 | (10,776,797) | (16.3) | Core Growth | $54,644.6 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 10 | Barclays Global Investors, N.A. | 53,689,521 | 0.95 | (29,535,847) | (35.5) | Index | $784,107.0 | Low | San Francisco | United States | 30-Nov-06 | Registers |
| 11 | Baillie Gifford & Co. | 46,079,365 | 0.82 | (2,099,884) | (4.4) | Core Growth | $49,736.4 | Low | Edinburgh | United Kingdom | 4-Dec-06 | Registers |
| 12 | AXA Investment Managers UK Ltd. | 45,925,811 | 0.81 | (3,975,786) | (8.0) | Core Growth | $40,057.1 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 13 | F&C Asset Management plc | 41,996,660 | 0.74 | (744,076) | (1.7) | Growth | $51,402.3 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 14 | Hermes Pension Management Ltd. | 38,750,662 | 0.69 | (1,783,990) | (4.4) | Index | $36,990.4 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 15 | Universities Superannuation Scheme Ltd. (USS) | 32,647,796 | 0.58 | 32,647,796 | NA | Core Value | $3,737.4 | | London | United Kingdom | 10-Jul-07 | Registers |
| 16 | Schroder Investment Management Ltd. (SIM) | 31,747,059 | 0.56 | 2,314,956 | 7.9 | Core Growth | $99,369.0 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 17 | AEGON Asset Management UK p.l.c. | 29,657,263 | 0.53 | (1,488,043) | (4.8) | Core Growth | $22,352.5 | Mod | Edinburgh | United Kingdom | 3-Aug-07 | Registers |
| 18 | Resolution Asset Management | 28,039,305 | 0.5 | (2,280,881) | (7.5) | Core Growth | $15,366.1 | High | Glasgow | United Kingdom | 3-Aug-07 | Registers |
| 19 | Norges Bank | 27,350,263 | 0.48 | 246,398 | 0.9 | GARP | $111,153.0 | Mod | Oslo | Norway | 4-Dec-06 | Registers |
| 20 | Fidelity International Limited | 26,760,273 | 0.47 | (506,029) | (1.9) | Core Growth | $134,976.4 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 21 | Royal London Asset Management Ltd. | 25,165,654 | 0.45 | (431,226) | (1.7) | Core Value | $16,756.3 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 22 | Vanguard Group, Inc. | 24,099,739 | 0.43 | 851,809 | 3.7 | Index | $572,107.6 | Low | Malvern | United States | 3-Aug-07 | Registers |
| 23 | UBS Luxembourg S.A. | 21,779,843 | 0.39 | 552,819 | 2.6 | Core Value | $7,471.3 | High | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 24 | UBS Global Asset Management (UK) Ltd. | 20,921,107 | 0.37 | (28,430) | (0.1) | Core Value | $42,435.7 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 25 | Grantham, Mayo, Van Otterloo & Co., L.L.C. | 20,797,463 | 0.37 | 1,214,726 | 6.2 | GARP | $91,213.3 | Mod | Boston | United States | 3-Aug-07 | Registers |
| 26 | JPMorgan Asset Management U.K. Limited | 20,509,461 | 0.36 | (272,470) | (1.3) | Core Growth | $107,532.5 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 27 | Legal & General Investment Management Ltd. (UK) | 19,447,824 | 0.34 | 1,841,949 | 10.5 | Index | $185,813.0 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 28 | BP Investment Management Limited | 19,007,506 | 0.34 | 75,218 | 0.4 | Core Growth | $11,924.1 | Low | London | United Kingdom | 30-Apr-07 | Registers |
| 29 | UBS Global Asset Management (Switzerland) | 16,812,759 | 0.3 | (151,076) | (0.9) | Core Value | $112,538.5 | Mod | Zurich | Switzerland | 31-May-07 | Aggr. |
| 30 | BlackRock Investment Management (UK) Ltd. | 16,311,542 | 0.29 | (253,372) | (1.5) | Growth | $111,201.0 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 31 | National Farmers Union Mutual Insurance Society | 15,530,963 | 0.28 | 170,000 | 1.1 | GARP | $8,431.5 | Low | Stratford-upon-Avon | United Kingdom | 4-Jun-06 | Registers |
| 32 | MFS Investment Management | 15,064,288 | 0.27 | (2,322,240) | (13.4) | Core Growth | $120,233.6 | Mod | Boston | United States | 3-Aug-07 | Registers |
| 33 | IXIS Asset Management | 14,971,531 | 0.27 | (2,178,924) | (12.7) | Core Growth | $64,357.9 | High | Paris | France | 14-Jul-07 | Aggr. |
| 34 | Union Investment Group | 14,559,131 | 0.26 | 0 | 0.0 | Core Growth | $58,797.2 | Low | Frankfurt | Germany | 3-Aug-07 | Registers |
| 35 | Allianz Global Investors Kapitalanlagegesellschaft | 13,705,956 | 0.24 | (1,205,632) | (8.1) | GARP | $81,408.2 | High | Frankfurt | Germany | 14-Jul-07 | Aggr. |
| 36 | Pictet & Cie | 13,617,032 | 0.24 | NA | NA | Core Growth | $35,316.8 | Mod | Geneva | Switzerland | 14-Dec-06 | Registers |
| 37 | Newton Investment Management Ltd. | 12,536,228 | 0.22 | 181,759 | 1.5 | Core Growth | $43,928.8 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 38 | INVESCO Asset Management Limited | 12,341,261 | 0.22 | 16,789 | 0.1 | Core Value | $59,186.4 | Mod | Henley-on-Thames | United Kingdom | 30-Apr-07 | Registers |
| 39 | Barclays Global Investors (UK) Ltd. | 11,810,789 | 0.21 | 10,978 | 0.1 | Index | $226,581.4 | Mod | London | United Kingdom | 30-Apr-07 | Aggr. |
| 40 | BAE Systems Pension Funds Investment Management Lt | 11,613,535 | 0.21 | 0 | 0.0 | GARP | $6,518.6 | | London | United Kingdom | 25-Apr-06 | Registers |
| 41 | AXA Framlington Investment Management Ltd. | 11,414,151 | 0.2 | 199,302 | 1.8 | GARP | $45,020.5 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 42 | Brandes Investment Partners, LP | 10,848,665 | 0.19 | 2,520,170 | 30.3 | Core Value | $92,408.1 | Mod | San Diego | United States | 3-Aug-07 | Registers |
| 43 | GMO UK Limited | 10,819,123 | 0.19 | 456,293 | 4.4 | Core Value | $4,115.2 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 44 | British Airways Pensions Investment Management Ltd | 10,739,979 | 0.19 | 1,533,152 | 16.7 | Core Growth | $3,980.4 | | London | United Kingdom | 30-Nov-06 | Registers |
| 45 | BHF Trust Management Gesellschaft für Vermögensver | 10,598,894 | 0.19 | (761,714) | (6.7) | | $6,734.6 | | Frankfurt | Germany | 30-Aug-06 | Registers |
| 46 | College Retirement Equities Fund | 10,516,474 | 0.19 | 693,257 | 7.1 | GARP | $188,099.1 | Low | New York | United States | 3-Aug-07 | Registers |
| 47 | State Street Global Advisors (US) | 10,202,572 | 0.18 | (1,258,772) | (11.0) | Index | $552,289.7 | Low | Boston | United States | 3-Aug-07 | Registers |
| 48 | West Yorkshire Pension Fund | 10,012,627 | 0.18 | (606,000) | (5.7) | | $4,655.9 | | Bradford | United Kingdom | 3-Aug-07 | Registers |
| 49 | Aberdeen Asset Managers Ltd. | 9,709,685 | 0.17 | (1,209,000) | (11.1) | Core Growth | $21,018.9 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 50 | Cazenove Capital Management Limited | 9,620,213 | 0.17 | (81,755) | (0.8) | Core Value | $12,095.8 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 51 | Artemis Investment Management Ltd. | 9,457,447 | 0.17 | 664,419 | 7.6 | GARP | $20,645.2 | Mod | Edinburgh | United Kingdom | 3-Aug-07 | Registers |

1

GlaxoSmithKline Plc - Underlying (GSK.GB) - Ord Gbp0.25

| Rank | Investor Name | Current Position | % O/S | Pos Change | % Change | Style | Equity Assets ($MM) | Turnover | City | Country | Position Date | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | Credit Suisse Asset Management Limited | 9,402,574 | 0.17 | 2,157,815 | 29.8 | GARP | $24,708.6 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 53 | Halbis Capital Management (UK) Limited | 9,258,942 | 0.16 | (1,865,150) | (16.8) | Core Growth | $28,472.4 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 54 | Silchester International Investors Ltd. | 8,680,954 | 0.15 | 0 | 0.0 | Deep Value | $8,374.3 | Low | London | United Kingdom | 25-Apr-06 | Registers |
| 55 | Capital Research & Management Company | 8,615,000 | 0.15 | 1,431,945 | 19.9 | Core Value | $960,167.0 | Low | Los Angeles | United States | 4-Dec-06 | Registers |
| 56 | Coutts & Co. | 8,517,977 | 0.15 | (2,467,182) | (22.5) | GARP | $4,371.5 | High | London | United Kingdom | 30-Aug-06 | Registers |
| 57 | CPP Investment Board | 8,458,103 | 0.15 | 1,266,234 | 17.6 | Index | $38,649.1 | Mod | Toronto | Canada | 30-Nov-06 | Registers |
| 58 | Mondrian Investment Partners Limited | 8,027,803 | 0.14 | 104,053 | 1.3 | Deep Value | $14,428.1 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 59 | Universal-Investment-Gesellschaft mbH | 8,013,535 | 0.14 | 158,081 | 2.0 | Core Growth | $36,476.8 | Low | Frankfurt | Germany | 30-Jun-07 | Aggr. |
| 60 | Gartmore Investment Management p.l.c. | 7,783,823 | 0.14 | 58,147 | 0.8 | Growth | $27,189.7 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 61 | Société Générale Asset Management (France) | 7,699,685 | 0.14 | 7,152,873 | 1,308.1 | Core Growth | $22,576.0 | Mod | Paris | France | 14-Dec-06 | Registers |
| 62 | Liverpool Victoria Asset Management Limited | 7,640,953 | 0.14 | (99,074) | (1.3) | Growth | $3,574.7 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 63 | Kuwait Investment Office | 7,000,000 | 0.12 | 0 | 0.0 | Specialty | $19,397.9 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 64 | RCM (UK) Ltd. | 6,687,271 | 0.12 | 624,000 | 10.3 | Core Growth | $11,293.8 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 65 | Kredietrust Luxembourg S.A. | 6,505,218 | 0.12 | (60,444) | (0.9) | Core Growth | $3,371.7 | High | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 66 | Ontario Teachers' Pension Plan Board | 6,421,301 | 0.11 | (155,912) | (2.4) | Core Value | $17,574.3 | Mod | Toronto | Canada | 3-Aug-07 | Registers |
| 67 | Bernstein Global Wealth Management | 6,358,200 | 0.11 | 6,358,200 | NA | Deep Value | $5,400.5 | High | New York | United States | 3-Aug-07 | Registers |
| 68 | Dexia Asset Management Belgium S.A. | 6,351,214 | 0.11 | 497,567 | 8.5 | GARP | $19,611.8 | Mod | Brussels | Belgium | 3-Aug-07 | Registers |
| 69 | Corus UK Ltd. British Steel Pension Scheme | 6,327,408 | 0.11 | (219,967) | (3.4) | Index | $2,868.8 | High | Paris | France | 3-Aug-07 | Registers |
| 70 | Morgan Stanley Investment Management Ltd. (UK) | 6,301,329 | 0.11 | (78,624) | (1.2) | Core Value | $41,138.5 | Low | London | United Kingdom | 4-Dec-06 | Registers |
| 71 | Mizuho Trust & Banking (Luxembourg) S.A. | 6,291,150 | 0.11 | 130,658 | 2.1 | | $3,670.8 | | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 72 | Wolverhampton Borough Council | 6,271,000 | 0.11 | (485,000) | (7.2) | | $3,158.6 | | Wolverhampton | United Kingdom | 30-Aug-06 | Registers |
| 73 | Natexis Asset Management | 6,255,790 | 0.11 | 576,873 | 10.2 | Core Value | $19,502.6 | Low | Paris | France | 30-Aug-07 | Registers |
| 74 | Morgan Stanley Investment Management (Singapore) | 6,230,736 | 0.11 | (872,496) | (12.3) | Core Growth | $13,589.1 | Mod | Singapore | Singapore | 3-Aug-07 | Registers |
| 75 | Northern Trust Global Investments | 6,113,029 | 0.11 | 4,127,310 | 207.9 | Core Growth | $75,217.7 | Low | Chicago | United States | 30-Nov-06 | Registers |
| 76 | Wesleyan Assurance Society | 6,111,891 | 0.11 | 0 | 0.0 | Core Value | $3,995.7 | Low | Birmingham | United Kingdom | 3-Aug-07 | Registers |
| 77 | AllianceBernstein Ltd. (Value) | 5,991,003 | 0.11 | 2,376,300 | 65.7 | Core Value | $41,457.1 | Mod | London | United Kingdom | 30-Nov-06 | Registers |
| 78 | Dexia Asset Management Luxembourg S.A. | 5,971,951 | 0.11 | 0 | 0.0 | Index | $7,082.2 | Low | Luxembourg | Luxembourg | 31-Mar-07 | Aggr. |
| 79 | Northern Trust Global Investments Europe Ltd. | 5,960,759 | 0.11 | 18,699 | 0.3 | Core Growth | $8,422.0 | High | London | United Kingdom | 30-Nov-06 | Registers |
| 80 | Harris Associates L.P. | 5,952,900 | 0.11 | (10,007,600) | (62.7) | Core Value | $61,832.4 | Mod | Chicago | United States | 30-Aug-07 | Registers |
| 81 | Calyon | 5,881,876 | 0.1 | 5,881,876 | NA | Core Growth | $17,744.6 | Mod | Paris | France | 3-Aug-07 | Registers |
| 82 | The Alliance Trust Plc. | 5,613,766 | 0.1 | (14,442) | (0.3) | Core Value | $8,864.4 | Mod | Dundee | United Kingdom | 3-Aug-07 | Registers |
| 83 | Nordea Investment Management (Denmark) | 5,550,473 | 0.1 | 0 | 0.0 | Core Growth | $17,801.0 | Mod | Copenhagen | Denmark | 3-Aug-07 | Registers |
| 84 | Deka Investment GmbH | 5,463,271 | 0.1 | (277,342) | (4.8) | Core Growth | $48,103.2 | Low | Frankfurt | Germany | 3-Aug-07 | Registers |
| 85 | Liontrust Asset Management PLC | 5,278,549 | 0.09 | (1,451,003) | (21.6) | Core Growth | $7,082.2 | Low | London | United Kingdom | 30-Nov-06 | Registers |
| 86 | Gulf International Bank (UK) Limited | 5,263,410 | 0.09 | 149,100 | 2.9 | Index | $4,373.5 | | London | United Kingdom | 3-Aug-07 | Registers |
| 87 | Mitsubishi UFJ Trust and Banking Corporation | 5,237,865 | 0.09 | (1,146,821) | (18.0) | | $11,382.9 | | Chiyoda-ku (Tokyo) | Japan | 3-Aug-07 | Registers |
| 88 | BNP Paribas Asset Management S.A.S. | 5,218,920 | 0.09 | 1,151,638 | 28.3 | Core Growth | $40,169.8 | Mod | Paris | France | 31-Mar-07 | Aggr. |
| 89 | NewSmith Capital Partners, L.L.P. | 5,209,937 | 0.09 | (1,463,000) | (21.9) | Hedge Fund | $3,115.3 | | London | United Kingdom | 4-Dec-06 | Registers |
| 90 | GAM Ltd. | 5,096,856 | 0.09 | (2,751,438) | (35.1) | Core Value | $11,980.6 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 91 | State Street Global Advisors (Japan) Co., Ltd. | 5,021,500 | 0.09 | 34,522 | 0.7 | | $4,843.4 | Mod | Minato-ku (Tokyo) | Japan | 3-Aug-07 | Registers |
| 92 | Investec Asset Management Ltd. | 4,990,348 | 0.09 | 99,172 | 2.0 | Core Growth | $9,548.4 | Mod | London | United Kingdom | 4-Dec-06 | Registers |
| 93 | Canada Life Ltd. | 4,971,279 | 0.09 | 80,000 | 1.6 | Core Growth | $4,464.2 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 94 | Ilmarinen Mutual Pension Insurance Company | 4,910,000 | 0.09 | 2,015,000 | 69.6 | Core Growth | $4,833.3 | Low | Helsinki | Finland | 24-Apr-06 | Aggr. |
| 95 | Teacher Retirement System of Texas | 4,885,858 | 0.09 | (1,056,100) | (17.8) | GARP | $73,919.8 | High | Austin | United States | 3-Aug-07 | Registers |
| 96 | CAAM SGR S.p.A. | 4,800,189 | 0.08 | 110,680 | 2.4 | GARP | $8,003.9 | | Milan | Italy | 31-Dec-06 | Aggr. |
| 97 | Sumitomo Trust & Banking Co., Ltd. | 4,768,163 | 0.08 | (340,611) | (6.7) | Core Value | $7,268.9 | Mod | Minato-ku (Tokyo) | Japan | 3-Aug-07 | Registers |
| 98 | Lazard Asset Management Ltd. (U.K.) | 4,704,594 | 0.08 | (232,760) | (4.7) | Core Value | $8,669.7 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 99 | British Columbia Investment Management Corp. | 4,649,943 | 0.08 | NA | NA | Index | $36,091.1 | Low | Victoria | Canada | 31-Mar-06 | Other |
| 100 | AXA Rosenberg Investment Management Ltd. | 4,475,420 | 0.08 | 1,732,620 | 63.2 | Core Growth | $20,151.4 | High | London | United Kingdom | 30-Nov-06 | Registers |
| 101 | AllianceBernstein Ltd. (Growth) | 4,399,565 | 0.08 | 216,700 | 5.2 | Core Growth | $4,190.7 | High | London | United Kingdom | 30-Nov-06 | Registers |
| 102 | T. Rowe Price International (UK) Inc. | 4,331,635 | 0.08 | 133,355 | 3.2 | GARP | $15,904.5 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 103 | New Star Asset Management Limited | 4,318,778 | 0.08 | (167,948) | (3.7) | Growth | $15,487.5 | High | London | United Kingdom | 30-Nov-06 | Registers |

2

GlaxoSmithKline Plc - Underlying (GSK.GB) - Ord Gbp0.25

| Rank | Investor Name | Current Position | % O/S | Pos Change | % Change | Style | Equity Assets ($MM) | Turnover | City | Country | Position Date | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | AGF International Advisors Company Ltd. | 4,193,390 | 0.07 | 18,390 | 0.4 | Core Value | $6,934.1 | High | Dublin | Ireland | 31-Mar-07 | Aggr. |
| 105 | AXA Investment Managers Paris | 4,116,416 | 0.07 | (49,023) | (1.2) | Core Growth | $46,824.8 | High | Paris | France | 3-Aug-07 | Registers |
| 106 | Banque de Luxembourg S.A. | 4,112,340 | 0.07 | (74,680) | (1.8) | Core Growth | $1,895.9 | Low | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 107 | Barclays Private Bank (U.K.) | 4,010,167 | 0.07 | 865,731 | 27.5 | Core Growth | $6,096.1 | High | London | United Kingdom | 30-Jun-07 | Aggr. |
| 108 | Kuntien Eläkevakuutus | 3,998,101 | 0.07 | 354,863 | 9.7 | GARP | $5,987.8 | Low | Helsinki | Finland | 30-Sep-06 | Aggr. |
| 109 | CCLA Investment Management Ltd. | 3,952,748 | 0.07 | 0 | 0.0 | Core Value | $3,863.0 | Mod | London | United Kingdom | 30-Nov-06 | Registers |
| 110 | AMF Pension | 3,943,347 | 0.07 | 36,365 | 0.9 | Growth | $14,589.6 | Mod | Stockholm | Sweden | 3-Aug-07 | Registers |
| 111 | TRW Investment Management Company Ltd. | 3,890,837 | 0.07 | (154,072) | (3.8) | Core Growth | $279.5 | Mod | London | United Kingdom | 24-Apr-06 | Registers |
| 112 | Pictet Asset Management UK Ltd. | 3,890,740 | 0.07 | 0 | 0.0 | GARP | $35,589.1 | Mod | London | United Kingdom | 25-Apr-07 | Registers |
| 113 | South Yorkshire Pensions Authority | 3,850,000 | 0.07 | 0 | 0.0 | Core Growth | $2,155.3 | Low | Barnsley | United Kingdom | 31-Jul-07 | Aggr. |
| 114 | INKA-Internationale Kapitalanlagegesellschaft mbH | 3,844,963 | 0.07 | 37,036 | 1.0 | GARP | $16,665.3 | Low | Düsseldorf | Germany | 3-Aug-07 | Registers |
| 115 | Deutsche Asset Management Investmentgesellschaft m | 3,826,237 | 0.07 | 167,823 | 4.6 | Core Growth | $25,986.9 | High | Frankfurt | Germany | 30-Nov-06 | Registers |
| 116 | Co-operative Insurance Society Ltd. | 3,810,521 | 0.07 | 735,001 | 23.9 | Core Growth | $10,963.5 | Low | Manchester | United Kingdom | 30-Jun-07 | Registers |
| 117 | The Boston Company Asset Management, LLC | 3,790,049 | 0.07 | 119,342 | 3.3 | Deep Value | $64,920.5 | High | Boston | United States | 4-Dec-06 | Registers |
| 118 | Abu Dhabi Investment Company | 3,699,119 | 0.07 | 761,427 | 25.9 | GARP | $2,109.8 | Low | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 119 | ING Private Banking (Luxembourg) | 3,696,477 | 0.07 | (22,693) | (0.6) | GARP | $7,096.2 | Mod | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 120 | Eurizon Capital SGR S.p.A. | 3,679,279 | 0.07 | (64,400) | (1.7) | Core Growth | $6,050.8 | Mod | Milan | Italy | 3-Aug-07 | Registers |
| 121 | Aerion Fund Management Ltd. | 3,663,147 | 0.06 | (2,989,429) | (44.9) | GARP | $3,899.4 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 122 | Intesa Sanpaolo S.p.A. | 3,643,570 | 0.06 | 238,998 | 7.0 | Core Growth | $7,856.7 | Mod | Milan | Italy | 3-Aug-07 | Registers |
| 123 | Robeco Institutional Asset Management B.V. | 3,518,895 | 0.06 | 1,097 | 0.0 | Core Growth | $28,598.5 | Low | Rotterdam | Netherlands | 3-Aug-07 | Registers |
| 124 | Indexchange Investment AG | 3,517,155 | 0.06 | 520,751 | 17.4 | Index | $15,617.7 | Mod | Unterföhring | Germany | 30-Nov-06 | Aggr. |
| 125 | Mitsubishi UFJ Asset Management (UK) Ltd. | 3,505,137 | 0.06 | (70,461) | (2.0) | Core Value | $2,267.7 | High | London | United Kingdom | 30-Aug-07 | Registers |
| 126 | SG Asset Management UK Ltd. | 3,474,398 | 0.06 | (8,600) | (0.3) | Growth | $6,308.8 | High | London | United Kingdom | 3-Aug-07 | Registers |
| 127 | Abu Dhabi Investment Company | 3,447,539 | 0.06 | (142,187) | (4.0) | Growth | $5,536.0 | Mod | Abu Dhabi | United Arab Emir | 3-Aug-07 | Registers |
| 128 | Keskinäinen eläkevakuutusyhtiö Varma | 3,431,500 | 0.06 | 0 | 0.0 | Core Growth | $6,040.6 | High | Helsinki | Finland | 25-Apr-06 | Registers |
| 129 | AEGON Investment Management B.V. | 3,316,615 | 0.06 | NA | NA | Core Growth | $10,509.5 | High | The Hague | Netherlands | 30-Jun-05 | Aggr. |
| 130 | Reed Elsevier Pension Investment Management Ltd. | 3,253,000 | 0.06 | (70,000) | (2.1) | Core Value | $1,733.2 | Low | Leeds | United Kingdom | 30-Nov-06 | Aggr. |
| 131 | Rensburg Fund Management Limited | 3,226,133 | 0.06 | 162,500 | 5.3 | Growth | $2,969.3 | Mod | Zurich | Switzerland | 31-Mar-07 | Aggr. |
| 132 | Swisscanto Asset Management AG | 3,200,000 | 0.06 | (123,157) | (3.7) | GARP | $10,542.2 | Low | Toronto | Canada | 31-Dec-06 | Aggr. |
| 133 | Ontario Municipal Employees Retirement System | 3,153,624 | 0.06 | 1,400,000 | 77.8 | Core Value | $8,417.8 | High | Geneva | Switzerland | 30-Aug-06 | Aggr. |
| 134 | Lombard Odier Darier Hentsch & Cie | 3,124,862 | 0.06 | 34,251 | 1.1 | Core Growth | $7,536.8 | High | Milan | Italy | 30-Aug-06 | Registers |
| 135 | Fideuram Investimenti SGR S.p.A. | 3,111,345 | 0.06 | 158,000 | 5.3 | Core Value | $6,304.6 | Mod | Luxembourg | Luxembourg | 3-Aug-07 | Registers |
| 136 | Fortis Banque Luxembourg S.A. | 2,928,761 | 0.05 | (51,799) | (1.6) | Core Value | $777.5 | High | Stockholm | Sweden | 4-Dec-06 | Registers |
| 137 | Swedbank Robur AB | 2,906,104 | 0.05 | (902,324) | (23.6) | Core Growth | $40,462.2 | Mod | Paris | France | 31-Dec-05 | Aggr. |
| 138 | La Mondiale Gestion d'Actifs | 2,899,840 | 0.05 | NA | NA | Growth | $3,823.8 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 139 | HSBC Investments (UK) Limited | 2,886,425 | 0.05 | (19,600) | (0.7) | Core Growth | $2,712.8 | Mod | London | United Kingdom | 30-Nov-06 | Registers |
| 140 | DWS Investment Trust Limited | 2,840,721 | 0.05 | (16,100) | (0.6) | Core Growth | $19,995.1 | Mod | Athens | Greece | 30-Aug-06 | Registers |
| 141 | ING Mutual Fund Management S.A. | 2,829,931 | 0.05 | (135,248) | (4.5) | Growth | $823.7 | Mod | Boston | United States | 12-Mar-07 | Aggr. |
| 142 | Putnam Investment Management, L.L.C. | 2,825,000 | 0.05 | (8,608) | (0.3) | Core Growth | $98,543.7 | Mod | Matlock | United Kingdom | 24-Apr-06 | Registers |
| 143 | Derbyshire County Council Pension Fund | 2,817,996 | 0.05 | 0 | 0.0 | Core Value | $1,637.7 | High | Paris | France | 3-Aug-07 | Registers |
| 144 | CM-CIC Asset Management | 2,807,420 | 0.05 | 234,460 | 9.1 | Growth | $10,410.2 | Low | London | United Kingdom | 3-Aug-07 | Registers |
| 145 | Abbey National Asset Managers Ltd. | 2,769,100 | 0.05 | 1,403,710 | 100.0 | Core Growth | $3,830.1 | High | Milan | Italy | 31-Dec-06 | Aggr. |
| 146 | Azimut SGR S.p.A. | 2,752,869 | 0.05 | 2,455,700 | 783.6 | Core Growth | $7,279.4 | Mod | London | United Kingdom | 3-Aug-07 | Registers |
| 147 | Henderson Global Investors Ltd. | 2,691,800 | 0.05 | (43,269) | (1.6) | Core Growth | $34,112.0 | Mod | Chiyoda-ku (Tokyo) | Japan | 3-Aug-07 | Registers |
| 148 | Mizuho Trust & Banking Co., Ltd. | 2,651,764 | 0.05 | (344,951) | (11.4) | Deep Value | $2,206.0 | Mod | Plainsboro | United States | 3-Aug-07 | Registers |
| 149 | BlackRock Investment Management, LLC | 2,640,761 | 0.05 | 155,100 | 6.2 | GARP | $113,855.7 | Mod | Stockholm | Sweden | 30-Nov-06 | Registers |
| 150 | Första AP-Fonden | 2,631,200 | 0.05 | (627,500) | (19.3) | GARP | $16,965.0 | Mod | Boston | United States | 24-Apr-06 | Registers |
| 151 | Columbia Management Advisors, Inc. | 2,605,783 | 0.05 | (12,126) | (0.5) | Core Value | $115,488.4 | Mod | Milan | Italy | 14-Dec-06 | Registers |
| 152 | RAS Asset Management SGR S.p.A. | 2,604,986 | 0.05 | (72,622) | (2.7) | GARP | $4,391.2 | Mod | Zurich | Switzerland | 3-Aug-07 | Registers |
| 153 | Julius Bär Asset Management AG | 2,600,000 | 0.05 | 0 | 0.0 | | $7,730.8 | | Middlesbrough | United Kingdom | 3-Aug-07 | Registers |
| 154 | Middlesbrough Borough Council | 2,600,000 | 0.05 | 0 | 0.0 | GARP | $1,497.6 | | Paris | France | 30-Jun-07 | Aggr. |
| 155 | Fortis Investments France | 2,591,919 | 0.05 | | | | $9,011.4 | Mod | | | | |

3