UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,<br><br>　　　　　　　　Defendants. | **FILED ELECTRONICALLY**<br><br>07 Civ. 5574 (LLS) |

**THIRD DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE CITY OF TALLAHASSEE PENSION PLAN'S REPLY MEMORANDUM OF LAW TO THE GERMAN INVESTORS' GROUP AND THE UK GROUP'S OPPOSITION BRIEFS**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1. I am associated with the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to practice before this Court. I respectfully submit this Declaration in support of the reply memorandum of law to the German Investors' Group and the UK Group's opposition briefs.

2. Attached hereto are true copies of the following documents:

   A. Exhibit A, Chart setting forth Tallahassee's losses during the Class Period in GSK securities on a Net-Net basis; and

   B. Exhibit B, Chart setting forth Tallahassee's losses during the Class Period in GSK securities on a LIFO basis.

Dated: September 7, 2007

_____s/ Jeffrey P. Campisi_____

JEFFREY P. CAMPISI

**EXHIBIT A**

| SECURITY NAME | TRANSACTION TYPE | TRADE DATE | QUANTITY | PRICE PER SHARE | TOTAL COSTS OR PROCEEDS | TOTAL ESTIMATED LOSSES |
|---|---|---|---|---|---|---|
| CITY OF TALLAHASSEE PENSION PLAN / GlaxoSmithKline PLC - Estimated Losses (Net-Net) / Class period: October 27, 2005 and May 21, 2007 | | | | | | |
| GLAXOSMITHKLINE | HOLDINGS | as of 10/26/05 | 53,600 | | | |
| GLAXOSMITHKLINE | BUY | 01/20/06 | 900 | $25.3868 | $22,848.15 | |
| GLAXOSMITHKLINE | BUY | 02/01/06 | 1,071 | $25.3642 | $27,165.07 | |
| GLAXOSMITHKLINE | BUY | 02/16/06 | 572 | $25.4467 | $14,555.53 | |
| GLAXOSMITHKLINE | BUY | 08/24/06 | 2,000 | $27.1919 | $54,383.71 | |
| GLAXOSMITHKLINE | BUY | 08/25/06 | 1,100 | $27.1915 | $29,910.66 | |
| GLAXOSMITHKLINE | BUY | 08/29/06 | 2,473 | $27.7912 | $68,727.53 | |
| GLAXOSMITHKLINE | BUY | 08/29/06 | 180 | $27.8014 | $5,004.25 | |
| GLAXOSMITHKLINE | BUY | 09/04/06 | 2,004 | $28.3965 | $56,906.67 | |
| GLAXOSMITHKLINE | BUY | 09/05/06 | 178 | $28.0381 | $4,990.78 | |
| GLAXOSMITHKLINE | BUY | 09/05/06 | 1,967 | $28.0179 | $55,111.13 | |
| GLAXOSMITHKLINE | BUY | 09/06/06 | 1,840 | $27.8164 | $51,182.21 | |
| GLAXOSMITHKLINE | BUY | 09/07/06 | 300 | $27.3918 | $8,217.54 | |
| GLAXOSMITHKLINE | BUY | 09/18/06 | 2,832 | $27.5680 | $78,072.69 | |
| GLAXOSMITHKLINE | BUY | 09/19/06 | 826 | $26.9718 | $22,278.67 | |
| GLAXOSMITHKLINE | BUY | 09/19/06 | 1,200 | $27.2197 | $32,663.64 | |
| GLAXOSMITHKLINE | BUY | 09/20/06 | 950 | $27.0097 | $25,659.18 | |
| GLAXOSMITHKLINE | BUY | 09/25/06 | 966 | $27.0163 | $26,097.79 | |
| GLAXOSMITHKLINE | BUY | 09/29/06 | 900 | $26.5661 | $23,909.50 | |
| GLAXOSMITHKLINE | BUY | 10/02/06 | 23,000 | $27.1064 | $623,448.17 | |
| GLAXOSMITHKLINE | BUY | 10/03/06 | 33,500 | $27.3854 | $917,411.50 | |
| GLAXOSMITHKLINE | BUY | 10/09/06 | 14,200 | $27.2044 | $386,302.45 | |
| GLAXOSMITHKLINE | BUY | 03/08/07 | 900 | $27.9472 | $25,152.47 | |
| GLAXOSMITHKLINE | BUY | 03/16/07 | 900 | $27.2750 | $24,547.52 | |
| GLAXOSMITHKLINE | BUY | 04/13/07 | 3,600 | $28.9411 | $104,187.82 | |
| | | | 98,359 | | $2,688,734.64 | |
| GLAXOSMITHKLINE | SELL | 11/15/05 | 4,600 | $26.3767 | $121,332.62 | |
| GLAXOSMITHKLINE | SELL | 11/16/05 | 13,900 | $25.7883 | $358,458.00 | |
| GLAXOSMITHKLINE | SELL | 11/18/05 | 3,100 | $25.4589 | $78,922.47 | |
| GLAXOSMITHKLINE | SELL | 11/18/05 | 800 | $25.5655 | $20,452.40 | |
| GLAXOSMITHKLINE | SELL | 11/21/05 | 2,000 | $24.5890 | $49,177.93 | |
| GLAXOSMITHKLINE | SELL | 03/22/06 | 16,800 | $27.0112 | $453,788.23 | |
| GLAXOSMITHKLINE | SELL | 03/22/06 | 5,100 | $26.8705 | $137,039.44 | |
| GLAXOSMITHKLINE | SELL | 03/23/06 | 9,843 | $26.6196 | $262,016.67 | |
| GLAXOSMITHKLINE | SELL | 11/13/06 | 3,354 | $26.0359 | $87,324.28 | |
| GLAXOSMITHKLINE | SELL | 11/14/06 | 1,276 | $25.7452 | $32,850.86 | |
| GLAXOSMITHKLINE | SELL | 11/15/06 | 3,082 | $25.8135 | $79,557.22 | |
| GLAXOSMITHKLINE | SELL | 11/16/06 | 4,251 | $25.8636 | $109,946.01 | |
| GLAXOSMITHKLINE | SELL | 11/17/06 | 3,782 | $25.9683 | $98,212.10 | |
| GLAXOSMITHKLINE | SELL | 11/20/06 | 3,339 | $25.9823 | $86,754.82 | |
| GLAXOSMITHKLINE | SELL | 11/21/06 | 632 | $25.8285 | $16,323.60 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 8,295 | $27.3711 | $227,043.26 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 722 | $27.4992 | $19,854.45 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 15,683 | $27.4992 | $431,270.61 | |
| | | | 100,559 | | $2,670,324.97 | $18,409.68 |

**EXHIBIT B**

**CITY OF TALLAHASSEE PENSION PLAN**
**GlaxoSmithKline PLC - Estimated Losses (LIFO)**
**Class period: October 27, 2005 and May 21, 2007**

| SECURITY NAME | TRANSACTION TYPE | TRADE DATE | QUANTITY | PRICE PER SHARE | TOTAL COSTS OR PROCEEDS | TOTAL ESTIMATED LOSSES |
|---|---|---|---|---|---|---|
| GLAXOSMITHKLINE | HOLDINGS | as of 10/26/05 | 53,600 | | | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 2,200 | $27.4992 | | |
| GLAXOSMITHKLINE | RETAINED* | | 51,400 | $25.8154 | | |
| | | | 53,600 | | | |
| GLAXOSMITHKLINE | BUY | 04/13/07 | 3,600 | $28.9411 | $104,187.82 | |
| GLAXOSMITHKLINE | BUY | 03/16/07 | 900 | $27.2750 | $24,547.52 | |
| GLAXOSMITHKLINE | BUY | 03/08/07 | 900 | $27.9472 | $25,152.47 | |
| GLAXOSMITHKLINE | BUY | 10/09/06 | 14,200 | $27.2044 | $386,302.45 | |
| GLAXOSMITHKLINE | BUY | 10/03/06 | 33,500 | $27.3854 | $917,411.50 | |
| GLAXOSMITHKLINE | BUY | 10/02/06 | 23,000 | $27.1064 | $623,448.17 | |
| GLAXOSMITHKLINE | BUY | 09/29/06 | 900 | $26.5661 | $23,909.50 | |
| GLAXOSMITHKLINE | BUY | 09/25/06 | 966 | $27.0163 | $26,097.79 | |
| GLAXOSMITHKLINE | BUY | 09/20/06 | 950 | $27.0097 | $25,659.18 | |
| GLAXOSMITHKLINE | BUY | 09/19/06 | 1,200 | $27.2197 | $32,663.64 | |
| GLAXOSMITHKLINE | BUY | 09/19/06 | 826 | $26.9718 | $22,278.67 | |
| GLAXOSMITHKLINE | BUY | 09/18/06 | 2,832 | $27.5680 | $78,072.69 | |
| GLAXOSMITHKLINE | BUY | 09/07/06 | 300 | $27.3918 | $8,217.54 | |
| GLAXOSMITHKLINE | BUY | 09/06/06 | 1,840 | $27.8164 | $51,182.21 | |
| GLAXOSMITHKLINE | BUY | 09/05/06 | 1,967 | $28.0179 | $55,111.13 | |
| GLAXOSMITHKLINE | BUY | 09/05/06 | 178 | $28.0381 | $4,990.78 | |
| GLAXOSMITHKLINE | BUY | 09/04/06 | 2,004 | $28.3965 | $56,906.67 | |
| GLAXOSMITHKLINE | BUY | 08/29/06 | 2,473 | $27.7912 | $68,727.53 | |
| GLAXOSMITHKLINE | BUY | 08/29/06 | 180 | $27.8014 | $5,004.25 | |
| GLAXOSMITHKLINE | BUY | 08/25/06 | 1,100 | $27.1915 | $29,910.66 | |
| GLAXOSMITHKLINE | BUY | 08/24/06 | 2,000 | $27.1919 | $54,383.71 | |
| GLAXOSMITHKLINE | BUY | 02/16/06 | 572 | $25.4467 | $14,555.53 | |
| GLAXOSMITHKLINE | BUY | 02/01/06 | 1,071 | $25.3642 | $27,165.07 | |
| GLAXOSMITHKLINE | BUY | 01/20/06 | 900 | $25.3868 | $22,848.15 | |
| | | | 98,359 | | $2,688,734.64 | |
| GLAXOSMITHKLINE | SELL | 11/15/05 | 4,600 | $26.3767 | $121,332.62 | |
| GLAXOSMITHKLINE | SELL | 11/16/05 | 13,900 | $25.7883 | $358,458.00 | |
| GLAXOSMITHKLINE | SELL | 11/18/05 | 3,100 | $25.4589 | $78,922.47 | |
| GLAXOSMITHKLINE | SELL | 11/18/05 | 800 | $25.5655 | $20,452.40 | |
| GLAXOSMITHKLINE | SELL | 11/21/05 | 2,000 | $24.5890 | $49,177.93 | |
| GLAXOSMITHKLINE | SELL | 03/22/06 | 16,800 | $27.0112 | $453,788.23 | |
| GLAXOSMITHKLINE | SELL | 03/22/06 | 5,100 | $26.8705 | $137,039.44 | |
| GLAXOSMITHKLINE | SELL | 03/23/06 | 9,843 | $26.6196 | $262,016.67 | |
| GLAXOSMITHKLINE | SELL | 11/13/06 | 3,354 | $26.0359 | $87,324.28 | |
| GLAXOSMITHKLINE | SELL | 11/14/06 | 1,276 | $25.7452 | $32,850.86 | |
| GLAXOSMITHKLINE | SELL | 11/15/06 | 3,082 | $25.8135 | $79,557.22 | |
| GLAXOSMITHKLINE | SELL | 11/16/06 | 4,251 | $25.8636 | $109,946.01 | |
| GLAXOSMITHKLINE | SELL | 11/17/06 | 3,782 | $25.9683 | $98,212.10 | |
| GLAXOSMITHKLINE | SELL | 11/20/06 | 3,339 | $25.9823 | $86,754.82 | |
| GLAXOSMITHKLINE | SELL | 11/21/06 | 632 | $25.8285 | $16,323.60 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 8,295 | $27.3711 | $227,043.26 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 722 | $27.4992 | $19,854.45 | |
| GLAXOSMITHKLINE | SELL | 03/30/07 | 13,483 | $27.4992 | $370,772.28 | |
| | | | 98,359 | | $2,609,826.63 | $78,908.01 |

*average share price that is subject to change.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 7, 2007, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on September 7, 2007.

                                                         /s/    Jeffrey P. Campisi
                                                                 Jeffrey P. Campisi

September 7, 2007