UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE PLC, et al.,<br><br>                  Defendants. | Civil Action No. 1:07-cv-05574-LLS<br><br>CLASS ACTION<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 12, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

/S/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

That on September 12, 2007, declarant served the NOTICE OF FIRM NAME CHANGE by depositing a true copy thereof in a United States mailbox at Melville, New York in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of September, 2007, at Melville, New York.


/S/ Samuel H. Rudman
SAMUEL H. RUDMAN

GLAXOSMITHKLINE 07
Service List - 9/12/2007    (07-0160)
Page 1 of 1

**Counsel For Defendant(s)**

Jean-Pierre Garnier
Julian Heslop
GlaxoSmithKline plc
One Franklin Plaza
Philadelphia, PA 19101
   215/751-4638
   919/315-3344 (Fax)

Kenneth J. King
Pepper Hamilton LLP
420 Lexington Avenue, Suite 2320
New York, NY 10170-2399
   212/808-2700
   212/286-9806 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Darren J. Robbins
Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423 (Fax)

Frederic S. Fox
Hae Sung Nam
Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
   212/687-1980
   212/687-7714 (Fax)