UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all    :    CIVIL ACTION
other similarly situated,                                              :
                                                                                      :
                                        Plaintiff,                           :
                                                                                      :
            v.                                                                     :    NO. 07-CIV-5574
                                                                                      :
                                                                                      :
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre       :
Garnier, and Julian Heslop,                                     :
                                                                                      :
                                        Defendants.                     :
-------------------------------------------------------------X

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    GRANT & EISENHOFER P.A.           KAPLAN FOX & KILSHEIMER LLP
       Jay W. Eisenhofer (JE-5503)        Frederic S. Fox
       Sidney S. Liebesman (SL-8444)      Joel B. Strauss
       485 Lexington Avenue               Donald R. Hall
       29th Floor                    Hae Sung Ham
       New York, NY  10017                Jeffrey P. Campisi
                                          850 Third Avenue, 14th Floor
                                          New York, NY  10022

       MOTLEY RICE LLC                    GLOBAL EXPANSION GROUP
       Joseph F. Rice                     Alexander Reus
       Ann K. Ritter                      Diaz Reus Rolff & Targ LLP
       P.O. Box 1782 (29465)              Bank of America Tower at International Pl.
       28 Bridgeside Blvd.                100 SE Second Street, Suite 2610
       Mount Pleasant, SC  29465          Miami, FL  33131

       STURMAN LLC                        LERACH COUGHLIN STOIA GELLER
       Deborah Sturman                    RUDMAN & ROBBINS LLP
       112 Madison Avenue                 David A. Rosenfeld
       7th Floor                     Samuel H. Rudman
       New York, NY  10016                58 South Service Road, Suite 200
                                          Melville, NY  11747

PLEASE TAKE NOTICE that, upon the annexed Affirmation in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the

Honorable Louis L. Stanton at the United States District Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Gay Parks Rainville, a member of the law firm of Pepper Hamilton LLP and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Ms. Rainville in any state or federal court.

Dated: New York, New York
September 11, 2007

Respectfully submitted,

/s/

Kenneth J. King
PEPPER HAMILTON LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
kingk@pepperlaw.com
(212) 808-2700

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all         :   CIVIL ACTION
other similarly situated,                                         :
                                                                              :
                                    Plaintiff,                        :
                  v.                                                     :   NO. 07-CIV-5574
                                                                              :
                                                                              :
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre        :
Garnier, and Julian Heslop,                                  :
                                                                              :
                                    Defendants.                  :
------------------------------------------------------------X

### AFFIRMATION OF KENNETH J. KING
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF NEW YORK    )
                                              ) ss:
COUNTY OF NEW YORK  )

      KENNETH J. KING, being duly sworn, hereby deposes and says as follows:

      1.    I am an attorney admitted to practice in the State of New York. I am a partner with the law firm of Pepper Hamilton LLP, counsel for defendants in the above-captioned matter.

      2.    I make this Affirmation in support of the motion for the admission of Gay Parks Rainville to practice *pro hac vice* in the above-captioned matter.

      3.    Ms. Rainville is a partner with the law firm of Pepper Hamilton LLP. As shown in the Certificate of Good Standing annexed to her Affidavit appended hereto, Ms. Rainville is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

      4.    There are no pending disciplinary proceedings against Ms. Rainville in any State or Federal court.

5.  It is respectfully requested that the Court grant the motion for an order permitting Gay Parks Rainville to appear in this action as counsel for defendants for all purposes *pro hac vice*. A proposed order for Ms. Rainville's admission *pro hac vice* is appended hereto.

Dated: New York, New York
September 11, 2007

Respectfully submitted,

*/s/ Kenneth J. King*

Kenneth J. King
PEPPER HAMILTON LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
kingk@pepperlaw.com
(212) 808-2700

Attorneys for Defendants

Sworn to before me this
11th day of September, 2007

*/s/ Michael Palitz*

Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Leon D. Borochoff, on behalf of himself and all other similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 07-CIV-5574 |
| | : | |
| GLAXOSMITHKLINE PLC, Dr. Jean-Pierre Garnier, and Julian Heslop, | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF GAY PARKS RAINVILLE
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss:
COUNTY OF PHILADELPHIA          )

GAY PARKS RAINVILLE, being duly sworn, hereby deposes and says:

1. I am a partner with the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103.

2. I make this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

*[signature]*
Gay Parks Rainville
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
rainvilleg@pepperlaw.com
(215) 981-4000

Dated:  September 7, 2007                Attorneys for Defendants

Sworn to before me this
7[h] day of September, 2007

*[signature]*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
CINDY L. EISENHAUER, Notary Public
  City of Philadelphia, Phila. County
My Commission Expires September 19, 2009
```

Page 2 of 2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Gay Parks Rainville, Esq.**

DATE OF ADMISSION

**November 15, 1988**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 22, 2007

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all : CIVIL ACTION
other similarly situated, :
 :
                          Plaintiff, :
      v. : NO. 07-CIV-5574
 :
 :
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre :
Garnier, and Julian Heslop, :
 :
                        Defendants. :
-------------------------------------------------------------X

## ADMISSION TO PRACTICE PRO HAC VICE

       The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Gay Parks Rainville, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

       An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

       The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

                                                                Louis L. Stanton
Dated:                                        United States District Judge

cc:      Gay Parks Rainville
           Court File

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all    :    CIVIL ACTION
other similarly situated,                          :
                                                   :
                         Plaintiff,                :
              v.                                   :    NO. 07-CIV-5574
                                                   :
                                                   :    AFFIDAVIT OF SERVICE
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre               :
Garnier, and Julian Heslop,                        :
                                                   :
                         Defendants.               :
-------------------------------------------------------------X
STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )
```

The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

That, on the 11th day of September, 2007, she caused to be served the within NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, AFFIDAVIT OF GAY PARKS RAINVILLE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, and the AFFIRMATION OF KENNETH J. KING IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, by first class mail upon:

| | |
|---|---|
| GRANT & EISENHOFER P.A.<br>Jay W. Eisenhofer (JE-5503)<br>Sidney S. Liebesman (SL-8444)<br>485 Lexington Avenue<br>29th Floor<br>New York, NY  10017 | KAPLAN FOX & KILSHEIMER LLP<br>Frederic S. Fox<br>Joel B. Strauss<br>Donald R. Hall<br>Hae Sung Ham<br>Jeffrey P. Campisi<br>850 Third Avenue, 14th Floor<br>New York, NY  10022 |
| MOTLEY RICE LLC<br>Joseph F. Rice<br>Ann K. Ritter<br>P.O. Box 1782 (29465)<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC  29465 | GLOBAL EXPANSION GROUP<br>Alexander Reus<br>Diaz Reus Rolff & Targ LLP<br>Bank of America Tower at International Pl.<br>100 SE Second Street, Suite 2610<br>Miami, FL  33131 |
| STURMAN LLC<br>Deborah Sturman<br>112 Madison Avenue<br>7th Floor<br>New York, NY  10016 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>David A. Rosenfeld<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY  11747 |

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Marie Ramos

Sworn to before me this
11th day of September, 2007

_____
Notary Public

MICHAEL PAUTZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009