UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all : CIVIL ACTION
other similarly situated,                        :
                                                 :
                           Plaintiff,            :
                v.                               : NO. 07-CIV-5574
                                                 :
                                                 :
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre             :
Garnier, and Julian Heslop,                      :
                                                 :
                           Defendants.           :
-----------------------------------------------------------X

## DEFENDANTS' MEMORANDUM REGARDING
## THE COURT'S APPOINTMENT OF LEAD PLAINTIFF

Defendants GlaxoSmithKline plc ("GSK"), Dr. Jean-Pierre Garnier, and Julian Heslop,[1] respectfully submit this memorandum regarding the Court's appointment of lead plaintiff pursuant to the Private Securities Litigation Reform Act ("PSLRA"). The PSLRA does not require defendants to weigh in on the question of who should serve as lead plaintiff, and defendants do not take a position on this issue. Nor, given the current procedural posture, is this the appropriate time for defendants to submit their positions regarding some of the important potential substantive issues that have been noted in the lead plaintiff applicants' respective briefing. Accordingly, defendants' silence should not be construed as a waiver of their rights to challenge the ultimate lead plaintiff's adequacy to serve as class representative, contest the procedural, jurisdictional and substantive validity of any lead plaintiff's claims on any ground, or oppose certification of a class in this action. *See, e.g., Koppel v. 4987 Corp.*, 1999 WL 608783, at *8 (S.D.N.Y. Aug. 11, 1999) (recognizing that defendants' decision not to take a position on

---

[1] To date, defendant GlaxoSmithKline plc has not been properly served in this action and, therefore, reserves its right to seek dismissal on this and other grounds.

-2-

lead plaintiff issue did "not prejudice defendants' capacity to contest plaintiff's adequacy on a motion for class certification"). Nonetheless, in an abundance of caution, defendants submit this memorandum to expressly preserve their rights to litigate these important issues at the appropriate (later) stages of these proceedings.

Dated: New York, New York
September 13, 2007

              Respectfully submitted,

              Kenneth J. King /smo
              Kenneth J. King
              PEPPER HAMILTON LLP
              420 Lexington Avenue, Suite 2320
              New York, NY  10170-2399
              kingk@pepperlaw.com
              (212) 808-2700

              Attorneys for Defendants