UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Leon D. Borochoff, on behalf of himself and all  :    CIVIL ACTION
other similarly situated,     :

     :

     Plaintiff,    :

     v.    :    NO. 07-CIV-5574

     :

     :    AFFIDAVIT OF SERVICE

GLAXOSMITHKLINE PLC, Dr. Jean-Pierre  :
Garnier, and Julian Heslop,    :

     :

     Defendants.    :

------------------------------------------------------------X

STATE OF NEW YORK    )
      )ss.:
COUNTY OF NEW YORK  )

      The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

      That, on the 13th day of September, 2007, she caused to be served the within DEFENDANTS' MEMORANDUM REGARDING THE COURT'S APPOINTMENT OF LEAD PLAINTIFF, by first class mail upon:

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JE-5503)
Sidney S. Liebesman (SL-8444)
485 Lexington Avenue
29th Floor
New York, NY  10017

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Hae Sung Ham
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY  10022

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P.O. Box 1782 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC  29465

GLOBAL EXPANSION GROUP
Alexander Reus
Diaz Reus Rolff & Targ LLP
Bank of America Tower at International Pl.
100 SE Second Street, Suite 2610
Miami, FL  33131

STURMAN LLC
Deborah Sturman
112 Madison Avenue
7th Floor
New York, NY  10016

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
David A. Rosenfeld
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY  11747

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

Melissa Heyward

Sworn to before me this
13th day of September, 2007

Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009