UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  vs.<br><br>GLAXOSMITHKLINE PLC, et al.,<br><br>             Defendants. | Civil Action No. 1:07-cv-05574-LLS<br><br><u>CLASS ACTION</u><br><br>THE U.K. PENSION FUNDS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |

The U.K. Pension Funds hereby respectfully submit this notice of supplemental authority to apprise the Court of *In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 2007 U.S. Dist. LEXIS 67173, at *87-*89 (S.D.N.Y. Sept. 4, 2007) (Conner, J.) (attached hereto as Ex. A). *Flag Telecom* supports the U.K. Pension Funds' argument that under the "conduct test," the Court has "subject matter jurisdiction to adjudicate claims involving shares purchased" on the London Stock Exchange. *See id.*

DATED: September 19, 2007

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\GlaxoSmithKline\NOT00045708-Authority.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2007.

                                        s/ David A. Rosenfeld
                                        DAVID A. ROSENFELD

                                        COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)

                                        E-mail:  DRosenfeld@csgrr.com

# Mailing Information for a Case 1:07-cv-05574-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Kenneth J. King**
  kingk@pepperlaw.com

- **Sidney Stephen Liebesman**
  sliebesman@gelaw.com,rwittman@gelaw.com

- **Hae Sung Nam**
  hnam@kaplanfox.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gay Parks Rainville
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
```