UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
LEON D. BOROCHOFF, On Behalf of : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: NOTICE OF MOTION AND MOTION TO
vs. : ADMIT COUNSEL, RAMZI ABADOU, *PRO*
: *HAC VICE*
GLAXOSMITHKLINE PLC, et al., :
:
Defendants. :
——————————————————— x

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed hereto, we will move this Court before the Honorable Louis L. Stanton at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Ramzi Abadou, an associate of the firm Coughlin Stoia Geller Rudman & Robbins LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against applicant in any state or federal court.

DATED: September 21, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

/s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
LEON D. BOROCHOFF, On Behalf of         : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
                                        : CLASS ACTION
            Plaintiff,                  :
                                        : AFFIDAVIT OF SAMUEL H. RUDMAN IN
vs.                                     : SUPPORT OF MOTION TO ADMIT
                                        : COUNSEL, RAMZI ABADOU, *PRO HAC*
GLAXOSMITHKLINE PLC, et al.,            : *VICE*
                                        :
            Defendants.                 :
                                        :
——————————————————————— x

State of New York     )
                      )
County of Melville    )

       I, Samuel H. Rudman, hereby affirms as follows:

       1.       I am an attorney duly admitted to practice before the courts of the State of New York and before the United States District Court for the Southern District of New York, among others, I am a member of the law firm Coughlin Stoia Geller Rudman & Robbins LLP, counsel for proposed lead plaintiff in this action. I submit this affirmation in support of the Motion to Admit Counsel, Ramzi Abadou, *Pro Hac Vice* in the above-captioned matter.

       2.       Ramzi Abadou, of the San Diego office of Coughlin Stoia Geller Rudman & Robbins LLP is a member of the bar in good standing in every jurisdiction where he has been admitted to practice. Annexed hereto is a copy of Ramzi Abadou's certificate of standing from the State Bar of California.

       3.       There are no pending disciplinary proceedings against Ramzi Abadou in any state or federal court.

       4.       Ramzi Abadou has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York.

- 2 -

5.  Wherefore your affiant respectfully submits that Ramzi Abadou be permitted to appear as counsel and advocate *pro hac vice* in these related actions.

_____
SAMUEL H. RUDMAN

State of New York  )

County of New York )

Subscribed and sworn to before me, this 21 day of September, 2007.

_____
NOTARY PUBLIC

**KELLY A. STADELMANN**
Notary Public, State Of New York
No. 01ST6047260
Qualified In Nassau County
Commission Expires August 26, 2010

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAMZI ABADOU, #222567 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on September 21, 2007, I caused a true and correct copy of the attached:

NOTICE OF MOTION FOR MOTION TO ADMIT COUNSEL, RAMZI ABADOU, *PRO HAC VICE* AND SUPPORTING PAPERS

to be served via United States mail on all counsel listed on the attached service list.

_____
Kelly Stadelmann

GLAXOSMITHKLINE 07

Service List - 9/12/2007    (07-0160)
Page 1 of 1

**Counsel For Defendant(s)**

Jean-Pierre Garnier
Julian Heslop
GlaxoSmithKline plc
One Franklin Plaza
Philadelphia, PA 19101
  215/751-4638
  919/315-3344(Fax)

Kenneth J. King
Pepper Hamilton LLP
420 Lexington Avenue, Suite 2320
New York, NY 10170-2399
  212/808-2700
  212/286-9806(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173(Fax)

Darren J. Robbins
Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Frederic S. Fox
Hae Sung Nam
Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
  212/687-1980
  212/687-7714(Fax)