MEMORANDUM ENDORSED

SCANNED

29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Leon D. Borochoff, on behalf of himself and all
other similarly situated,

                      Plaintiff,

    v.

GLAXOSMITHKLINE PLC, Dr. Jean-Pierre
Garnier, and Julian Heslop,

                    Defendants.
------------------------------------------------------------X

CIVIL ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

NO. 07-CIV-5574 (LLS)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

TO:    GRANT & EISENHOFER P.A.
          Jay W. Eisenhofer (JE-5503)
          Sidney S. Liebesman (SL-8444)
          485 Lexington Avenue
          29th Floor
          New York, NY 10017

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Hae Sung Ham
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P.O. Box 1782 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465

GLOBAL EXPANSION GROUP
Alexander Reus
Diaz Reus Rolff & Targ LLP
Bank of America Tower at International Pl.
100 SE Second Street, Suite 2610
Miami, FL 33131

STURMAN LLC
Deborah Sturman
112 Madison Avenue
7th Floor
New York, NY 10016

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
David A. Rosenfeld
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747

Granted. No opposition.
So Ordered.
Louis L. Stanton
9/25/07

PLEASE TAKE NOTICE that, upon the annexed Affirmation in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the

Honorable Louis L. Stanton at the United States District Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Gay Parks Rainville, a member of the law firm of Pepper Hamilton LLP and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Ms. Rainville in any state or federal court.

Dated: New York, New York
September 11, 2007

Respectfully submitted,

Kenneth J. King
PEPPER HAMILTON LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
kingk@pepperlaw.com
(212) 808-2700

Attorneys for Defendants