IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, on behalf of Himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,<br><br>       Defendants. | CIVIL ACTION<br>NO.: 1:07-CV-5574-LLS<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |

TO THE CLERK OF THE COURT:

  Please take notice that the law firm address of Kenneth J. King, counsel for Defendants GlaxoSmithKline PLC, Dr. Jean-Pierre Garnier, and Julian Heslop, has changed. My new firm address information is:

  **Kenneth J. King**
  **Pepper Hamilton LLP**
  **620 Eighth Avenue**
  **New York, NY 10018**
  **(212) 808-2700**
  <u>**kingk@pepperlaw.com**</u>

Date: October 2, 2007

                Respectfully Submitted,

                _____
                Kenneth J. King (KK 3567)
                Pepper Hamilton LLP
                620 Eighth Avenue
                New York, NY 10018
                (212) 808-2700

                Attorneys for Defendants