**MEMORANDUM ENDORSED**

SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all : CIVIL ACTION
other similarly situated, :
:
: 
Plaintiff, :
v. : NO. 07-CIV-5574 (LLS)
:
: 34
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre :
Garnier, and Julian Heslop, :
:
Defendants. :
------------------------------------------------------------X

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    GRANT & EISENHOFER P.A.          KAPLAN FOX & KILSHEIMER LLP
       Jay W. Eisenhofer (JE-5503)       Frederic S. Fox
       Sidney S. Liebesman (SL-8444)     Joel B. Strauss
       485 Lexington Avenue              Donald R. Hall
       29th Floor                        Hae Sung Ham
       New York, NY 10017                Jeffrey P. Campisi
                                         850 Third Avenue, 14th Floor
                                         New York, NY 10022

       MOTLEY RICE LLC                   GLOBAL EXPANSION GROUP
       Joseph F. Rice                    Alexander Reus
       Ann K. Ritter                     Diaz Reus Rolff & Targ LLP
       P.O. Box 1782 (29465)             Bank of America Tower at International Pl.
       28 Bridgeside Blvd.               100 SE Second Street, Suite 2610
       Mount Pleasant, SC 29465          Miami, FL 33131

       STURMAN LLC                       LERACH COUGHLIN STOIA GELLER
       Deborah Sturman                   RUDMAN & ROBBINS LLP
       112 Madison Avenue                David A. Rosenfeld
       7th Floor                         Samuel H. Rudman
       New York, NY 10016                58 South Service Road, Suite 200
                                         Melville, NY 11747

PLEASE TAKE NOTICE that, upon the annexed Affirmation in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before

*Granted: No opposition. So Ordered.*
*Louis L. Stanton*
*10/9/07*

the Honorable Louis L. Stanton at the United States District Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Michael E. Baughman, a member of the law firm of Pepper Hamilton LLP and a member in good standing of the Bars of the Commonwealth of Pennsylvania and State of New Jersey, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Mr. Baughman in any state or federal court.

Dated: New York, New York
September 21, 2007

Respectfully submitted,

/s/ Kenneth J. King
Kenneth J. King
PEPPER HAMILTON LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399
kingk@pepperlaw.com
(212) 808-2700

Attorneys for Defendants