USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

LEON D. BOROCHOFF, On Behalf of          :    Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated,
                                         :    CLASS ACTION
          Plaintiff,                     :
                                         :    ORDER FOR ADMISSION *PRO HAC VICE*
     vs.                                 :    ON WRITTEN MOTION
                                         :
GLAXOSMITHKLINE PLC, et al.,             :
                                         :
          Defendants.                    :
                                         :
——————————————————— x

Upon the motion of Samuel H. Rudman, attorney for proposed lead plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Ramzi Abadou |
| Firm Name: | Coughlin Stoia Geller Rudman & Robbins LLP |
| Address: | 655 West Broadway, Suite 1900 |
| City/State/Zip: | San Diego, CA  92101 |
| Telephone/Fax: | 619/231-1058 <br> Fax:  619/231-7428 |
| Email Address: | RamziA@csgrr.com |

is admitted to practice *pro hac vice* as counsel for proposed lead plaintiff in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED: _____October 11, 2007_____ _____Louis L. Stanton_____
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

- 1 -