UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------ x
LEON D. BOROCHOFF, On Behalf of  : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
 : CLASS ACTION
          Plaintiff, :
 : AFFIDAVIT OF RAMZI ABADOU IN
     vs. : FURTHER SUPPORT OF MOTION TO
 : ADMIT *PRO HAC VICE*
GLAXOSMITHKLINE PLC, et al., :
 :
          Defendants. :
 :
------------------------------------------------ x

State of California    )
                       )
County of San Diego  )

I, Ramzi Abadou, hereby affirm as follows:

1.     I am an attorney only admitted to practice before the courts of the State of California and before the United States District Court for the Southern, Central and Northern Districts of California. I submit this affirmation in further support of the Motion to Admit Counsel, Ramzi Abadou, *Pro Hac Vice,* dated October 9, 2007, in the above-captioned matter.

_____
RAMZI ABADOU


Subscribed and sworn to (or affirmed) before me on this 9th day of October, 2007 by Ramzi Abadou, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
NOTARY PUBLIC

[Notary seal: DEBORAH D. HAYES, Commission # 1767333, Notary Public - California, San Diego County, My Comm. Expires Oct 9, 2011]

- 1 -

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on October 10, 2007, I caused a true and correct copy of the attached:

> AFFIDAVIT OF RAMZI ABADOU, IN FURTHER SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

to be served via United States mail on all counsel listed on the attached service list.

_____
Kelly Stadelmann

QIAO XING

Service List - 10/9/2007   (07-0203)

Page 1 of 2

**Counsel For Defendant(s)**

Jack C. Auspitz
Joel Charles Haims
Lily M. Fan
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
  212/468-8000
  212/468-7900(Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
  516/741-4977
  516/741-0626(Fax)

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
  212/687-1980
  212/687-7714(Fax)

Marvin L. Frank
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
  212/682-1818
  212/682-1892(Fax)

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
  310/201-9150
  310/201-9160(Fax)

Jacob T. Fogel
Law Offices of Jacob T. Fogel
32 Court Street, Suite 602
Brooklyn, NY 11201
  718/221-5552
  718/875-4500(Fax)

Marc I. Gross
Jeremy A. Lieberman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516
  212/661-1100
  212/661-8665(Fax)

QIAO XING

Service List - 10/9/2007   (07-0203)

Page 2 of 2

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602-3908
  312/377-1181
  312/377-1184 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056 (Fax)

Gregory M. Nespole
Gustavo Bruckner
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
  212/545-4600
  212/545-4653 (Fax)