UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *LEON D. BOROCHOFF*, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP*,<br><br>Defendants. | No. 07 Civ. 5574 (LLS)<br>ECF CASE |

**NOTICE OF THE INSTITUTIONAL INVESTOR GROUP'S MOTION FOR REARGUMENT AND RECONSIDERATION OF THE COURT'S <u>OCTOBER 5, 2007 ORDER</u>**

GRANT & EISENHOFER P.A.
Jay W. Eisenofer (JE-5503)
Geoffrey C. Jarvis (GJ-7040)
485 Lexington Avenue
29th Floor
New York, New York 10017
Tel:   (646) 722-8500
Fax:   (646) 722-8501

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P. O. Box 1792 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Tel:   (843) 216-9000
Fax:   (843) 216-9450

*Counsel for The Institutional Investor Group and Proposed Lead Counsel for the Class*

PLEASE TAKE NOTICE that Deka Investment GmbH, Metzler Investment GmbH, Internationale Kapitalanlagegesellschaft mbH, and INDEXCHANGE Investment AG (collectively referred to as the "Institutional Investor Group"), respectfully move this court, in connection with the securities fraud class action lawsuit filed against GlaxoSmithKline plc, Dr. Jean-Pierre Garnier and Julian Heslop, Glaxo's chief executive officer and chief financial officer, respectively, at a date and time to be determined by the court, for reargrument and reconsideration of the Court's October 5, 2007 Order.

This Motion is supported by the Institutional Investor Group's Memorandum Of Law In Support Of Their Motion For Reargument and Reconsideration of the Court's October 5, 2007 Order, that is being filed herewith.

Dated: October 22, 2007

                                                      Respectfully submitted,

                                                       s/ Geoffrey C. Jarvis
Jay W. Eisenhofer (JE-5503)
Geoffrey C. Jarvis (GJ-7040)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, New York 10017
Tel:   (646) 722-8500
Fax:   (646) 722-8501

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P. O. Box 1792 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Tel:   (843) 216-9000
Fax:   (843) 216-9450

*Counsel for The Institutional Investor Group and Proposed Lead Counsel for the Class*

OF COUNSEL:

Alexander Reus
Diaz Reus Rolff & Targ LLP
GLOBAL EXPANSION GROUP
Bank of America Tower at International Place
100 SE Second Street, Suite 2610
Miami, Florida 33131
Tel:   (786) 235-5000
Fax:   (786) 235-5005

Deborah Sturman
Sturman LLC
112 Madison Avenue
7th Floor
New York, NY 10016
Tel:   (212) 784 6263
Fax:   (917) 546 2544