**CERTIFICATE OF SERVICE**

       I, Geoffrey C. Jarvis, certify that on this 22nd day of October, 2007, I caused the foregoing **Notice of the Institutional Investor Group's Motion and accompanying Memorandum of Law For Reargument and Reconsideration Of The Court's October 5, 2007 Order** to be served electronically through the Court's CM/ECF filing system and via U.S. Mail on all known counsel of record.

                                               s/ Geoffrey C. Jarvis
                                              Geoffrey Jarvis (GJ-7040)