IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEON D. BOROCHOFF, on behalf of Himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,<br><br>      Defendants. | **CIVIL ACTION**<br>**NO.: 1:07-CV-5574-LLS**<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Michael E. Baughman is appearing on behalf of defendants GlaxoSmithKline PLC, Dr. Jean-Pierre Garnier, and Julian Heslop in the above matter, subject to and without waiver of any of defendants' procedural or substantive defenses.

Dated: New York, New York
   October 30, 2007

                      s/Michael E. Baughman
                     Michael E. Baughman
                     PEPPER HAMILTON LLP
                     3000 Two Logan Square
                     Eighteenth and Arch Streets
                     Philadelphia, PA 19103-2799

                     Attorneys for Defendants
                     GlaxoSmithKline PLC, Dr. Jean-Pierre
                     Garnier, and Julian Heslop