**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*LEON D. BOROCHOFF*, on behalf of himself
and all others similarly situated,

    Plaintiff,

    v.

*GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE*
*GARNIER, and JULIAN HESLOP*,

    Defendants.

No. 07 Civ. 5574 (LLS)
ECF CASE

---

**DECLARATION OF GEOFFREY C. JARVIS**
**IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S REPLY**
**MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR**
**REARGUMENT AND RECONSIDERATION OF THE COURT'S**
**OCTOBER 5, 2007 ORDER**

Geoffrey C. Jarvis, declares and affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am a Director of Grant & Eisenhofer P.A., counsel for Deka Investment GmbH ("Deka"), Metzler Investment GmbH ("Metzler"), Internationale Kapitalanlagegesellschaft mbH ("INKA"), and INDEXCHANGE Investment AG ("INDEXCHANGE") (collectively referred to as the "Institutional Investor Group") and Proposed Lead Counsel for the Class. I respectfully submit this declaration in support of the Institutional Investor Group's reply to the oppositions to the Institutional Investor Group's motion for appointment as lead plaintiff and for the approval of its selection of counsel.

1.    Attached hereto as Exhibit A is a true and correct copy of the article titled "UK Funds defend lead role in GSK class action" *Pensions Week*, Sept. 3, 2007.

2.    Attached hereto as Exhibit B is a true and correct copy of the article titled "IIG

challenges Avon for GSK lead plaintiff," *Pensions Week*, Oct. 29, 2007.


Dated:  November 19, 2007

 /s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis (GJ-7040)