UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself  :
and all others similarly situated,       :
                                         :          CIVIL ACTION
              Plaintiff,                 :
                                         :
      v.                                 :          NO. 07-CIV-5574 (LLS)
                                         :
GLAXOSMITHKLINE PLC, et al.,             :
                                         :
              Defendants.                :
------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 13th day of December 2007, at 9:00 a.m. or as soon thereafter as counsel may be heard, attorneys for Defendants GlaxoSmithKline plc, Jean-Pierre Garnier, Ph.D., David Stout, Julian Heslop and Simon Bicknell, shall move, before the Honorable Louis L. Stanton, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2250, New York, NY 10007, for the entry of an Order, granting Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon this Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and the Appendix to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

-2-

PLEASE TAKE FURTHER NOTICE that counsel for Defendants hereby request oral argument.

Respectfully submitted,

*/s/ Kenneth J. King*

_____
Kenneth J. King  (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue
37th Floor
New York, NY  10018-1405
kingk@pepperlaw.com
(212) 808-2700

and

Robert L. Hickok
Gay Parks Rainville
Michael E. Baughman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Defendants
GlaxoSmithKline PLC, Jean-Pierre Garnier, Ph.D.,
David Stout, Julian Heslop and Simon Bicknell

Dated:  December 13, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself  :
and all other similarly situated,  :
                                                         Plaintiff,  :  CIVIL ACTION
                                                           v.  :
                                                                    :  NO. 07-CIV-5574 (LLS)
GLAXOSMITHKLINE PLC, et al.,  :
                                                Defendants.  :
------------------------------------------------------------X

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

       Defendants GlaxoSmithKline plc, Jean-Pierre Garnier, Ph. D., David Stout, Julian Heslop and Simon Bicknell, by their undersigned counsel, respectfully move this Court to dismiss with prejudice Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), for the reasons set forth in the accompanying memorandum of law.

                                         Respectfully submitted:

                                         /s/ [signature]

                                         _____
                                         Kenneth J. King (KK 3567)
                                         PEPPER HAMILTON LLP
                                         620 Eighth Avenue
                                         37th Floor
                                         New York, NY 10018-1405
                                         (212) 808-2700

                                         and

                                      Robert L. Hickok
                                      Gay Parks Rainville
                                      Michael E. Baughman
                                      PEPPER HAMILTON LLP
                                      3000 Two Logan Square
                                      Eighteenth & Arch Streets
                                      Philadelphia, PA  19103
                                      (215) 981-4000

                                      Attorneys for Defendants
                                      GlaxoSmithKline plc, Jean-Pierre Garnier, Ph. D.,
Date:  December 13, 2007            David Stout, Julian Heslop and Simon Bicknell