# EXHIBIT 46

## GlaxoSmithKline Changes in Holdings for Named Defendants [1]
### October 27, 2005 – May 21, 2007
Source: SEC Form 8-K Filings [2]; SEC Form 20-F Filings: Amended Complaint

| | Holdings | | | | | | | Quarterly Changes | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q05 [3] | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 | 2Q07 [4] | 4Q05 [3] | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 | 2Q07 [4] | Oct. 27, 2005 – May 21, 2007 |
| **Ordinary Shares** | | | | | | | | | | | | | | | |
| Julian Heslop [5] Chief Financial Officer | - | - | - | - | - | - | - | 34 | 1,643 | 208 | 200 | 212 | 11,707 | 244 | 14,248 |
| Spouse of Julian Heslop [5] | - | - | - | - | - | - | - | 0 | 0 | 7,335 | 0 | 55 | 63 | 72 | 7,525 |
| Heslop Family [6] | 18,885 | 20,528 | 20,071 | 28,271 | 28,538 | 40,308 | 40,624 | 34 | 1,643 | 7,543 | 200 | 287 | 11,770 | 316 | 21,773 |
| **American Depository Shares** | | | | | | | | | | | | | | | |
| Jean-Pierre Garnier Chief Executive Officer | 225,698 | 226,538 | 226,942 | 227,265 | 250,528 | 251,124 | 251,571 | 34 | 842 | 404 | 323 | 23,262 | 597 | 447 | 25,709 |
| David Stout President, Pharmaceutical Operations [7] | - | - | - | - | - | - | - | 18 | 541 | 323 | 249 | 271 | 2,070 | 347 | 3,817 |

**Note:**

[1] Data for defendant Mr. Simon Bicknell is not available.

[2] SEC Form 8-K filings reviewed include filings for purchases, sales, or dividend reinvestments from the following categories: personal holdings, share option plans, ShareReward Plan, Performance Share Plan, Company ISA, Personal Equity Plan, Mid-Term Investment Plan, Annual Investment Plan, Deferred Investment Award, US Retirement Savings, US Global BuyDirect Plan, Executive Supplemental Savings Plan, awards, and gifts. The figures above exclude transactions related to the Performance Share Plan and the Mid-Term Investment Plan, unless otherwise stated.

[3] "4Q05" runs from October 27, 2005 through December 31, 2005.

[4] "2Q07" runs from April 1, 2007 through May 21, 2007.

[5] Figures include all non-dividend transactions related to the Performance Share Plan.

[6] The annual increase for Mr. and Mrs. Heslop for 2006 is 16 shares lower than the increase based on SEC Form 20-F filings. Holdings from SEC Form 20-F appear to include Mr. and Mrs. Heslop; however, there is no breakdown of holdings by individual.

[7] Data on holdings are not available on the SEC Form 20-F for David Stout.

# GlaxoSmithKline Transactions of American Depository Shares

## Jean-Pierre Garnier

### October 27, 2005 – May 21, 2007

Source: SEC Form 6-K Filings [1]: Amended Complaint

| Transaction Date | Transaction Price (US$) | Number of Shares | Transaction Amount (US$) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 11/3/05 | $52.43 | 34 | $1,783 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 34 shares. |
| 1/3/06 | $51.60 | 89 | $4,592 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 89 shares. |
| 2/10/06 | $51.52 | 90 | $4,637 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 90 shares. |
| 2/24/06 | $51.10 | 53 | $2,708 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 53 shares. |
| 5/1/06 | $56.99 | 39 | $2,223 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 39 shares. |
| 8/2/06 | $53.89 | 50 | $2,695 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 50 shares. |
| 10/30/06 | $28.16 | 68,411 | $1,926,365 | A | Exercise of options on October 30, 2006 over 68,411 ADSs granted on November 21, 1996, which would have lapsed on November 20, 2006, under the SmithKline Beecham Employee Share Option Plan 1991 at a price of $28.159 per ADS. |

Page 1

# GlaxoSmithKline Transactions of American Depository Shares

## Jean-Pierre Garnier

### October 27, 2005 – May 21, 2007
Source: SEC Form 6-K Filings [1]; Amended Complaint

| Transaction Date | Transaction Price (US$) | Number of Shares | Transaction Amount (US$) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 11/2/05 | $53.93 | 54 | $2,912 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 54 shares. |
| 1/1/07 | $53.75 | 92 | $4,945 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 92 shares. |
| 2/8/07 | $32.09 | 68,411 | $2,195,309 | A | Exercise of options on February 8, 2007 over 68,411 ADSs granted on March 24, 1997, which would have lapsed on March 23, 2007, under the SmithKline Beecham Employee Share Option Plan 1991 at a price of $32.09 per ADS. |
| 2/9/07 | $56.38 | 88 | $4,961 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 88 shares. |
| 2/15/07 | $57.65 | 63 | $3,632 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 63 shares. |
| 4/1/07 | $57.07 | 386 | $22,128 | A | Increased interest under the Annual Investment Plan feature following the re-investment of dividends paid to shareholders on April 12, 2007 at a price of $57.07 per share. |

Note:

(1) SEC Form 6-K filings reviewed include filings for purchases, sales, or dividend reinvestments from the following categories: personal holdings, share option plans, ShareReward Plan, Performance Share Plan, Company ISA, Personal Equity Plan, Mid-Term Investment Plan, Annual Investment Plan, Deferred Investment Award, US Retirement Savings Plan, US Global BuyDirect Plan, Executive Supplemental Savings Plan, awards, and gifts. The figures above exclude transactions related to the Performance Share Plan and the Mid-Term Investment Plan.

(2) The 2/13/07 transaction may be related to the exercise of options on 2/8/07 over 68,411 ADSs. 51,100 of the 68,411 ADSs were sold on 2/9/07; the same date as the exercise of the option.

# GlaxoSmithKline Transactions of Ordinary Shares
## Julian Heslop and Spouse [1]
### October 27, 2005 – May 21, 2007
Source: SEC Form 6-K Filings [2]; SEC Form 20-F Filings; Amended Complaint

| Transaction Date [3] | Transaction Price (UK£) | Number of Shares | Transaction Amount (UK£) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 1/1/5/05 | £15.30 | 16 | £245 | A | Shares purchased through the Company's ShareReward Plan ("the Plan") which Julian Heslop entered on October 5, 2001. |
| 1/5/05 | £14.98 | 109 | £1,617 | A | Following the re-investment of dividends paid to shareholders, share ownership increased by 109 shares. |
| 1/5/06 | £14.98 | 3 | £45 | A | Purchase of shares under a Single Company ISA. |
| 2/9/06 | £14.79 | 18 | £266 | A | Shares purchased through the Company's ShareReward Plan ("the Plan") which Julian Heslop entered on October 5, 2001. |
| 2/23/06 | £14.65 | (1,025) | (£15,016) | D | Shares sold to meet tax liability following the vesting of the Performance Share Plan award. |
| 4/6/06 | £14.99 | 5 | £75 | A | Purchase of shares under a Single Company ISA. |
| 4/6/06 | £14.99 | 9 | £135 | A | Shares purchased through the Company's ShareReward Plan ("the Plan") which Julian Heslop entered on October 5, 2001. |
| 4/27/06 | £11.79 | 54,000 | £636,660 | A | Exercise of options on April 27, 2006 over 54,000 Ordinary shares granted on December 3, 2002 under the GlaxoSmithKline Share Option Plan at a price of £11.79 per share. |

## GlaxoSmithKline Transactions of Ordinary Shares
### Julian Heslop and Spouse [1]
### October 27, 2005 – May 21, 2007
Source: SEC Form 6-K Filings [2]; SEC Form 20-F Filings; Amended Complaint

| Transaction Date [3] | Transaction Price (UK£) | Number of Shares | Transaction Amount (UK£) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 6/6/06 | - | (7,335) | - | D | Transfer by gift of 7,335 ordinary shares to spouse. [4] |
| 6/9/06 | £14.80 | 16 | £236 | A | Shares purchased through the Company's ShareReward Plan ("The Plan") which Julian Heslop entered on October 5, 2001. |
| 7/5/06 | £15.29 | 4 | £61 | A | Purchase of shares under a Single Company ISA. |
| 7/11/06 | £15.34 | 16 | £245 | A | Shares purchased through the Company's ShareReward Plan ("The Plan") which Julian Heslop entered on October 5, 2001. |
| 9/11/06 | £14.79 | 16 | £236 | A | Shares purchased through the Company's ShareReward Plan ("The Plan") which Julian Heslop entered on October 5, 2001. |
| 10/5/06 | £14.45 | 9 | £130 | A | Shares purchased through the Company's ShareReward Plan ("The Plan") which Julian Heslop entered on October 5, 2001. |
| 10/5/06 * | £14.44 | 55 | £794 | A | Following the re-investment of dividends paid to shareholders, share ownership increased by 55 shares. |

# GlaxoSmithKline Transactions of American Depository Shares

## David Stout

### October 27, 2005 – May 21, 2007

Source: SEC Form 8-K Filings [1]; Amended Complaint

| Transaction Date | Transaction Price (US$) | Number of Shares | Transaction Amount (US$) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 11/3/05 | $52.43 | 16 | $839 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 16 shares. |
| | | | | | |
| 1/13/06 | $51.60 | 42 | $2,167 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 42 shares. |
| | | | | | |
| 2/10/06 | $51.52 | 43 | $2,215 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 43 shares. |
| | | | | | |
| 2/24/06 | $51.10 | 44 | $2,248 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notional allocation of ADSs increased by 44 shares. |
| | | | | | |
| 4/6/06 | $51.87 | 300 | $15,536 | A | Increased interest under the Annual Investment Plan feature following the re-investment of dividends paid to shareholders on April 6, 2006 at a price of $51.87 per share. |
| | | | | | |
| 7/6/06 | $56.39 | 224 | $12,651 | A | Increased interest under the Annual Investment Plan feature following the re-investment of dividends paid to shareholders on July 6, 2006 at a price of $56.39 per share. |
| | | | | | |
| 10/5/06 | $53.95 | 244 | $13,165 | A | Increased interest under the Annual Investment Plan feature following the re-investment of dividends paid to shareholders on October 5, 2006 at a price of $53.95 per share. |
| | | | | | |
| 1/4/07 | $54.72 | 269 | $14,704 | A | Increased interest under the Annual Investment Plan feature following the re-investment of dividends paid to shareholders on January 4, 2007 at a price of $54.72 per share. |

# GlaxoSmithKline Transactions of American Depository Shares

## David Stout

### October 27, 2005 – May 21, 2007

Source: SEC Form 8-K Filings [1]; Amended Complaint

| Transaction Date | Transaction Price (US$) | Number of Shares | Transaction Amount (US$) | Acquisition/ Disposition | Transaction Description |
|---|---|---|---|---|---|
| 1/2/07 | $54.81 | 43 | $2,348 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 43 shares. |
| 2/8/07 | $55.87 | (3,475) | ($194,148) | D | The sale of 3,475 ADSs on February 8, 2007 at an average price of $55.87, following the exercise of options on February 8, 2007 over 4,951 ADSs. |
| 2/15/07 | $57.65 | 32 | $1,845 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 32 shares. |
| 3/3/07 | $55.59 | 122 | $6,782 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 122 shares. |
| 5/3/07 | $57.44 | 29 | $1,666 | A | Following the re-valuation of cash held within the US Retirement Savings Plan, the notational allocation of ADSs increased by 29 shares. |

Note:

[1]  SEC Form 8-K filings reviewed include filings for purchases, sales, or dividend reinvestments from the following categories: personal holdings, share option plans, ShareReward Plan, Performance Share Plan, Company ISA, Personal Equity Plan, Mid-Term Investment Plan, Annual Investment Plan, Deferred Investment Award, US Retirement Savings Plan, US Global BuyDirect Plan, Executive Supplemental Savings Plan, awards, and gifts. The figures above exclude transactions related to the Performance Share Plan and the Mid-Term Investment Plan.

# EXHIBIT 46A

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200511076k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending November 7, 2005

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 7 November 2005 of an increase in the

notional allocation of Ordinary Share ADRs on 3 November 2005 at a price of
$52.43 per share:-

| | |
|---|---|
| Dr J P Garnier | 34 |
| Dr T Yamada | 12 |
| Dr W Calhoun | 6 |
| Mr D Phelan | 108 |
| Dr D Pulman | 1 |
| Mr D Stout | 16 |
| Mr C Viehbacher | 2 |
| Mr J Ziegler | 5 |
| Dr R Greig | 48 |

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary
7 November 2005

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: November 7, 2005                    By: SIMON BICKNELL
                                              --------------
                                          Simon Bicknell
                                          Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601096k4.txt
<DESCRIPTION>DIRECTIOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 09, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 9 January 2006 of
changes in their interests in Ordinary Share ADRs arising from an increase in

$51.32 per share:-

| | |
|---|---|
| Dr J P Garnier | 58 |
| Dr W Calhoun | 10 |
| Dr R Greig | 71 |
| Mr D Phelan | 176 |
| Dr D Pulman | 12 |
| Mr D Stout | 27 |
| Mr C Viehbacher | 3 |
| Dr T Yamada | 20 |

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

20 February 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

<div align="right">

GlaxoSmithKline plc
(Registrant)

</div>

Date: February 20, 2006

<div align="right">

By: VICTORIA LLEWELLYN
-------------------
Victoria Llewellyn
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</div>

</TEXT>
</DOCUMENT>

<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200602286k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 28, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--



Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 28 February 2006 of an increase in the

notional allocation of Ordinary Share ADRs on 24 February 2006 at a price of
$51.10 per share:-

```
Dr J P Garnier                                                 53
Mr F Calhoun                                                   19
Dr R Greig                                                     21
Mr D Phelan                                                    25
Dr D Pulman                                                     5
Mr D Stout                                                     44
Mr C Viehbacher                                                8
Dr T Yamada                                                    10
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

28 February 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                          GlaxoSmithKline plc
                                              (Registrant)

Date: February 28, 2006                   By: VICTORIA LLEWELLYN
                                              -------------------
                                              Victoria Llewellyn
                                          Authorised Signatory for and on
                                            behalf of GlaxoSmithKline plc
</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604106k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 7 April 2006 of changes
in their interests in Ordinary Share ADRs arising from an increase in their
interests under the Annual Investment Plan feature following the re-investment
of the dividend paid to shareholders on 6 April 2006 at a price of $51.87 per
share:-

```
Dr F Calhoun                                              376.350

Dr J P Garnier                                           365.125

Mr D Stout                                               299.566

Dr T Yamada                                              234.938
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


10 April 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                            GlaxoSmithKline plc
                                                   (Registrant)

Date: April 10, 2006                        By: VICTORIA WHYTE
                                                ------------------
                                                Victoria Whyte
                                            Authorised Signatory for and on
                                            behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200605156k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending May 15, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
    --



Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline

plc and the under-mentioned persons on 15 May 2006 of an increase in the
notional allocation of Ordinary Share ADRs on 11 May 2006 at a price of $56.99
per share:-

Dr JP Garnier                                          39
Dr T Yamada                                            16
Dr F Calhoun                                           9
Dr R Greig                                             54
Mr D Phelan                                            136
Dr D Pulman                                            10
Mr D Stout                                             23
Mr C Viehbacher                                        3


This notification relates to a transaction notified in accordance with
Disclosure Rule

3.1.4R(1)(a).

S M Bicknell

Company Secretary

15 May 2006

SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                        GlaxoSmithKline plc
                                            (Registrant)

Date: May 15, 2006                      By: VICTORIA WHYTE
                                        -------------------
                                            Victoria Whyte
                                    Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200607106k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending July 10, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
    --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 10 July 2006 of changes
in their interests in Ordinary Share ADRs arising from an increase in their
interests under the Annual Investment Plan feature following the re-investment

of the dividend paid to shareholders on 6 July 2006 at a price of $56.39 per share:-

| | |
|---|---|
| Dr JP Garnier | 273.452 |
| Dr F Calhoun | 281.859 |
| Dr D Pulman | 14.733 |
| Mr D Stout | 224.353 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 July 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: July 10, 2006

By: VICTORIA WHYTE
------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200608076k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending August 7, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 4 August 2006 of an increase in the
notional allocation of Ordinary Share ADRs on 3 August 2006 at a price of $53.89
per share:-

```
Dr F Calhoun                                    10
Dr JP Garnier                                   50
Mr D Phelan                                     152
Dr D Pulman                                     11
Mr D Stout                                      25
Mr C Viehbacher                                 3
Dr R Greig                                      61
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary
7 August 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                        GlaxoSmithKline plc
                                            (Registrant)


Date: August 7, 2006                By: VICTORIA WHYTE
                                        ------------------
                                        Victoria Whyte
                                    Authorised Signatory for and on
                                      behalf of GlaxoSmithKline plc


```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200610106k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending October 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 6 October 2006 of
changes in their interests in Ordinary Share ADRs arising from an increase in
their interests under the Annual Investment Plan feature following the
re-investment of the dividend paid to shareholders on 5 October 2006 at a price
of $53.95 per share:-

```
Dr J-P Garnier                                          297.426
Dr F Calhoun                                           306.570
Dr D Pulman                                             16.025
Mr D Stout                                            244.023
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell

Company Secretary


10 October 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.



Date: October 10, 2006

```
                                         GlaxoSmithKline plc
                                              (Registrant)

                                    By: VICTORIA WHYTE
                                        ------------------
                                         Victoria Whyte
                                    Authorised Signatory for and on
                                      behalf of GlaxoSmithKline plc
```

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200610316k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending October 31, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in interests in the American Depositary Shares
(ADSs) of GlaxoSmithKline plc in respect of the under-mentioned Director:-

```
<TABLE>
<CAPTION>
<S>                                                                              <C>
```

Dr J-P Garnier                Exercise of options on 30 October 2006 over 68,411 ADSs granted on 21
                              November 1996, which would have lapsed on 20 November 2006, under the
                              SmithKline Beecham Employee Share Option Plan 1991 at a price of $28.159 per
                              ADS. The sale of 45,500 ADSs on 30 October 2006 at an average price of
                              $53.12.

                              Following this transaction Dr Garnier's total shareholding in the Company is
                              529,769.32 ADSs, which includes 217,892 ADSs that have been earned but
                              deferred under the share programmes operated by the Company. At the price at
                              which the above options were exercised, Dr Garnier's holding is equivalent
                              to more than 16 times his annual basic salary.

```
</TABLE>
```

The Company was advised of these transactions on 31 October 2006.

This notification is in accordance with Disclosure Rule 3.1.4R(1)(b).

S M Bicknell
Company Secretary

31 October 2006


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                    GlaxoSmithKline plc
                                       (Registrant)

Date: October 31, 2006              By: VICTORIA WHYTE
                                        -------------------
                                        Victoria Whyte
                                    Authorised Signatory for and on
                                      behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200611086k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending November 08, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
               --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 8 November 2006 of an increase in the
notional allocation of Ordinary Share ADRs on 2 November 2006 at a price of
$53.93 per share:-

```
Dr JP Garnier                                          54
Dr MM Slaoui                                            1
Dr F Calhoun                                           11
Dr R Greig                                             68
Mr D Phelan                                           162
Dr D Pulman                                            11
Mr D Stout                                             27
Mr C Viehbacher                                         4
```

Following a re-valuation of the cash element of the notional investment held
within the Plan, which is notionally held in GSK Ordinary Share ADRs, the
Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned
persons on 7 November 2006 of an increase in the notional allocation of Ordinary
Share ADRs on 3 November 2006 at a price of $53.30 per share:-

```
Dr MM Slaoui                                            2
Dr R Greig                                              3
```

These notifications relate to transactions notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

8 November 2006


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                          GlaxoSmithKline plc
                                              (Registrant)

Date: November 08, 2006                   By: VICTORIA WHYTE
                                          -------------------
                                              Victoria Whyte
                                     Authorised Signatory for and on
                                      behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701056k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 05, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 5 January 2007 of
changes in their interests in Ordinary Share ADRs arising from an increase in
their interests under the Annual Investment Plan feature following the
re-investment of the dividend paid to shareholders on 4 January 2007 at a price
of $54.72 per share:-

```
Dr JP Garnier                                      327.53
Dr F Calhoun                                       337.60
Dr D Pulman                                         17.65
Mr D Stout                                         268.72
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

5 January 2007
SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 05, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701166k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 16, 2007


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
     --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 15 January 2007 of an increase in the notional allocation of Ordinary Share ADRs on 12 January 2007 at a price of $53.75 per share:-

| | |
|---|---|
| Dr J-P Garnier | 92 |
| Dr M M Slaoui | 8 |
| Mrs C Bruck Slaoui | 2 |
| Dr F Calhoun | 17 |
| Dr R G Greig | 17 |
| Mr D Phelan | 20 |
| Dr D Pulman | 6 |
| Mr D Stout | 44 |
| Mr C Viehbacher | 8 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

16 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 16, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701296k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 29, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
           --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
       --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held

within the US Retirement Savings Plan ("The Plan"), which is notionally held in GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned person(s) on 29 January 2007 of an increase in the notional allocation of Ordinary Share ADRs on 26 January 2007 at a price of $54.61 per share:-

| | |
|---|---|
| Dr J P Garnier | 91 |
| Dr M M Slaoui | 8 |
| Mrs C Bruck Slaoui | 3 |
| Dr F Calhoun | 17 |
| Dr R G Greig | 20 |
| Mr D Phelan | 21 |
| Dr D Pulman | 7 |
| Mr D Stout | 43 |
| Mr C Viehbacher | 8 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

29 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 29, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702096k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 9, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary shares and American
Depositary Shares (ADSs) of GlaxoSmithKline plc in respect of the
under-mentioned Directors, Persons Discharging Managerial Responsibility and
Connected Persons:-

Dr J-P Garnier        Exercise of options on 8 February 2007 over 68,411 ADSs
                      granted on 24 March 1997, which would have lapsed on 23

March 2007, under the SmithKline Beecham Employee Share
Option Plan 1991 at a price of $32.09 per ADS.

The sale of 51,100 ADSs on 8 February 2007 at an average
price of $55.81.

Following this transaction Dr Garnier's total shareholding
in the Company is 556,198 ADSs, which includes 248,448 ADSs
that have been earned but deferred under the share
programmes operated by the Company. At the price at which
the above options were exercised, Dr Garnier's holding is
equivalent to more than 17 times his annual basic salary.

Mr J S Heslop    Purchase of 10,000 Ordinary shares on 9 February 2007 at a
price of GBP14.51 per share.

Following this transaction Mr Heslop's total shareholding in
the Company is 42,204 Ordinary shares. At the price at which
the above shares were purchased, Mr Heslop's holding is
equivalent to more than 1.5 times his annual basic salary.

Mr D Phelan    Exercise of options on 8 February 2007 over 54,623 ADSs
granted on 13 November 1997, which would have lapsed on 12
November 2007, under the SmithKline Beecham Employee Share
Option Plan 1991 at a price of $40.54 per ADS and over
95,000 ADSs granted on 3 December 2002 under the
GlaxoSmithKline Employee Share Option Plan at a price of
$37.25 per ADS.

The sale of 149,623 ADSs on 8 February 2007 at an average
price of $55.81.

Mr D Stout    Exercise of options on 8 February 2007 over 4,951 ADSs
granted on 24 March 1997, which would have lapsed on 23
March 2007, under the SmithKline Beecham Employee Share
Option Plan 1991 at a price of $32.09 per ADS.

The sale of 3,475 ADSs on 8 February 2007 at an average
price of $55.87.

The Company was advised of these transactions on 8 and 9 February 2007.

This notification is in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R
(1)(b).

S M Bicknell
Company Secretary

9 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the

undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

By: VICTORIA WHYTE
    ------------------

Date: February 9, 2007

Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702136k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
          --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 12 February 2007 of an increase in the
notional allocation of Ordinary Share ADRs on 9 February 2007 at a price of

```
$56.38 per share:-
Dr JP Garnier                                          88
Dr M M Slaoui                                          62
Mrs C Bruck Slaoui                                      2
Dr R G Greig                                           18
Mr W Louv                                               4
Mr D Phelan                                            19
Dr D Pulman                                             6
Mr D Stout                                             42
Mr C Viehbacher                                         7
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell

Company Secretary


13 February 2007


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                            GlaxoSmithKline plc
                                                (Registrant)

Date: February 13, 2007                     By: VICTORIA WHYTE
                                            ------------------
                                                Victoria Whyte
                                        Authorised Signatory for and on
                                           behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702136k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
       --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary shares and American
Depositary Shares (ADSs) of GlaxoSmithKline plc in respect of the

under-mentioned Directors and Persons Discharging Managerial Responsibility:-

Dr J-P Garnier    Sale of 17,411 Ordinary Share ADRs on 13 February 2007 at a
                  price of $57.37 per ADR. Following this transaction Dr
                  Garnier's total shareholding in the Company remains
                  equivalent to more than 17 times his annual basic salary.

Mr R Bondy        Exercise on 13 February 2007 of 3,620 SmithKline Beecham UK
                  Senior Executive Bonus Investment Rights granted on 20 March
                  2000 under the SmithKline Beecham Bonus Investment Plan.
                  Sale of 1,466 shares at a price of GBP14.65 per share.  Mr
                  Bondy is retaining the 2,154 remaining shares resulting from
                  this exercise.

The Company was advised of these transactions on 13 February 2007.

Mr J Clarke       Exercise of nil-price options on 12 February 2007 over 8,103
                  Ordinary shares granted on 13 February 2003 under the
                  SmithKline Beecham Mid-Term Incentive Plan ("the MTIP"),
                  resulting from the deferral of an award made under the
                  MTIP on 24 November 1999.

                  Sale of 3,323 Ordinary shares at a price of GBP14.63 per
                  share.  Mr Clarke is retaining the 4,780 remaining shares
                  resulting from this exercise.

The Company was advised of these transactions on 12 February 2007.

This notification is in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R
(1)(b).

S M Bicknell
Company Secretary

13 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                  (Registrant)

Date: February 13, 2007                      By: VICTORIA WHYTE
                                                 -------------------
                                                 Victoria Whyte
                                             Authorised Signatory for and on
                                               behalf of GlaxoSmithKline plc
</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702166k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 16, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
       --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 16 February 2007 of an increase in the notional allocation of Ordinary Share ADRs on 15 February 2007 at a price of $57.65 per share:-

| | |
|---|---|
| Dr JP Garnier | 63 |
| Dr M M Slaoui | 2 |
| Dr R G Greig | 76 |
| Mr W Louv | 5 |
| Mr D Phelan | 184 |
| Dr D Pulman | 13 |
| Mr D Stout | 32 |
| Mr C Viehbacher | 4 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


16 February 2007



SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                              (Registrant)

Date: February 16, 2007                 By: VICTORIA WHYTE
                                        -------------------
                                        Victoria Whyte
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc




</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200703056k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending March 05, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 2 March 2007 of:

(i)  An increase in the notional allocation of Ordinary Share ADRs on 23 February 2007 at a price of $56.92 per share:-

| | |
|---|---:|
| Dr JP Garnier | 35 |
| Dr M M Slaoui | 7 |
| Mrs C Bruck Slaoui | 3 |
| Dr R G Greig | 21 |
| Mr W Louv | 5 |
| Dr D Pulman | 6 |
| Mr D Stout | 42 |
| Mr C Viehbacher | 8 |

(ii)  A decrease in the notional allocation of Ordinary Share ADRs on 9 February 2007 at a price of $56.38 per share:-

Dr M M Slaoui                          54

(iii)  A decrease in the notional allocation of Ordinary Share ADRs on 15 February 2007 at a price of $57.65 per share:-

Dr M M Slaoui                          1

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

5 March 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: March 05, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704136k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 13 April 2007 of changes
in their interests in Ordinary Share ADRs arising from an increase in their
interests under the Annual Investment Plan feature following the re-investment
of the dividend paid to shareholders on 12 April 2007 at a price of $57.07 per
share:-

```
Dr JP Garnier                                               387.74
Dr D Pulman                                                 20.89
Mr D Stout                                                 318.12
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


13 April 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                              GlaxoSmithKline plc
                                                   (Registrant)

Date: April 13, 2007                          By: VICTORIA WHYTE
                                                  ------------------
                                                  Victoria Whyte
                                              Authorised Signatory for and on
                                                 behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200705096k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending May 09, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 9 May 2007 of:

(i)  An increase in the notional allocation of Ordinary Share ADRs on 3 May 2007

at a price of $57.44 per share:-

```
Dr JP Garnier                                              59
Dr M M Slaoui                                              1
Mrs C Bruck Slaoui                                        1
Dr R G Greig                                              72
Mr W C Louv                                                5
Dr D Pulman                                              12
Mr D M Stout                                              29
Mr C Viehbacher                                            4
```

The Administrators of the Plan further notified GlaxoSmithKline plc and the under-mentioned persons on 9 May 2007 of

(i)   An increase in the notional allocation of Ordinary Share ADRs on 4 May 2007 at a price of $57.90 per share:-

```
Mrs C Bruck Slaoui                                        3
Dr R G Greig                                              1
```

This notification relates to transactions notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

9 May 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

<div align="right">

GlaxoSmithKline plc
(Registrant)

</div>

Date: May 09, 2007

<div align="right">

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</div>

```
</TEXT>
</DOCUMENT>
```

# EXHIBIT 46B

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200511096k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending November 09, 2005

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
        --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP15.30 per Ordinary Share
on 9 November 2005 through the Company's ShareReward Plan ("the Plan") which the

under-mentioned persons entered on 5 October 2001:



Mr J S Heslop          Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr R Bondy             Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr A P Witty           Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mrs J V Younger        Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

The above-mentioned persons and the Company were advised of this information on
9 November 2005.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary
9 November 2005

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                  (Registrant)

Date:  November 09, 2005                   By: Simon Bicknell
                                               ------------------
                                               Simon Bicknell
                                           Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200512126k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending December 12, 2005

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                 --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
       --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary

Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising from the purchase of Ordinary Shares at a price of GBP14.40 per Ordinary Share on 9 December 2005 through the Company's ShareReward Plan ("the Plan") which the under-mentioned persons entered on 5 October 2001:

Mr J S Heslop     Acquisition of 9 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 9 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr R Bondy     Acquisition of 9 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 9 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr A P Witty     Acquisition of 9 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 9 Ordinary Shares under the matching element of the Plan (Company contribution)

Mrs J V Younger     Acquisition of 9 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 9 Ordinary Shares under the matching element of the Plan (Company contribution)

The above-mentioned persons and the Company were advised of this information on 12 December 2005.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary
12 December 2005

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: December 12, 2005

By: VICTORIA LLEWELLYN
-------------------
Victoria Llewellyn
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601096k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 09 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the under-mentioned persons, arising from the
purchase of Ordinary Shares on 5 January 2006 under a Single Company ISA at a
price of GBP14.98 per Ordinary Share:

Mr J S Heslop                                                                 3

The Company and the above named persons were advised of this information on 6
January 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rule 3.1.4R(1)(b).

S M Bicknell

Company Secretary

9 January 2006

SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                       (Registrant)

Date: January 09 2006                          By: VICTORIA LLEWELLYN
                                                   ------------------
                                                   Victoria Llewellyn
                                              Authorised Signatory for and on
                                               behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601096k3.txt
<DESCRIPTION>DIRECDTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 09, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising

from the purchase of Ordinary Shares at a price of GBP15.01 per Ordinary Share
on 5 January 2006 through the Company's ShareReward Plan ("the Plan") which the
under-mentioned persons entered on 5 October 2001:

```
<TABLE>
<CAPTION>
<S>                     <C>

Mr J S Heslop           Acquisition of 7 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan
Mr R Bondy              Acquisition of 7 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan
Dr D Pulman             Acquisition of 4 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan
Mr C Viehbacher         Acquisition of 2 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan
Mrs J V Younger         Acquisition of 7 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan
Mr A P Witty            Acquisition of 7 Ordinary Shares under the Dividend Reinvestment element
                        of the Plan

</TABLE>
```

The Company and the above-mentioned persons were advised of this information on
6 January 2006.


This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).



S M Bicknell

Company Secretary


9 January 2006
SIGNATURES



Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                   (Registrant)

Date: January 09, 2006                    By: VICTORIA LLEWELLYN
                                              -------------------
                                              Victoria Llewellyn
                                          Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>

</DOCUMENT>







```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601096k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 09 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                  --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
      --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of an increase in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the personal holdings of the under-mentioned
persons at a price of GBP14.976 per Ordinary Share, following the re-investment
of the dividend paid to shareholders on 5 January 2006.

Mr R Bondy                                          160
Mr J Heslop                                         108
Mrs C Witty                                         215
Mrs C Pulman                                         11
Dr D Pulman                                          57

The Company and the above named persons were advised of this information on 6
January 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

9 January 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                   (Registrant)

Date: January 09 2006                       By: VICTORIA LLEWELLYN
                                                ------------------
                                               Victoria Llewellyn
                                        Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601126k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 12, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                  --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.79 per Ordinary Share
on 11 January 2006 through the Company's ShareReward Plan ("the Plan") which the

under-mentioned persons entered on 5 October 2001:

Mr J S Heslop          Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr R Bondy             Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr A P Witty           Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mrs J V Younger        Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching
                       element of the Plan (Company contribution)


The above-mentioned persons and the Company were advised of this information on
12 January 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary
12 January 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                        GlaxoSmithKline plc
                                                              (Registrant)

Date: January 12, 2006                            By: VICTORIA LLEWELLYN
                                                      ------------------
                                                      Victoria Llewellyn
                                                  Authorised Signatory for and on
                                                  behalf of GlaxoSmithKline plc

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200602136k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Report of Foreign Issuer

Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For period ending February 13, 2006

GlaxoSmithKline plc
(Name of registrant)

980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)

Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--

Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.79 per Ordinary Share
on 9 February 2006 through the Company's ShareReward Plan ("the Plan") which the
under-mentioned persons entered on 5 October 2001:

Mr J S Heslop        Acquisition of 9 Ordinary Shares under the partnership element
                     of the Plan (personal contribution)



                     Acquisition of 9 Ordinary Shares under the matching element of
                     the Plan (Company contribution)

Mr R Bondy           Acquisition of 9 Ordinary Shares under the partnership element
                     of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element of
                     the Plan (Company contribution)

Mrs J V Younger      Acquisition of 9 Ordinary Shares under the partnership element
                     of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element of
                     the Plan (Company contribution)

Mr A P Witty         Acquisition of 9 Ordinary Shares under the partnership element
                     of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element of
                     the Plan (Company contribution)


The Company and the above-mentioned persons were advised of this information on
10 February 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4 R (1) (a) and 3.1.4 R (1) (b).


S M Bicknell
Company Secretary

13 February 2006



SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                        GlaxoSmithKline plc
                                             (Registrant)

Date: February 13, 2006                 By: VICTORIA LLEWELLYN
                                            -------------------
                                            Victoria Llewellyn
                                        Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>



```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200602246k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 24, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

Vesting of Performance Share Plan Award


The three year performance period for the Performance Share Plan Awards granted
on 3 December 2002, commenced on 1 January 2003 and came to an end on 31
December 2005.

The Remuneration Committee of the Board of GlaxoSmithKline plc considered the
performance achieved during this period and determined that 50% of these Awards
would vest on 23 February 2006.

There were two performance conditions attached to this award. The first
condition compared GlaxoSmithKline's total shareholder return (TSR) with the TSR
of companies in the FTSE 100 index. For any of the awards to vest under this
condition, GlaxoSmithKline had to rank at least 50th against the index
companies. None of the awards subject to this condition vested. The second
condition, which applied to the balance of the award, was achieved in full. The
condition required GlaxoSmithKline's business performance earnings per share

growth, excluding currency and exceptional items, to be at least nine percentage points more than the increase in the UK Retail Price Index over the three year performance period.

Details of the changes in the interests of the following Executive Directors over Ordinary Shares and American Depositary Shares (ADSs) of GlaxoSmithKline plc are given below.

<TABLE>
<CAPTION>

| <S> | <C> | <C> | <C> | <C> |
|-----|-----|-----|-----|-----|
|  | Final award of Shares/ADSs | | Shares/ADSs sold to meet tax liability | Price at which Shares/ADSs sold |
|  | Shares | ADSs | | |
| Dr JP Garnier* |  | 35,000 | 0 | - |
| Mr J S Heslop | 2,500 |  | 1,025 shares | -GBP14.65 |
| Dr T Yamada |  | 10,000 | 4,119 ADSs | $51.3499 |

</TABLE>

*Dr Garnier has elected to defer his award until his retirement.

The Company and the Executive Directors were informed of these changes on 23 February 2006.

S M Bicknell
Company Secretary

24 February 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                        (Registrant)

Date: February 24, 2006                 By: VICTORIA LLEWELLYN
                                        -------------------
                                        Victoria Llewellyn
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200603106k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending March 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising
from the purchase of Ordinary Shares at a price of GBP15.67 per Ordinary Share
on 9 March 2006 through the Company's ShareReward Plan ("the Plan") which the

under-mentioned persons entered on 5 October 2001:

Mr J S Heslop                 Acquisition of 8 Ordinary Shares under the partnership
                             element of the Plan (personal contribution)

                             Acquisition of 8 Ordinary Shares under the matching
                             element of the Plan (Company contribution)

Mr R Bondy                   Acquisition of 8 Ordinary Shares under the partnership
                             element of the Plan (personal contribution)

                             Acquisition of 8 Ordinary Shares under the matching
                             element of the Plan (Company contribution)

Mr A P Witty                 Acquisition of 8 Ordinary Shares under the partnership
                             element of the Plan (personal contribution)

                             Acquisition of 8 Ordinary Shares under the matching
                             element of the Plan (Company contribution)

Mrs J V Younger              Acquisition of 8 Ordinary Shares under the partnership
                             element of the Plan (personal contribution)

                             Acquisition of 8 Ordinary Shares under the matching
                             element of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
10 March 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 March 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                    (Registrant)

Date: March 10, 2006                                By: VICTORIA LLEWELLYN
                                                    ------------------
                                                    Victoria Llewellyn
                                                    Authorised Signatory for and on
                                                    behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604106k5.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the under-mentioned person, arising from the
purchase of Ordinary Shares on 6 April 2006 under a Single Company ISA at a
price of GBP 14.99 per Ordinary Share:

Mr J Heslop                    5

The Company and the above named person were advised of this information on 7 April 2006.

This notification relates to a transaction notified in accordance with Disclosure Rule 3.1.4R(1)(b).


S M Bicknell
Company Secretary

10 April 2006



SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.


_____  GlaxoSmithKline plc
                                                                           (Registrant)

Date: April 10, 2006                              By: VICTORIA WHYTE
                                                      -------------------
                                                      Victoria Whyte
                                              Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604106k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned person(s)
arising from the purchase of Ordinary Shares at a price of GBP 14.99 per
Ordinary Share on 6 April 2006 through the Company's ShareReward Plan ("the
Plan") which the under-mentioned persons entered on 5 October 2001:

```
Mr J S Heslop          Acquisition of 9 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr R Bondy             Acquisition of 9 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Dr D Pulman            Acquisition of 7 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr C Viehbacher        Acquisition of 3 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr A P Witty           Acquisition of 9 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mrs J V Younger        Acquisition of 9 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan
```

The Company and the above-mentioned persons were advised of this information on 7 April 2006.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 April  2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                        (Registrant)

Date: April 10, 2006                              By: VICTORIA WHYTE
                                                  ------------------
                                                    Victoria Whyte
                                              Authorised Signatory for and on
                                                behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604106k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                     --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
                     --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of an increase in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the personal holdings of the under-mentioned
persons at a price of GBP 14.89 per Ordinary Share, following the re-investment
of the dividend paid to shareholders on 6 April 2006.

Mr R Bondy                                              259
Mr J Heslop                                             162

| | |
|---|---|
| Mrs C Pulman | 15 |
| Dr D Pulman | 80 |
| Mr A Witty | 1 |
| Mrs C Witty | 305 |

The Company and the above named persons were advised of this information on 7 April 2006.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 April 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: April 10, 2006

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604136k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 13, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
            --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
   --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.93 per Ordinary Share

on 11 April 2006 through the Company's ShareReward Plan ("the Plan") which the under-mentioned persons entered on 5 October 2001:

Mr R Bondy

Acquisition of 8 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 8 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr J S Heslop

Acquisition of 8 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 8 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr A P Witty

Acquisition of 8 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 8 Ordinary Shares under the matching element of the Plan (Company contribution)

Mrs J V Younger

Acquisition of 8 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 8 Ordinary Shares under the matching element of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on 12 April 2006.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 April 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: April 13, 2006

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200604286k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 28, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                 --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
      --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary shares of
GlaxoSmithKline plc in respect of the under-mentioned Director:-


Mr J S Heslop               Exercise of options on 27 April 2006 over 54,000

Ordinary shares granted on 3 December 2002 under the GlaxoSmithKline Share Option Plan at a price of GBP11.79 per share. The sale of 46,665 shares on 27 April 2006 at a price of GBP15.41 to meet the resulting cost of exercise and tax.

Following this transaction Mr Heslop's total shareholding in the Company has increased by 7,335 shares to 19,896.32 shares.

The Company was advised of this transaction on 27 April 2006.

This notification is in accordance with Disclosure Rule 3.1.4R(1)(b).

Mrs J Younger          Exercise of options on 27 April 2006 over 6,892 Ordinary shares granted on 13 August 1997 under the Glaxo Wellcome International Share Option Scheme at a price of GBP12.75 per share. Exercise of options on 27 April 2006 over 45,000 Ordinary shares granted on 3 December 2002 under the GlaxoSmithKline Share Option Plan at a price of GBP11.79 per share.

The sale of 53,298 shares on 27 April 2006 at an average price of GBP15.21.

The Company was advised of these transactions on 28 April 2006.

Mr R Bondy          The transfer by gift of 2,880 Ordinary shares in GlaxoSmithKline plc on 27 April 2006.

The Company was advised of this transaction on 27 April 2006.

These notifications are in accordance with Disclosure Rule 3.1.4R(1)(a).

S M Bicknell
Company Secretary

28 April 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: April 28, 2006

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200606096k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

                              FORM 6-K


                    SECURITIES AND EXCHANGE COMMISSION
                          Washington D.C. 20549


                        Report of Foreign Issuer


                    Pursuant to Rule 13a-16 or 15d-16 of
                      the Securities Exchange Act of 1934


                     For period ending June 09, 2006

                          GlaxoSmithKline plc
                          (Name of registrant)


              980 Great West Road, Brentford, Middlesex, TW8 9GS
                    (Address of principal executive offices)


              Indicate by check mark whether the registrant files or
                 will file annual reports under cover Form 20-F
                              or Form 40-F


                       Form 20-F x Form 40-F
                                  --


             Indicate by check mark whether the registrant by furnishing the
           information contained in this Form is also thereby furnishing the
          information to the Commission pursuant to Rule 12g3-2(b) under the
                       Securities Exchange Act of 1934.

                              Yes No x
                                  --


        Notification of Transactions of Directors, Persons Discharging Managerial
                      Responsibility or Connected Persons


        I give below details of changes in the interests of Directors, Persons
        Discharging Managerial Responsibility or Connected Persons in the Ordinary
        Shares of GlaxoSmithKline plc.

        Mr J S Heslop          The transfer by gift on 6 June 2006 of 7,335

Ordinary shares in GlaxoSmithKline plc to Mrs Heslop.

The Company was advised of this transaction on 9 June 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rule 3.1.4R(1)(b).


S M Bicknell
Company Secretary

9 June 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                        GlaxoSmithKline plc
                                           (Registrant)

Date: June 09, 2006                     By: VICTORIA WHYTE
                                        -------------------
                                        Victoria Whyte
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200606156k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending June 15, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.90 per Ordinary Share
on 09 June 2006 through the Company's ShareReward Plan ("the Plan") which the
undermentioned persons entered on 5 October 2001:

Mr J S Heslop          Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching element
                       of the Plan (Company contribution)

Mr R Bondy             Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching element
                       of the Plan (Company contribution)

Mrs J V Younger        Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching element
                       of the Plan (Company contribution)

Mr A P Witty           Acquisition of 8 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 8 Ordinary Shares under the matching element
                       of the Plan (Company contribution)


The above named individuals and the Company were advised of this information on
12 June 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


15 June 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                                     GlaxoSmithKline plc
                                                         (Registrant)

Date: June 15, 2006                              By: VICTORIA WHYTE
                                                     --------------------
                                                     Victoria Whyte
                                                 Authorised Signatory for and on
                                                   behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200607106k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending July 10, 2006


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the under-mentioned persons, arising from the
purchase of Ordinary Shares on 6 July 2006 under a Single Company ISA at a price
of GBP15.29 per Ordinary Share:

Mr J Heslop                                                    4
Mr A Witty                                                     3

The Company and the above named persons were advised of this information on 10
July 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary

10 July 2006



SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                              GlaxoSmithKline plc
                                                  (Registrant)

Date: July 10, 2006                           By: VICTORIA WHYTE
                                              ------------------
                                                 Victoria Whyte
                                          Authorised Signatory for and on
                                            behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200607106k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending July 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
   --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising
from the purchase of Ordinary Shares at a price of GBP15.26 per Ordinary Share

on 6 July 2006 through the Company's ShareReward Plan ("the Plan") which the
under-mentioned persons entered on 5 October 2001:

Mr J S Heslop          Acquisition of 8 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr R Bondy             Acquisition of 8 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr D Learmouth         Acquisition of 8 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Dr D Pulman            Acquisition of 5 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr C Viehbacher        Acquisition of 2 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

Mr A P Witty           Acquisition of 8 Ordinary Shares under the Dividend
                       Reinvestment element of the Plan

The Company and the above-mentioned persons were advised of this information on
7 July 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 July 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                 GlaxoSmithKline plc
                                                 (Registrant)

Date: July 10, 2006                              By: VICTORIA WHYTE
                                                 -------------------
                                                 Victoria Whyte
                                                 Authorised Signatory for and on
                                                 behalf of GlaxoSmithKline plc
</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200607106k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending July 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of an increase in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the personal holdings of the under-mentioned
persons at a price of GBP15.322 per Ordinary Share, following the re-investment
of the dividend paid to shareholders on 6 July 2006.

| | |
|---|---|
| Mr J Heslop | 136 |
| Mr R Bondy | 217 |
| Mr D Learmouth | 27 |
| Dr D Pulman | 117 |
| Mrs C Pulman | 11 |
| Mr A Witty | 18 |
| Mrs C Witty | 236 |

The Company and the above named persons were advised of this information on 7 July 2006.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 July 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: July 10, 2006

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk2006071362.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending July 13, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP15.34 per Ordinary Share
on 11 July 2006 through the Company's ShareReward Plan ("the Plan") which the
undermentioned persons entered on 5 October 2001:

Mr J S Heslop        Acquisition of 8 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 8 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr R Bondy           Acquisition of 8 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 8 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr D Learmouth       Acquisition of 8 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 8 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr A P Witty         Acquisition of 8 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 8 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

The above named individuals and the Company were advised of this information on
12 July 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 July 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                    (Registrant)

Date: July 13, 2006                                 By: VICTORIA WHYTE
                                                    -------------------
                                                    Victoria Whyte
                                                    Authorised Signatory for and on
                                                    behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200608106k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending August 10, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.22 per Ordinary Share
on 9 August 2006 through the Company's ShareReward Plan ("the Plan") which the

undermentioned persons entered on 5 October 2001:

Mr J S Heslop        Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr R Bondy           Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr D Learmouth       Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr A P Witty         Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

The above named individuals and the Company were advised of this information on
10 August 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 August 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                          GlaxoSmithKline plc
                                              (Registrant)

Date: August 10, 2006                     By: VICTORIA WHYTE
                                              ------------------
                                          Victoria Whyte
                                          Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200609146k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending September 14, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising

from the purchase of Ordinary Shares at a price of GBP14.79 per Ordinary Share
on 11 September 2006 through the Company's ShareReward Plan ("the Plan") which
the under mentioned persons entered on 5 October 2001:

Mr J S Heslop        Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr R Bondy           Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr D Learmouth       Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

Mr A P Witty         Acquisition of 9 Ordinary Shares under the partnership
                     element of the Plan (personal contribution)

                     Acquisition of 9 Ordinary Shares under the matching element
                     of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
12 September 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

14 September 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                  (Registrant)

Date: September 14, 2006                      By: VICTORIA WHYTE
                                              ------------------

Mr J S Heslop          Acquisition of 9 Ordinary Shares under the
                       partnership element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the
                       matching element of the Plan (Company contribution)

Mr R Bondy             Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr D Learmouth         Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr A P Witty           Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
10 November 2006.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

10 November 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                  (Registrant)

Date: November 10, 2006                     By: VICTORIA WHYTE
                                                -------------------
                                                Victoria Whyte
                                            Authorised Signatory for and on
                                             behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200612136k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending December 13, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP13.53 per Ordinary Share
on 11 December 2006 through the Company's ShareReward Plan ("the Plan") which
the under mentioned persons entered on 5 October 2001:

```
<TABLE>
<CAPTION>
<S>                                                                        <C>
```

Mr J S Heslop                Acquisition of 10 Ordinary Shares under the partnership element of
                             the Plan (personal contribution)

Acquisition of 10 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr R Bondy

Acquisition of 10 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 10 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr D Learmouth

Acquisition of 10 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 10 Ordinary Shares under the matching element of the Plan (Company contribution)

Mr A P Witty

Acquisition of 10 Ordinary Shares under the partnership element of the Plan (personal contribution)

Acquisition of 10 Ordinary Shares under the matching element of the Plan (Company contribution)

</TABLE>

The Company and the above-mentioned persons were advised of this information on 12 December 2006.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

13 December 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                              (Registrant)

Date: December 13, 2006                 By: VICTORIA WHYTE
                                           -------------------
                                           Victoria Whyte
                                        Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701056k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 05, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                 --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
    --



Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the under-mentioned persons, arising from the
purchase of Ordinary Shares on 4 January 2007 under a Single Company ISA at a

price of GBP13.97 per Ordinary Share:

Mr J S Heslop                                                                    5

Mr A P Witty                                                                     4

The Company and the above named persons were advised of this information on 5
January 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

5 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

<div align="right">

GlaxoSmithKline plc
(Registrant)

</div>

Date: January 05, 2007

<div align="right">

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</div>

&lt;/TEXT&gt;
&lt;/DOCUMENT&gt;

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701056k5.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Report of Foreign Issuer

Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For period ending January 05, 2007

GlaxoSmithKline plc
(Name of registrant)

980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)

Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--

Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons Discharging Managerial Responsibility or Connected Persons in the Ordinary Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising from the purchase of Ordinary Shares at a price of GBP13.98 per Ordinary Share on 4 January 2007 through the Company's ShareReward Plan ("the Plan") which the under-mentioned persons entered on 5 October 2001:

Mr J S Heslop   Acquisition of 11 Ordinary Shares under the Dividend Reinvestment element of the Plan

Mr R Bondy      Acquisition of 11 Ordinary Shares under the Dividend Reinvestment element of the Plan

Mr D Learmouth  Acquisition of 11 Ordinary Shares under the Dividend Reinvestment element of the Plan

Dr D Pulman     Acquisition of 6 Ordinary Shares under the Dividend Reinvestment element of the Plan

Mr C Viehbacher Acquisition of 3 Ordinary Shares under the Dividend Reinvestment element of the Plan

Mr A P Witty    Acquisition of 11 Ordinary Shares under the Dividend Reinvestment element of the Plan

The Company and the above-mentioned persons were advised of this information on 5 January 2007.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

5 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 05, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701056k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 05, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
    --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below  details of an  increase in  interests  in the  Ordinary  Shares of
GlaxoSmithKline  plc in respect of the personal holdings of the  under-mentioned

persons at a price of GBP14.00 per Ordinary Share, following the re-investment of the dividend paid to shareholders on 4 January 2007.



| | |
|---|---|
| Mr J S Heslop | 164 |
| Mrs P A Heslop | 63 |
| Mr R Bondy | 263 |
| Mr D Learmouth | 34 |
| Dr D Pulman | 142 |
| Mrs C Pulman | 14 |
| Mr A Witty | 23 |
| Mrs C Witty | 285 |

The Company and the above named persons were advised of this information on 5 January 2007.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).



S M Bicknell

Company Secretary

5 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

<div style="text-align:right">

GlaxoSmithKline plc
(Registrant)

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</div>

Date: January 5, 2007

</TEXT>
</DOCUMENT>



```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701116k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

                              FORM 6-K


                  SECURITIES AND EXCHANGE COMMISSION
                          Washington D.C. 20549


                       Report of Foreign Issuer


                   Pursuant to Rule 13a-16 or 15d-16 of
                     the Securities Exchange Act of 1934

                   For period ending January 11, 2007

                          GlaxoSmithKline plc
                          (Name of registrant)


             980 Great West Road, Brentford, Middlesex, TW8 9GS
                     (Address of principal executive offices)


             Indicate by check mark whether the registrant files or
                will file annual reports under cover Form 20-F
                              or Form 40-F


                       Form 20-F x Form 40-F
                                  --


             Indicate by check mark whether the registrant by furnishing the
           information contained in this Form is also thereby furnishing the
           information to the Commission pursuant to Rule 12g3-2(b) under the
                       Securities Exchange Act of 1934.

                              Yes No x
                                  --


           Notification of Transactions of Directors, Persons Discharging Managerial
                      Responsibility or Connected Persons


           I give below details of changes in the interests of Directors, Persons
           Discharging Managerial Responsibility or Connected Persons in the Ordinary
           Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
           from the purchase of Ordinary Shares at a price of GBP13.60 per Ordinary Share

on 10 January 2007 through the Company's ShareReward Plan ("the Plan") which the
under mentioned persons entered on 5 October 2001:

Mr J S Heslop              Acquisition of 9 Ordinary Shares under the partnership
                           element of the Plan (personal contribution)

                           Acquisition of 9 Ordinary Shares under the matching
                           element of the Plan (Company contribution)

Mr R Bondy                 Acquisition of 9 Ordinary Shares under the partnership
                           element of the Plan (personal contribution)

                           Acquisition of 9 Ordinary Shares under the matching
                           element of the Plan (Company contribution)

Mr D Learmouth             Acquisition of 9 Ordinary Shares under the partnership
                           element of the Plan (personal contribution)

                           Acquisition of 9 Ordinary Shares under the matching
                           element of the Plan (Company contribution)

Mr A P Witty               Acquisition of 9 Ordinary Shares under the partnership
                           element of the Plan (personal contribution)

                           Acquisition of 9 Ordinary Shares under the matching
                           element of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
11 January 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

11 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 11, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702096k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Report of Foreign Issuer

Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For period ending February 9, 2007

GlaxoSmithKline plc
(Name of registrant)

980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)

Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--

Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in interests in the Ordinary shares and American
Depositary Shares (ADSs) of GlaxoSmithKline plc in respect of the
under-mentioned Directors, Persons Discharging Managerial Responsibility and
Connected Persons:-

Dr J-P Garnier          Exercise of options on 8 February 2007 over 68,411 ADSs
                        granted on 24 March 1997, which would have lapsed on 23

March 2007, under the SmithKline Beecham Employee Share Option Plan 1991 at a price of $32.09 per ADS.

The sale of 51,100 ADSs on 8 February 2007 at an average price of $55.81.

Following this transaction Dr Garnier's total shareholding in the Company is 556,198 ADSs, which includes 248,448 ADSs that have been earned but deferred under the share programmes operated by the Company. At the price at which the above options were exercised, Dr Garnier's holding is equivalent to more than 17 times his annual basic salary.

| | |
|---|---|
| Mr J S Heslop | Purchase of 10,000 Ordinary shares on 9 February 2007 at a price of GBP14.51 per share. |

Following this transaction Mr Heslop's total shareholding in the Company is 42,204 Ordinary shares. At the price at which the above shares were purchased, Mr Heslop's holding is equivalent to more than 1.5 times his annual basic salary.

| | |
|---|---|
| Mr D Phelan | Exercise of options on 8 February 2007 over 54,623 ADSs granted on 13 November 1997, which would have lapsed on 12 November 2007, under the SmithKline Beecham Employee Share Option Plan 1991 at a price of $40.54 per ADS and over 95,000 ADSs granted on 3 December 2002 under the GlaxoSmithKline Employee Share Option Plan at a price of $37.25 per ADS. |

The sale of 149,623 ADSs on 8 February 2007 at an average price of $55.81.

| | |
|---|---|
| Mr D Stout | Exercise of options on 8 February 2007 over 4,951 ADSs granted on 24 March 1997, which would have lapsed on 23 March 2007, under the SmithKline Beecham Employee Share Option Plan 1991 at a price of $32.09 per ADS. |

The sale of 3,475 ADSs on 8 February 2007 at an average price of $55.87.

The Company was advised of these transactions on 8 and 9 February 2007.

This notification is in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R (1)(b).

S M Bicknell
Company Secretary

9 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the

undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: February 9, 2007

By: VICTORIA WHYTE
------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702136k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING          .
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
           --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
   --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.56 per Ordinary Share
on 9 February 2007 through the Company's ShareReward Plan ("the Plan") which the
under mentioned persons entered on 5 October 2001:

Mr J S Heslop      Acquisition of 8 Ordinary Shares under the partnership
                   element of the Plan (personal contribution)

                   Acquisition of 8 Ordinary Shares under the matching element
                   of the Plan (Company contribution)

Mr R Bondy         Acquisition of 8 Ordinary Shares under the partnership
                   element of the Plan (personal contribution)

                   Acquisition of 8 Ordinary Shares under the matching element
                   of the Plan (Company contribution)

Mr D Learmouth     Acquisition of 8 Ordinary Shares under the partnership
                   element of the Plan (personal contribution)

                   Acquisition of 8 Ordinary Shares under the matching element
                   of the Plan (Company contribution)

Mr A P Witty       Acquisition of 8 Ordinary Shares under the partnership
                   element of the Plan (personal contribution)

                   Acquisition of 8 Ordinary Shares under the matching element
                   of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
12 February 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                         (Registrant)

Date: February 13, 2007                            By: VICTORIA WHYTE
                                                   -------------------
                                                       Victoria Whyte
                                              Authorised Signatory for and on
                                                 behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702236k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 23, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

Completion of Performance Period ended on 31st December 2006
in respect of awards made under the GlaxoSmithKline Performance Share Plan

The three-year performance period for the GlaxoSmithKline Performance Share Plan
(PSP) awards made in 2003, which commenced on 1 January 2004, came to an end on
31 December 2006.

The Remuneration Committee of the Board of GlaxoSmithKline plc (GSK) considered
the performance achieved in respect of the PSP awards and determined that:

-        the PSP awards made in 2003 would not vest for the Executive Directors
and Corporate Executive Team (CET) members who received these awards because the
Company's relative Total Shareholder Return (TSR) performance was below the
median;

\-       the PSP awards made in 2003 to other senior executives, who have since
been appointed an Executive Director or CET member, were dependent in part on
TSR performance and in part on EPS performance. Half this award lapsed as GSK's
TSR performance was below the median and half this award vested as GSK's EPS
performance exceeded the target level for full vesting;

The following PSP awards, made in 2003, to the then Executive Directors and CET
members, who are all persons discharging managerial responsibility (PDMRs), have
not vested and have therefore lapsed.

<TABLE>
<CAPTION>

| Awards that have not vested and therefore lapsed | Ordinary Shares | ADSs |
|---|---|---|
| <S> | <C> | <C> |
| Dr JP Garnier* | | 200,000 |
| Mr D Stout | | 74,000 |
| Mr R Bondy | 77,000 | |
| Mr D Phelan | | 38,500 |
| Mr C Viehbacher | | 38,500 |
| Dr R Greig | | 25,000 |
| Mr D Pulman | 50,000 | |
| Mr A Witty | 59,000 | |
| Mr M Dunoyer | 29,000 | |

</TABLE>

* Denotes an Executive Director.

Half of the PSP awards, made in 2003, to senior executives who have since been
appointed Executive Directors or CET members, vested on 23 February 2007 and
half of the awards lapsed, as set out in the table below.

<TABLE>
<CAPTION>

| | Initial award of Shares/ADSs | | Final award with 50% vesting of Shares/ADSs | |
|---|---|---|---|---|
| | Shares | ADSs | Shares | ADSs |
| <S> | <C> | <C> | <C> | <C> |
| Dr M Slaoui* | 5,000 | | 2,500 | |
| Mr J Heslop* | 5,000 | | 2,500 | |
| Mr J Clarke | 14,000 | | 7,000 | |
| Mr D Learmouth | 3,000 | | 1,500 | |
| Mr W Louv | | 2,000 | | 1,000 |

</TABLE>

* Denotes an Executive Director

The Company, the Executive Directors and other PDMRs were informed of the
vesting on 23 February 2007.

S M Bicknell
Company Secretary

23 February 2007

<TABLE>
<CAPTION>

| Enquiries: | | |
|---|---|---|
| <S> | <C> | <C> |
| UK Media enquiries: | Philip Thomson | (020) 8047 5502 |
| | Alice Hunt | (020) 8047 5502 |
| | Gwenan White | (020) 8047 5502 |
| US Media enquiries: | Nancy Pekarek | (215) 751 7709 |
| | Mary Anne Rhyne | (919) 483 2839 |
| | Patricia Seif | (215) 751 7709 |

| European Analyst/Investor enquiries: | Anita Kidgell | (020) 8047 5542 |
| | David Mawdsley | (020) 8047 5564 |
| | Sally Ferguson | (020) 8047 5543 |
| US Analyst/ Investor enquiries: | Frank Murdolo | (215) 751 7002 |
| | Tom Curry | (215) 751 5419 |

</TABLE>

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: February 23, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702276k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 27, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
      --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of:

*       Directors and Persons Discharging Managerial Responsibility in the Ordinary
        Shares of GlaxoSmithKline plc in respect of the undermentioned persons
        arising from the sale of Ordinary Shares at a price of GBP 14.37 per
        Ordinary Share on 27 February 2007 to meet their tax liabilities following
        the vesting of a Performance Share Plan award:

```
Mr J S Heslop              1,025
Dr M M Slaoui               740
Mr J Clarke               2,870
Mr D Learmouth              615
```

\*    Persons Discharging Managerial Responsibility in the American Depositary
Shares (ADSs) of GlaxoSmithKline plc in respect of the undermentioned
person arising from the sale of ADSs at a price of $56.45 per ADS on 27
February 2007 to meet their tax liabilities following the vesting of a
Performance Share Plan award:

```
Mr W Louv                   325
```

The Company, Directors, Persons Discharging Managerial Responsibility and
Connected Persons were advised of these transactions on 27 February 2007.

\*    Dr M M Slaoui as a result of the grant of options and an award to his
spouse, who is also employed by the company. Dr Slaoui's wife received the
following awards:

| Award under | ADSs |
|---|---|
| GlaxoSmithKline Performance Share Plan (PSP) | 1,570 |
| GlaxoSmithKline Share Option Plan (Option Plan) | 3,570 |
| GlaxoSmithKline Share Value Plan (SVP) | 890 |

The award of share options was made at a subscription price of $58.00 per ADS.

The Company and Dr Slaoui's wife were advised of these transactions on 26
February 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rule 3.1.4R(1)(a).

S M Bicknell
Company Secretary

27 February 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                            (Registrant)

Date: February 27, 2007                 By: VICTORIA WHYTE
                                        -------------------
                                        Victoria Whyte
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc
</TEXT>
</DOCUMENT>

<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200703126k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending March 12, 2007
GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
            --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
   --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.35 per Ordinary Share
on 9 March 2007 through the Company's ShareReward Plan ("the Plan") which the
under mentioned persons entered on 5 October 2001:

```
<TABLE>
<CAPTION>
<S>                                    <C>
Mr J S Heslop     Acquisition of 9 Ordinary Shares under the partnership element of
                  the Plan (personal contribution)

                  Acquisition of 9 Ordinary Shares under the matching element of the
                  Plan (Company contribution)

Mr R Bondy        Acquisition of 9 Ordinary Shares under the partnership element of
                  the Plan (personal contribution)

                  Acquisition of 9 Ordinary Shares under the matching element of the
                  Plan (Company contribution)

Mr D Learmouth    Acquisition of 9 Ordinary Shares under the partnership element of
                  the Plan (personal contribution)

                  Acquisition of 9 Ordinary Shares under the matching element of the
                  Plan (Company contribution)

Mr A P Witty      Acquisition of 9 Ordinary Shares under the partnership element of
                  the Plan (personal contribution)

                  Acquisition of 9 Ordinary Shares under the matching element of the
                  Plan (Company contribution)
</TABLE>
```

The Company and the above-mentioned persons were advised of this information on
12 March 2007.


This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


12 March 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: March 12, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704136k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 13, 2007


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
                --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the under-mentioned persons arising

from the purchase of Ordinary Shares at a price of GBP 14.12 per Ordinary Share
on 12 April 2007 through the Company's ShareReward Plan ("the Plan") which the
under-mentioned persons entered on 5 October 2001:

| | |
|---|---|
| Mr J S Heslop | Acquisition of 12 Ordinary Shares under the Dividend Reinvestment element of the Plan |
| Mr R Bondy | Acquisition of 12 Ordinary Shares under the Dividend Reinvestment element of the Plan |
| Mr D Learmouth | Acquisition of 12 Ordinary Shares under the Dividend Reinvestment element of the Plan |
| Dr D Pulman | Acquisition of 7 Ordinary Shares under the Dividend Reinvestment element of the Plan |
| Mr C Viehbacher | Acquisition of 3 Ordinary Shares under the Dividend Reinvestment element of the Plan |
| Mr A P Witty | Acquisition of 12 Ordinary Shares under the Dividend Reinvestment element of the Plan |

The Company and the above-mentioned persons were advised of this information on
13 April 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 April 2007


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                             (Registrant)

Date: April 13, 2007                    By: VICTORIA WHYTE
                                            ------------------
                                            Victoria Whyte
                                        Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704136k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
  --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in the interests of Directors, Persons
Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP 14.12 per Ordinary Share
on 12 April 2007 through the Company's ShareReward Plan ("the Plan") which the
under mentioned persons entered on 5 October 2001:

Mr J S Heslop          Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr R Bondy             Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr D Learmouth         Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

Mr A P Witty           Acquisition of 9 Ordinary Shares under the partnership
                       element of the Plan (personal contribution)

                       Acquisition of 9 Ordinary Shares under the matching
                       element of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
13 April 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 April 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                       (Registrant)

Date: April 13, 2007                               By: VICTORIA WHYTE
                                                   ------------------
                                                     Victoria Whyte
                                                Authorised Signatory for and on
                                                  behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704166k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 16, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
    --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the under-mentioned persons, arising from the
purchase of Ordinary Shares on 12 April 2007 under a Single Company ISA at a
price of GBP14.10 per Ordinary Share:

Mr J S Heslop                                     6

Mr A P Witty                                      5

The Company and the above named persons were advised of this information on 16
April 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell
Company Secretary


16 April 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                              GlaxoSmithKline plc
                                                      (Registrant)

Date: April 16, 2007                          By: VICTORIA WHYTE
                                              ------------------
                                              Victoria Whyte
                                              Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704166k5.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 16, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of an increase in interests in the Ordinary Shares of
GlaxoSmithKline plc in respect of the personal holdings of the under-mentioned
persons at a price of GBP14.23 per Ordinary Share, following the re-investment
of the dividend paid to shareholders on 12 April 2007.

Mr J S Heslop                                          190

| Mrs P A Heslop | ·72 |
| Mr R Bondy | 326 |
| Mr D Learmouth | 39 |
| Dr D Pulman | 135 |
| Mrs C Pulman | 45 |
| Mr A P Witty | 23 |
| Mrs C Witty | 330 |

The Company and the above named persons were advised of this information on 16 April 2007.

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

16 April 2007

.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                                    GlaxoSmithKline plc
                                                         (Registrant)

Date: April 16, 2007                          By: VICTORIA WHYTE
                                              -------------------
                                              Victoria Whyte
                                              Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200705116k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending May 11, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
  --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

I give below details of changes in the interests of Directors, Persons

Discharging Managerial Responsibility or Connected Persons in the Ordinary
Shares of GlaxoSmithKline plc in respect of the undermentioned persons arising
from the purchase of Ordinary Shares at a price of GBP14.28 per Ordinary Share
on 10 May 2007 through the Company's ShareReward Plan ("the Plan") which the
under mentioned persons entered on 5 October 2001:

Mr J S Heslop       Acquisition of 9 Ordinary Shares under the partnership
                    element of the Plan (personal contribution)

                    Acquisition of 9 Ordinary Shares under the matching element
                    of the Plan (Company contribution)

Mr R Bondy          Acquisition of 9 Ordinary Shares under the partnership
                    element of the Plan (personal contribution)

                    Acquisition of 9 Ordinary Shares under the matching element
                    of the Plan (Company contribution)

Mr D Learmouth      Acquisition of 9 Ordinary Shares under the partnership
                    element of the Plan (personal contribution)

                    Acquisition of 9 Ordinary Shares under the matching element
                    of the Plan (Company contribution)

Mr A P Witty        Acquisition of 9 Ordinary Shares under the partnership
                    element of the Plan (personal contribution)

                    Acquisition of 9 Ordinary Shares under the matching element
                    of the Plan (Company contribution)

The Company and the above-mentioned persons were advised of this information on
11 May 2007.

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

11 May 2007


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                              GlaxoSmithKline plc
                                                  (Registrant)

Date: May 11, 2007                        By: VICTORIA WHYTE
                                              -------------------
                                              Victoria Whyte
                                          Authorised Signatory for and on
                                          behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

# EXHIBIT 46C

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200511076k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending November 7, 2005


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 7 November 2005 of an increase in the

notional allocation of Ordinary Share ADRs on 3 November 2005 at a price of $52.43 per share:-

| | |
|---|---|
| Dr J P Garnier | 34 |
| Dr T Yamada | 12 |
| Dr W Calhoun | 6 |
| Mr D Phelan | 108 |
| Dr D Pulman | 1 |
| Mr D Stout | 16 |
| Mr C Viehbacher | 2 |
| Mr J Ziegler | 5 |
| Dr R Greig | 48 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary
7 November 2005

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: November 7, 2005

By: SIMON BICKNELL
--------------
Simon Bicknell
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601096k4.txt
<DESCRIPTION>DIRECTIOR/PDMR SHAREHOLDING
<TEXT>
```

                          FORM 6-K


                SECURITIES AND EXCHANGE COMMISSION
                      Washington D.C. 20549


                      Report of Foreign Issuer


                  Pursuant to Rule 13a-16 or 15d-16 of
                  the Securities Exchange Act of 1934


                For period ending January 09, 2006

                        GlaxoSmithKline plc
                        (Name of registrant)


              980 Great West Road, Brentford, Middlesex, TW8 9GS
                  (Address of principal executive offices)


              Indicate by check mark whether the registrant files or
                  will file annual reports under cover Form 20-F
                            or Form 40-F


                        Form 20-F x Form 40-F
                                   --


              Indicate by check mark whether the registrant by furnishing the
              information contained in this Form is also thereby furnishing the
              information to the Commission pursuant to Rule 12g3-2(b) under the
                        Securities Exchange Act of 1934.

                              Yes No x
                                  --




              Notification of Transactions of Directors, Persons Discharging Managerial
                        Responsibility or Connected Persons

The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 9 January 2006 of
changes in their interests in Ordinary Share ADRs arising from an increase in

their interests under the Annual Investment Plan feature following the
re-investment of the dividend paid to shareholders on 5 January 2006 at a price
of $51.95 per share:-

| | |
|---|---|
| Mr W Calhoun | 271.944 |
| Dr J P Garnier | 263.833 |
| Mr D Stout | 216.461 |
| Dr T Yamada | 169.762 |
| Mr J Ziegler | 69.733 |

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

9 January 2006

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                        (Registrant)

Date: January 09, 2006                  By: VICTORIA LLEWELLYN
                                        ------------------
                                        Victoria Llewellyn
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200601176k5.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 17, 2006

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 17 January 2006 of an increase in the

```
Dr J-P Garnier                                        297.426
Dr F Calhoun                                          306.570
Dr D Pulman                                            16.025
Mr D Stout                                            244.023
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell

Company Secretary


10 October 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                              GlaxoSmithKline plc
                                                   (Registrant)

Date: October 10, 2006                        By: VICTORIA WHYTE
                                                  ------------------
                                                  Victoria Whyte
                                           Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200611086k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Report of Foreign Issuer

Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For period ending November 08, 2006

GlaxoSmithKline plc
(Name of registrant)

980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)

Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--

Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 8 November 2006 of an increase in the
notional allocation of Ordinary Share ADRs on 2 November 2006 at a price of
$53.93 per share:-

| Dr JP Garnier | 54 |
| Dr MM Slaoui | 1 |
| Dr F Calhoun | 11 |
| Dr R Greig | 68 |
| Mr D Phelan | 162 |
| Dr D Pulman | 11 |
| Mr D Stout | 27 |
| Mr C Viehbacher | 4 |

Following a re-valuation of the cash element of the notional investment held
within the Plan, which is notionally held in GSK Ordinary Share ADRs, the
Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned
persons on 7 November 2006 of an increase in the notional allocation of Ordinary
Share ADRs on 3 November 2006 at a price of $53.30 per share:-

| Dr MM Slaoui | 2 |
| Dr R Greig | 3 |

These notifications relate to transactions notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

8 November 2006


SIGNATURES


Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.


                                              GlaxoSmithKline plc
                                              (Registrant)

Date: November 08, 2006                       By: VICTORIA WHYTE
                                              ------------------
                                              Victoria Whyte
                                              Authorised Signatory for and on
                                              behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701056k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K

SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549

Report of Foreign Issuer

Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For period ending January 05, 2007

GlaxoSmithKline plc
(Name of registrant)

980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)

Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F

Form 20-F x Form 40-F
--

Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--

Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 5 January 2007 of
changes in their interests in Ordinary Share ADRs arising from an increase in
their interests under the Annual Investment Plan feature following the
re-investment of the dividend paid to shareholders on 4 January 2007 at a price
of $54.72 per share:-


| | |
|---|---|
| Dr JP Garnier | 327.53 |
| Dr F Calhoun | 337.60 |
| Dr D Pulman | 17.65 |
| Mr D Stout | 268.72 |


This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).



S M Bicknell

Company Secretary


5 January 2007
SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: January 05, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701166k.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 16, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                 --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
      --




Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 15 January 2007 of an increase in the notional allocation of Ordinary Share ADRs on 12 January 2007 at a price of $53.75 per share:-



| | |
|---|---|
| Dr J-P Garnier | 92 |
| Dr M M Slaoui | 8 |
| Mrs C Bruck Slaoui | 2 |
| Dr F Calhoun | 17 |
| Dr R G Greig | 17 |
| Mr D Phelan | 20 |
| Dr D Pulman | 6 |
| Mr D Stout | 44 |
| Mr C Viehbacher | 8 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

16 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

                                          GlaxoSmithKline plc
                                              (Registrant)

Date: January 16, 2007                    By: VICTORIA WHYTE
                                          ------------------
                                          Victoria Whyte
                                 Authorised Signatory for and on
                                   behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200701296k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending January 29, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                  --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
       --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held

within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned person(s) on 29 January 2007 of an increase in the
notional allocation of Ordinary Share ADRs on 26 January 2007 at a price of
$54.61 per share:-

| | |
|---|---|
| Dr J P Garnier | 91 |
| Dr M M Slaoui | 8 |
| Mrs C Bruck Slaoui | 3 |
| Dr F Calhoun | 17 |
| Dr R G Greig | 20 |
| Mr D Phelan | 21 |
| Dr D Pulman | 7 |
| Mr D Stout | 43 |
| Mr C Viehbacher | 8 |

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

29 January 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                           (Registrant)

Date: January 29, 2007                  By: VICTORIA WHYTE
                                        -------------------
                                        Victoria Whyte
                                        Authorised Signatory for and on
                                        behalf of GlaxoSmithKline plc
</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702096k3.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 9, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                   --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
  --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


I give below details of changes in interests in the Ordinary shares and American
Depositary Shares (ADSs) of GlaxoSmithKline plc in respect of the
under-mentioned Directors, Persons Discharging Managerial Responsibility and
Connected Persons:-

Dr J-P Garnier    Exercise of options on 8 February 2007 over 68,411 ADSs
                  granted on 24 March 1997, which would have lapsed on 23

March 2007, under the SmithKline Beecham Employee Share
Option Plan 1991 at a price of $32.09 per ADS.

The sale of 51,100 ADSs on 8 February 2007 at an average
price of $55.81.

Following this transaction Dr Garnier's total shareholding
in the Company is 556,198 ADSs, which includes 248,448 ADSs
that have been earned but deferred under the share
programmes operated by the Company. At the price at which
the above options were exercised, Dr Garnier's holding is
equivalent to more than 17 times his annual basic salary.

Mr J S Heslop     Purchase of 10,000 Ordinary shares on 9 February 2007 at a
                  price of GBP14.51 per share.

                  Following this transaction Mr Heslop's total shareholding in
                  the Company is 42,204 Ordinary shares. At the price at which
                  the above shares were purchased, Mr Heslop's holding is
                  equivalent to more than 1.5 times his annual basic salary.

Mr D Phelan       Exercise of options on 8 February 2007 over 54,623 ADSs
                  granted on 13 November 1997, which would have lapsed on 12
                  November 2007, under the SmithKline Beecham Employee Share
                  Option Plan 1991 at a price of $40.54 per ADS and over
                  95,000 ADSs granted on 3 December 2002 under the
                  GlaxoSmithKline Employee Share Option Plan at a price of
                  $37.25 per ADS.

                  The sale of 149,623 ADSs on 8 February 2007 at an average
                  price of $55.81.

Mr D Stout        Exercise of options on 8 February 2007 over 4,951 ADSs
                  granted on 24 March 1997, which would have lapsed on 23
                  March 2007, under the SmithKline Beecham Employee Share
                  Option Plan 1991 at a price of $32.09 per ADS.

                  The sale of 3,475 ADSs on 8 February 2007 at an average
                  price of $55.87.

The Company was advised of these transactions on 8 and 9 February 2007.

This notification is in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R
(1)(b).

S M Bicknell
Company Secretary

9 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the

undersigned, thereunto duly authorised.

                                        GlaxoSmithKline plc
                                             (Registrant)

Date: February 9, 2007                   By: VICTORIA WHYTE
                                             ------------------
                                         Victoria Whyte
                                    Authorised Signatory for and on
                                      behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702136k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 12 February 2007 of an increase in the
notional allocation of Ordinary Share ADRs on 9 February 2007 at a price of

```
$56.38 per share:-
Dr JP Garnier                                             88
Dr M M Slaoui                                             62
Mrs C Bruck Slaoui                                        2
Dr R G Greig                                             18
Mr W Louv                                                4
Mr D Phelan                                              19
Dr D Pulman                                              6
Mr D Stout                                               42
Mr C Viehbacher                                          7
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).


S M Bicknell

Company Secretary


13 February 2007


SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

<div style="text-align: right">

GlaxoSmithKline plc
(Registrant)

</div>

Date: February 13, 2007

<div style="text-align: right">

By: VICTORIA WHYTE
------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</div>

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200702166k6.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending February 16, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 16 February 2007 of an increase in the
notional allocation of Ordinary Share ADRs on 15 February 2007 at a price of
$57.65 per share:-

| | |
|---|---|
| Dr JP Garnier | 63 |
| Dr M M Slaoui | 2 |
| Dr R G Greig | 76 |
| Mr W Louv | 5 |
| Mr D Phelan | 184 |
| Dr D Pulman | 13 |
| Mr D Stout | 32 |
| Mr C Viehbacher | 4 |

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

16 February 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: February 16, 2007

By: VICTORIA WHYTE
------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200703056k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending March 05, 2007


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                  --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
     --



Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 2 March 2007 of:

(i)  An increase in the notional allocation of Ordinary Share ADRs on 23 February 2007 at a price of $56.92 per share:-

| | |
|---|---:|
| Dr JP Garnier | 35 |
| Dr M M Slaoui | 7 |
| Mrs C Bruck Slaoui | 3 |
| Dr R G Greig | 21 |
| Mr W Louv | 5 |
| Dr D Pulman | 6 |
| Mr D Stout | 42 |
| Mr C Viehbacher | 8 |

(ii)  A decrease in the notional allocation of Ordinary Share ADRs on 9 February 2007 at a price of $56.38 per share:-

Dr M M Slaoui                        54

(iii)  A decrease in the notional allocation of Ordinary Share ADRs on 15 February 2007 at a price of $57.65 per share:-

Dr M M Slaoui                         1

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

5 March 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: March 05, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

```
</TEXT>
</DOCUMENT>
```







```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200703136k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending March 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons

Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in

GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline plc and the under-mentioned persons on 13 March 2007 of:

(i) An increase in the notional allocation of Ordinary Share ADRs on 9 March 2007 at a price of $55.59 per share:-

| | |
|---|---|
| Dr M M Slaoui | 50 |
| Mrs C Bruck Slaoui | 38 |
| Dr R G Greig | 177 |
| Mr W Louv | 64 |
| Dr D Pulman | 56 |
| Mr D Stout | 122 |
| Mr C Viehbacher | 50 |

This notification relates to a transaction notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 March 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: March 13, 2007

By: VICTORIA WHYTE
------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200704136k4.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending April 13, 2007

GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
--


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.

Yes No x
--


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


The Administrators of the GlaxoSmithKline Executive Supplemental Savings Plan
notified the Company and the under-mentioned persons on 13 April 2007 of changes
in their interests in Ordinary Share ADRs arising from an increase in their
interests under the Annual Investment Plan feature following the re-investment
of the dividend paid to shareholders on 12 April 2007 at a price of $57.07 per
share:-

```
Dr JP Garnier                                                   387.74
Dr D Pulman                                                     20.89
Mr D Stout                                                     318.12
```

This notification relates to a transaction notified in accordance with
Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell
Company Secretary

13 April 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorised.

                                            GlaxoSmithKline plc
                                                 (Registrant)

Date: April 13, 2007                        By: VICTORIA WHYTE
                                            -------------------
                                            Victoria Whyte
                                            Authorised Signatory for and on
                                            behalf of GlaxoSmithKline plc

</TEXT>
</DOCUMENT>

```
<DOCUMENT>
<TYPE>6-K
<SEQUENCE>1
<FILENAME>gsk200705096k2.txt
<DESCRIPTION>DIRECTOR/PDMR SHAREHOLDING
<TEXT>
```

FORM 6-K


SECURITIES AND EXCHANGE COMMISSION
Washington D.C. 20549


Report of Foreign Issuer


Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934


For period ending May 09, 2007


GlaxoSmithKline plc
(Name of registrant)


980 Great West Road, Brentford, Middlesex, TW8 9GS
(Address of principal executive offices)


Indicate by check mark whether the registrant files or
will file annual reports under cover Form 20-F
or Form 40-F


Form 20-F x Form 40-F
                 --


Indicate by check mark whether the registrant by furnishing the
information contained in this Form is also thereby furnishing the
information to the Commission pursuant to Rule 12g3-2(b) under the
Securities Exchange Act of 1934.


Yes No x
      --


Notification of Transactions of Directors, Persons Discharging Managerial
Responsibility or Connected Persons


Following a re-valuation of the cash element of the notional investment held
within the US Retirement Savings Plan ("The Plan"), which is notionally held in
GSK Ordinary Share ADRs, the Administrators of the Plan notified GlaxoSmithKline
plc and the under-mentioned persons on 9 May 2007 of:

(i)  An increase in the notional allocation of Ordinary Share ADRs on 3 May 2007

at a price of $57.44 per share:-



| | |
|---|---|
| Dr JP Garnier | 59 |
| Dr M M Slaoui | 1 |
| Mrs C Bruck Slaoui | 1 |
| Dr R G Greig | 72 |
| Mr W C Louv | 5 |
| Dr D Pulman | 12 |
| Mr D M Stout | 29 |
| Mr C Viehbacher | 4 |

The Administrators of the Plan further notified GlaxoSmithKline plc and the under-mentioned persons on 9 May 2007 of

(i)  An increase in the notional allocation of Ordinary Share ADRs on 4 May 2007 at a price of $57.90 per share:-

| | |
|---|---|
| Mrs C Bruck Slaoui | 3 |
| Dr R G Greig | 1 |

This notification relates to transactions notified in accordance with Disclosure Rules 3.1.4R(1)(a) and 3.1.4R(1)(b).

S M Bicknell

Company Secretary

9 May 2007

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorised.

GlaxoSmithKline plc
(Registrant)

Date: May 09, 2007

By: VICTORIA WHYTE
-------------------
Victoria Whyte
Authorised Signatory for and on
behalf of GlaxoSmithKline plc

&lt;/TEXT&gt;
&lt;/DOCUMENT&gt;

