UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LEON D. BOROCHOFF, on behalf of himself   :
and all others similarly situated,    :
     :
     Plaintiff,    :    NO. 07-CIV-5574 (LLS)
     :
     v.    :
     :    **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE PLC, et al.,    :
     :
     :
     Defendants.    :

-------------------------------------------------------X

     The undersigned, Michael E. Baughman, being duly sworn, deposes and says:

     1.     I am over the age of 18 years and not a party to this action.

     2.     On the 13th day of December 2007, I caused to be served true and correct copies of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Memorandum of Law in Support thereof, Volumes I and II of Defendants' Appendix of Exhibits thereto, and the Notice of Motion, upon the following counsel for plaintiffs as follows:

**Via Federal Express (all documents)**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN
 & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747

Lead Counsel for Plaintiffs

Michael E. Baughman (MB 0855)

Sworn to before me this
13th day of December 2007

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Loretta E. Kilgore, Notary Public
City of Philadelphia, Philadelphia County
My commission expires April 23, 2011