UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself :
and all others similarly situated, :
                                                       : CIVIL ACTION
                 Plaintiff, :

v.                              : NO. 07-CIV-5574 (LLS)

GLAXOSMITHKLINE PLC, et al., :

                 Defendants. :
-----------------------------------------------------------X

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    Samuel H. Rudman, Esquire
        David A. Rosenfeld, Esquire
        Mark S. Reich, Esquire
        COUGHLIN STOIA GELLER RUDMAN
          & ROBBINS LLP
        58 South Service Road, Suite 200
        Melville, NY 11747

Lead Counsel for Plaintiffs

PLEASE TAKE NOTICE that, upon the annexed Affirmation in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Louis L. Stanton at the United States District Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Robert L. Hickok, a member of the law firm of Pepper Hamilton LLP and a member in good standing of the Bars of the Commonwealth of Pennsylvania, State of New Jersey and the District of Columbia, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in

#9156589 v1

part as counsel. There are no pending disciplinary proceedings against Mr. Hickok in any state or federal court.

Dated: December 27, 2007

Respectfully submitted,

_____
Kenneth J. King
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 1010-1405
kingk@pepperlaw.com
(212) 808-2700

Attorneys for Defendants

#9156589 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself  :
and all others similarly situated,                              :
                                                                              :    CIVIL ACTION
                              Plaintiff,                              :
                                                                              :
            v.                                                            :    NO. 07-CIV-5574 (LLS)
                                                                              :
GLAXOSMITHKLINE PLC, et al.,                         :
                                                                              :
                              Defendants.                         :
---------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Robert L. Hickok, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____          Louis L. Stanton
                                                   United States District Judge

cc:    Robert L. Hickok
         Court File

#9156592 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself :
and all others similarly situated, :
: CIVIL ACTION
Plaintiff, :
:
v. : NO. 07-CIV-5574 (LLS)
:
GLAXOSMITHKLINE PLC, et al., :
:
:
Defendants. :
-----------------------------------------------------------X

### AFFIDAVIT OF KENNETH J. KING
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

      KENNETH J. KING, being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney admitted to practice in the State of New York. I am a partner with the law firm of Pepper Hamilton LLP, counsel for defendants in the above-captioned matter.

      2.     I make this Affidavit in support of the motion for the admission of Robert L. Hickok to practice *pro hac vice* in the above-captioned matter.

      3.     Mr. Hickok is a partner with the law firm of Pepper Hamilton LLP. As shown in the Certificates of Good Standing annexed to this Affidavit, Mr. Hickok is a member in good standing of the Bars of the Commonwealth of Pennsylvania, State of New Jersey and the District of Columbia.

      4.     There are no pending disciplinary proceedings against Mr. Hickok in any State or Federal court.

1

#9160298 v1

5.      It is respectfully requested that the Court grant the motion for an order permitting Robert L. Hickok to appear in this action as counsel for defendants for all purposes *pro hac vice*. A proposed order for Mr. Hickok's admission *pro hac vice* is appended hereto.

Dated: December 27, 2007

_____
Kenneth J. King

Sworn to before me this 27th
day of December, 2007

_____
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 20__11

2

#9160298 v1



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT L. HICKOK

was on the  17th  day of  JULY, 1981  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Robert L. Hickok, Esq.

#### DATE OF ADMISSION

*October 15, 1979*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 14, 2007

_____
John W. Person, Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ROBERT LYMAN HICKOK** (No. **003401995**) was constituted and appointed an Attorney at Law of New Jersey on **May 31, 1995** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **17TH** day of **December**, 20 **07**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all         :   CIVIL ACTION
other similarly situated,                                          :
                                                                              :
                                        Plaintiff,                    :
              v.                                                           :   NO. 07-CIV-5574
                                                                              :
                                                                              :   AFFIDAVIT OF SERVICE
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre      :
Garnier, and Julian Heslop,                                    :
                                                                              :
                                        Defendants.              :
------------------------------------------------------------X
STATE OF NEW YORK        )
                                              )ss.:
COUNTY OF NEW YORK   )

       The undersigned, being duly sworn, deposes and says that he is over the age of 18 years, and is not a party to this action.

       That, on the 28th day of December, 2007, he caused to be served the within NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, AFFIDAVIT OF ROBERT L. HICKOK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, and the AFFIRMATION OF KENNETH J. KING IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, by first class mail upon:

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Sidney S. Liebesman
485 Lexington Avenue
29th Floor
New York, NY  10017

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Hae Sung Ham
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY  10022

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P.O. Box 1782 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC  29465

GLOBAL EXPANSION GROUP
Alexander Reus
Diaz Reus Rolff & Targ LLP
Bank of America Tower at International Pl.
100 SE Second Street, Suite 2610
Miami, FL  33131

| | |
|---|---|
| STURMAN LLC<br>Deborah Sturman<br>112 Madison Avenue<br>7th Floor<br>New York, NY 10016 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>David A. Rosenfeld<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Michael Palitz

Sworn to before me this
28th day of December, 2007

_____
Notary Public

MARIE A. RAMOS
NOTARY PUBLIC, State of New York
No. 01RA5038297
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Jan. 23, 20__