UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
LEON D. BOROCHOFF, On Behalf of : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
: <u>CLASS ACTION</u>
            Plaintiff, :
: NOTICE OF FILING OF SUPPLEMENTAL
    vs. : EXHIBIT TO PLAINTIFFS'
: MEMORANDUM OF LAW IN
GLAXOSMITHKLINE PLC, et al., : OPPOSITION TO DEFENDANTS' MOTION
: TO DISMISS THE AMENDED
            Defendants. : COMPLAINT
————————————————————— x

PLEASE TAKE NOTICE that Lead Plaintiff hereby submits the attached Exhibit G to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint ("Plaintiffs' Memorandum"), which was filed on January 14, 2008. The Exhibit, which is the slip opinion for the *In re Forest Labs Sec. Litig.* decision, was not filed with Plaintiffs' Memorandum because the file's size was too large for the Court's ECF system. The exhibit was, however, served on Defendants via e-mail.

DATED: January 16, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

/s/ *Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on January 16, 2008, I caused a true and correct copy of the attached:

> Notice of Filing of Supplemental Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Samuel H. Rudman*
Samuel H. Rudman

GLAXOSMITHKLINE 07

Service List - 11/19/2007  (07-0160)

Page 1 of 2

**Counsel For Defendant(s)**

Jean-Pierre Garnier
Julian Heslop
GlaxoSmithKline plc
One Franklin Plaza
Philadelphia, PA 19101
   215/751-4638
   919/315-3344 (Fax)

Kenneth J. King
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018
   212/808-2700
   212/286-9806 (Fax)

Gay Barlow Parks Rainville
Michael E. Baughman
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19102
   215/981-4000
   215/981-4750 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Darren J. Robbins
Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423 (Fax)

Frederic S. Fox
Hae Sung Nam
Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
   212/687-1980
   212/687-7714 (Fax)

GLAXOSMITHKLINE 07

Service List - 11/19/2007   (07-0160)

Page 2 of 2

**Courtesy Copy**

Larry Gonnelly, Fund Administrator
Larry Bulman, Business Manager
Plumbers & Steamfitters Local 773
P.O. Box 1343
South Glens Falls, NY  12803
   518/792-9157
   518/792-4876 (Fax)

Bill Pozefsky
Pozefsky Bramley & Murphy
90 State Street
Albany, NY  12207
   518/434-2622
   518/434-0048 (Fax)

Roger Gil, Administrator
Plumbers' Union Local No. 12
1240 Mass Avenue
Boston, MA  02125
   617/288-6200
   617/436-6006 (Fax)

Gregory Campora
Robert M. Cheverie & Associates
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
   860/290-9610