UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Leon D. Borochoff, on behalf of himself and all    :    CIVIL ACTION
others similarly situated,                         :
                                                   :
                          Plaintiff,               :
        v.                                         :    NO. 07-CIV-5574 (LLS)
                                                   :
                                                   :    AFFIDAVIT OF SERVICE
GLAXOSMITHKLINE PLC, Dr. Jean-Pierre               :
Garnier, and Julian Heslop,                        :
                                                   :
                          Defendants.              :
------------------------------------------------------------X
STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

    The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

    That, on the 18th day of January, 2008, she caused to be served the within ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE, by first class mail upon:

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JE-5503)
Sidney S. Liebesman (SL-8444)
485 Lexington Avenue
29th Floor
New York, NY 10017

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Hae Sung Ham
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY 10022

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
P.O. Box 1782 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465

GLOBAL EXPANSION GROUP
Alexander Reus
Diaz Reus Rolff & Targ LLP
Bank of America Tower at International Pl.
100 SE Second Street, Suite 2610
Miami, FL 33131

| | |
|---|---|
| STURMAN LLC<br>Deborah Sturman<br>112 Madison Avenue<br>7th Floor<br>New York, NY 10016 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>David A. Rosenfeld<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

_____
Bridget Casey

Sworn to before me this
18th day of January, 2008

_____
Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009