UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

LEON D. BOROCHOFF, on behalf of himself :
and all others similarly situated,          :
                                            :
                    Plaintiff,              :   NO. 07-CIV-5574 (LLS)
                                            :
            v.                              :
                                            :   **AFFIDAVIT OF SERVICE**
GLAXOSMITHKLINE PLC, et al.,                :
                                            :
                    Defendants.             :
----------------------------------------------------------X

The undersigned, Michael E. Baughman, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. On the 13th day of February 2008, I caused to be served true and correct copies of Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, upon the following counsel for plaintiffs as follows:

**Via Federal Express (all documents)**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
COUGHLIN STOIA GELLER RUDMAN
 & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

Lead Counsel for Plaintiffs

_____
Michael E. Baughman (MB 0855)

Sworn to before me this
13th day of February 2008

_____
Notary Public

NOTARIAL SEAL
PATRICK WAGNER
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA COUNTY
My Commission Expires Apr 21, 2008