USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEON D. BOROCHOFF, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, DAVID STOUT, SIMON BICKNELL, and JULIAN HESLOP,

                Defendants.
------------------------------------------------------------X

07 CIVIL 5574 (LLS)

**JUDGMENT**

**SCANNED**

    Defendants having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on May 9, 2008, having rendered its Opinion and Order granting defendants' motion to dismiss the amended complaint and denying plaintiffs' request to replead, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 9, 2008, defendants' motion to dismiss the amended complaint is granted and plaintiffs' request to replead is denied.

**Dated:** New York, New York
         May 13, 2008

                                                      J. MICHAEL McMAHON
                                                             Clerk of Court

                           BY: _____
                                                              Deputy Clerk

                        **THIS DOCUMENT WAS ENTERED**
                        **ON THE DOCKET ON** _____