UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE PLC, et al., <br><br> Defendants. | Civil Action No. 1:07-cv-05574-LLS <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER, DATED MAY 9, 2008 |

PLEASE TAKE NOTICE that Lead Plaintiff Avon Pension Fund, Administered by Bath & North East Somerset Council and Plaintiffs Plumbers & Steamfitters Local 773 Pension Fund and Plumbers' Union Local No. 12 Pension Fund (collectively, "Plaintiffs"), pursuant to Local Civil Rule 6.3 and Fed. R. Civ. P. 59(e) and 60(b), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): granting reconsideration of the Court's Opinion and Order, dated May 9, 2008, granting Defendants' motion to dismiss the amended complaint and denying Plaintiffs' request to replead (the "Decision"), and in its place, reconsider the Decision and permit Plaintiffs the opportunity to amend the complaint. In support of this motion, Plaintiffs submit herewith a memorandum of law, dated May 28, 2008.

DATED:  May 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on May 28, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Reconsideration of the Court's Opinion and Order, Dated May 9, 2008; and
>
> Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration of the Court's Opinion and Order, Dated May 9, 2008,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                      */s/ Samuel H. Rudman*
                                                       Samuel H. Rudman

GLAXOSMITHKLINE 07

Service List - 11/19/2007   (07-0160)

Page 1 of 2

**Counsel For Defendant(s)**

Jean-Pierre Garnier
Julian Heslop
GlaxoSmithKline plc
One Franklin Plaza
Philadelphia, PA  19101
   215/751-4638
   919/315-3344 (Fax)

Kenneth J. King
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018
   212/808-2700
   212/286-9806 (Fax)

Gay Barlow Parks Rainville
Michael E. Baughman
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19102
   215/981-4000
   215/981-4750 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Darren J. Robbins
Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Frederic S. Fox
Hae Sung Nam
Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
   212/687-1980
   212/687-7714 (Fax)

GLAXOSMITHKLINE 07

Service List - 11/19/2007   (07-0160)

Page 2 of 2

**Courtesy Copy**

Larry Gonnelly, Fund Administrator
Larry Bulman, Business Manager
Plumbers & Steamfitters Local 773
P.O. Box 1343
South Glens Falls, NY  12803
   518/792-9157
   518/792-4876 (Fax)

Roger Gil, Administrator
Plumbers' Union Local No. 12
1240 Mass Avenue
Boston, MA  02125
   617/288-6200
   617/436-6006 (Fax)

Bill Pozefsky
Pozefsky Bramley & Murphy
90 State Street
Albany, NY  12207
   518/434-2622
   518/434-0048 (Fax)

Gregory Campora
Robert M. Cheverie & Associates
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
   860/290-9610