UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON D. BOROCHOFF, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>GLAXOSMITHKLINE PLC, et al.,<br><br>               Defendants. | Civil Action No. 1:07-cv-05574-LLS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER |

Having considered the motion of Lead Plaintiff Avon Pension Fund, Administered by Bath & North East Somerset Council and Plaintiffs Plumbers & Steamfitters Local 773 Pension Fund and Plumbers' Union Local No. 12 Pension Fund (collectively, "Plaintiffs") for reconsideration of the Court's Opinion and Order, dated May 9, 2008, and the memorandum of law in support thereof, and good cause appearing therefore:

1. Plaintiffs' motion for reconsideration is hereby granted; and

2. Plaintiffs' request to amend the complaint is hereby granted. Plaintiffs shall file their Amended Complaint within ___ days of the date of this Order.

IT IS SO ORDERED.

DATED: _____   _____
                                THE HONORABLE LOUIS L. STANTON
                                UNITED STATES DISTRICT JUDGE