**ORIGINAL**

Stanton, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LEON D. BOROCHOFF, on Behalf of
Himself and All Others Similarly Situated,

          Plaintiff,

v.

GLAXOSMITHKLINE PLC, et al.,

          Defendants.
-----------------------------------------X

Civil Action No. 07-Civ. 5574 (LLS)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for Defendants to file their opposition to Plaintiffs' Motion for Reconsideration of the Court's Opinion and Order, dated May 9, 2008 is extended to and including June 27, 2008 and that the time for Plaintiffs to file their reply is extended to and including July 22, 2008.

_/s/ David Rosenfeld_
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173 (Fax)

Lead Counsel for Plaintiffs

_/s/ KK_
Kenneth J. King (KK 3567)
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018
212/808-2700
212/286-9806 (Fax)

Attorneys for Defendants

So Ordered:

_/s/ Louis L. Stanton_
U.S.D.J.
6/4/08