UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LEON D. BOROCHOFF, on behalf of himself  :
and all other similarly situated,                         :
                                                          :
                    Plaintiff,          :      CIVIL ACTION
                                                          :
         v.                                       :
                                                          :      NO. 07-CIV-5574 (LLS)
GLAXOSMITHKLINE PLC, et al.,            :
                                                          :
                    Defendants.         :
-----------------------------------------------------------X

## DECLARATION OF GAY PARKS RAINVILLE

GAY PARKS RAINVILLE declares, under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Pepper Hamilton LLP, counsel for defendants in the above-referenced action.

2. I submit this declaration in support of Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Reconsideration of the Court's May 9, 2008 Opinion and Order.

3. Exhibit A, attached hereto, is a true and correct copy of *Borochoff v. GlaxoSmithKline*, No. 07 Civ. 5574, 2008 WL 2073421 (S.D.N.Y. May 9, 2008).

4.  Exhibit B, attached hereto, is a true and correct copy of Jeanne Whalen & Jennifer Corbett-Dooren, *FDA Warns Glaxo Over Lack of Reports*, Wall St. J., Apr. 9, 2008.

/s/ Gay Parks Rainville
Gay Parks Rainville
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorney for Defendants
GlaxoSmithKline plc, Jean-Pierre Garnier, Ph.D., David Stout, Julian Heslop and Simon Bicknell

Date: June 27, 2008

2