UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEON D. BOROCHOFF, on Behalf of
Himself and All Others Similarly Situated,

                    Plaintiff,

            v.

GLAXOSMITHKLINE PLC, et al.,

                    Defendants.
-----------------------------------------------------------------X

Civil Action No. 07-Civ. 5574 (LLS)

AFFIDAVIT OF SERVICE

COUNTY OF NEW YORK    )
                           ) ss:
STATE OF NEW YORK     )

       The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

       That, on the 27th day of June, she caused to be served the within DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S MAY 9, 2008 OPINION AND ORDER and DECLARATION OF GAY PARKS RAINVILLE and Exhibits hereto via electronic filing system and hand delivery:

David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

_____
Bridget Casey

Sworn to before me this
27th day of June, 2008

_____
Notary Public

MARIE A. RAMOS
NOTARY PUBLIC, State of New York
No. 01RA5038297
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Jan. 23, 20__