UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

LEON D. BOROCHOFF, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GLAXOSMITHKLINE PLC, DR. JEAN-PIERRE GARNIER, and JULIAN HESLOP,

    Defendants.

No. 07 Civ. 5574 (LLS)
ECF CASE

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Deka Investment GmBH, Metzler Investment GmBH and Internationale Kapitalanlagegesellschaft hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment herein, entered in this action on the 13th day of May, 2008. This appeal is taken from the entirety of said Final Judgment and each and every aspect thereof, including without limitation the dismissal of those claims dismissed by the Court's Decision and Order filed May 9, 2008, the denial of the Motion for Reconsideration by the Court's Decision and Order filed August 12, 2008, and the appointment of lead plaintiffs and lead counsel by the Court's Order of Appointment dated October 5, 2007.

Dated: New York, New York       Respectfully submitted,
       August 22, 2008

                                GRANT & EISENHOFER P.A.

                                By: _____
                                Jay W. Eisenhofer (JE-5503)
                                Geoffrey C. Jarvis (GJ-7040)
                                485 Lexington Avenue
                                29th Floor
                                New York, NY 10017
                                Tel: (646) 722-8500
                                Fax: (646) 722-8501

*Attorneys for Plaintiffs Deka Investment GmBH,*
*Metzler Investment GmBH and*
*Internationale Kapitalanlagegesellschaft*

2

To:     CLERK OF THE COURT

Ramzi Abadou, Esquire
COUGHLIN STOIA, GELLER,
RUDMAN & ROBBINS, LLP
655 West Broadway -Suite 1900
San Diego, California 92101
619-231-1058
*Attorneys for Leon D. Borochoff, et al.*

David Avi Rosenfeld, Esquire
Samuel Howard Rudman, Esquire
COUGHLIN, STOIA, GELLER,
RUDMAN & ROBBINS, LLP
58 South Service Road, Suite 200
Melville, New York 21747
631-367-7100
*Attorneys for Avon Pension Fund,
Administered by Bath &
North East Somerset Council and
North Yorkshire County Council,
Administering Authority for the
North Yorkshire Pension Fund
- and -
Attorneys for Plumbers &
Steamfitters Local 773 and
Plumbers' Union Local No. 12*

Gay Parks Rainville, Esquire
Michael E. Baughmau, Esquire
Robert L. Hickok, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
215-981-4000
*Attorneys for Glaxosmithkline PLC,
Dr. Jeau-Pierre Garnier
and Julian Heslop*

Kenneth J. King, Esquire
PEPPER HAMILTON, LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, New York 10018
212-808-2700
*Attorneys for Simon Bicknell,*
*Juliau Heslop, David Stout,*
*Glaxosmithkline PLC*
*and Dr. Jean-Pierre Garnier*


Frederic Scott Fox, Sr. Esquire
Donald R. Hall, Jr. Esquire
Hae Sung Nam, Esquire
KAPLAN FOX
& KTLSHEIMER LLP
850 Third Avenue - 14th Floor
New York, New York 10022
212-687-1980
*Attorneys for Leon D. Borochoff,*
*et al. - and -*
*Attorneys for City of*
*Tallahassee Pension Plan*