USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
LEON D. BOROCHOFF, On Behalf of : Civil Action No. 1:07-cv-05574-LLS
Himself and All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
: NOTICE OF APPEAL
vs. :
:
GLAXOSMITHKLINE PLC, et al., :
:
Defendants. :
:
---------------------------------------- x

FILED
U.S. DISTRICT COURT
2008 SEP -4 PM 12: 52
S.D. OF N.Y.

NOTICE IS HEREBY GIVEN that Lead Plaintiff Avon Pension Fund, plaintiff Plumbers & Steamfitters Local 773, and plaintiff Plumbers Local Union No. 12, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from: (a) the August 8, 2008 Opinion and Order denying plaintiffs' timely filed motion for reconsideration (entered on August 12, 2008); (b) the May 9, 2008 Opinion and Order granting defendants' motion to dismiss the complaint; and (c) the May 13, 2008 Judgment.

DATED: September 4, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs